U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 2 8 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2013R01149)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:16-CR-0237

**MAGISTRATE CASE NO.**

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: June 28, 2016 | DATE: | DATE: |

**UNITED STATES OF AMERICA**
vs.
**JAMES G. MALONEY**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney: J. Russell Phillips
Defense Attorney: