Case 1:16-cr-00237-RWS-JSA   Document 3   Filed 06/28/16   Page 1 of 1

U.S. Department of Justice
United States Attorney



FILED IN CHAMBER
U.S.D.C. Atlanta

JUN 2 8 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

James G. Maloney

**Agent to Arrest**

Indictment/Information

**1:16-CR-0237**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

J. Russell Phillips
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____ 20___

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
6/29/16
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94