**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs  12  Min

Filed in Open Court:   Date: 6/30/16   Time: 1:37   Tape: FTR GOLD

Magistrate (presiding): __JANET F. KING__   Deputy Clerk: __K. THORNTON__

| | | | |
|---|---|---|---|
| Case Number: | 1:16-cr-237-AT/JSA | Defendant's Name: | James Maloney |
| AUSA: | Stephen McClain | Defendant's Attorney: | Anthony Lake |
| USPO/PTR: | Antwan Walker | Type Counsel: | (X) Retained  ( ) CJA  ( ) FPD  ( ) Waived |

_____ ARREST DATE: _____
_____ INTERPRETER: _____

- **X** INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT      Dft in custody? ( ) Yes   ( ) No
- **X** Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
- _____ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.
- _____ ORDER appointing _____ as counsel.
- _____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
- _____ Dft to pay attorney fees as follows: _____
- _____ INFORMATION/COMPLAINT filed.      _____ WAIVER OF INDICTMENT filed.
- **X** Copy indictment/information given to dft? (X) Yes   ( ) No    Read to dft? ( ) Yes   ( ) No   ( ) Prior to Hrg
- _____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
- **X** ARRAIGNMENT HELD.  ( ) Superseding indictment / information   ( ) Dft's WAIVER of appearance filed.
- _____ Arraignment continued to _____ at _____   Request of ( ) Govt   ( ) Dft
- _____ Dft failed to appear for arraignment.   Bench warrant issued
- **X** Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute, NOT GUILTY plea entered. ( ) Waiver of appearance form.)
- _____ MOTION TO CHANGE PLEA, and order allowing same.
- **X** ASSIGNED TO JUDGE   Amy Totenberg   for (X) trial   ( ) arraignment/sentence.
- **X** ASSIGNED TO MAGISTRATE   Justin Anand   for pretrial proceedings.
- **X** Estimated trial time: _____ days.   ( ) SHORT   (X) MEDIUM   ( ) LONG
- **X** **SEE PAGE 2**

_____  DETENTION Hearing held _____ at _____

_____  Temporary commitment issued.    Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

_____  Defendant DETAINED

_____  Government MOTION FOR DETENTION ( ) GRANTED   (X) DENIED  ( ) WITHDRAWN

_____  WRITTEN ORDER TO FOLLOW.

_____  HEARING HELD on motion for reduction / modification of bond.

_____  Motion for reduction / modification of Bond   ( ) GRANTED    ( ) DENIED.

_____  WRITTEN ORDER TO FOLLOW.

  X    BOND SET at    50,000.00

  X    Non-surety

_____  Surety  ( ) Cash    ( ) Property    ( ) Corporate surety ONLY

  X    SPECIAL CONDITIONS:    See bond for conditions
       _____
       _____
       _____

  X    Bond filed; defendant released.

_____  Bond NOT EXECUTED.

**WITNESSES:**  _____
                _____
                _____
                _____

**SENTENCE:**   _____
                _____
                _____
                _____