U.S. Department of Justice
United States Attorney

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 3 0 2016

James N. Hatten, Clerk
By: _____ Deputy Clerk

P L E A  (With Counsel)

CRIMINAL NO. 1:16-CR-237

I, James G. Maloney, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1, 2-12, and 13-15 thereof.

In Open Court this 30th day of June, 2016.

_____           _____
SIGNATURE (Defense Attorney)         SIGNATURE (Defendant)
                                     James G. Maloney

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: _____     _____
Bar Number: _____     _____

                                     _____

                                     Phone: _____

Filed in Open Court by:

_____           _____
(Signature)                          Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12