# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL CASE NO. |
| v. | : 1:16-cr-00237-AT-JSA |
| | : |
| JAMES G. MALONEY | : |

# **O R D E R**

For good cause shown, and with the Government not having an objection, Defendant's Consent Motion for Extension of Time to File Pretrial Motions [ ], is **GRANTED**. The time for filing pretrial motions is hereby extended to and through September 14, 2016. This extension is necessary to allow counsel to recuperate and to file any motions. The Court finds that the ends of justice in permitting this continuance outweigh the Defendant's and public's interest in a speedy trial, and thus the Court directs that all time from _____, _____, through _____, _____, be excluded from Speedy Trial Act calcualtions, 18 U.S.C. § 3161.

**IT IS SO ORDERED** this _____ day of _____, _____.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

1