IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL CASE NO. |
| | : | 1:16-CR-000237-AT-JSA |
| JAMES G. MALONEY | : | |
| | : | |

**O R D E R**

For good cause shown, and with the Government's consent, Defendant's Motion for Extension of Time to File Pretrial Motions, [7], is hereby **GRANTED**. The Defendant shall have until **Monday, September 12, 2016** to file any motions.

The period from July 6, 2016 to September 12, 2016 shall be excluded under the District's Speedy Trial Plan and the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(I) and (iv). The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Specifically, Counsel states that due to health issues and the voluminous discovery, he requires this continuance to adequately prepare. The Court agrees that these reasons justify the extension, and that it is necessary to allow for additional time to meaningfully review the discovery and determine what motions may be warranted.

**IT IS SO ORDERED** this 6th day of July, 2016

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE