AO 442 (12/85) Warrant for Arrest

*10111125*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
| v. | |
| JAMES G. MALONEY, | CASE NO. 1:16-CR-0237 AT |
| **(Agent to Arrest)** | |

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest James G. Maloney and bring him forthwith to the nearest magistrate to answer a(n)

■ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy

in violation of **Title 18, United States Code, Section(s) 1343**

JAMES N. HATTEN                               Clerk, U.S. District Court
Name of Issuing Officer                        Title of Issuing Officer

[signature]                                    FILED IN CLERK'S OFFICE, 2016 at Atlanta, Georgia
Signature of Issuing Officer                   U.S.D.C. Atlanta  Date and Location

                                               JUL 0 8 2016

Bail Fixed at $_____                  JAMES N. HATTEN, Clerk
                                               By: [signature] Deputy Clerk   Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

*FBI*

Date Received: 6-29-16              S/A DAVIDA LAW
                                    Name and Title of Arresting Officer

Date of Arrest: 6-30-16             by: [signature] Shoni Benton, USMS N/GA
                                    Signature of Arresting Officer

# 70166-019

AO 442 (12/85) Warrant for Arrest

10111125

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| v. | |
| JAMES G. MALONEY, | CASE NO. 1:16-CR-0237 |
| (Agent to Arrest) | |

To:   The United States Marshal
       and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest James G. Maloney and bring him forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy

in violation of **Title 18, United States Code, Section(s) 1343**

JAMES N. HATTEN                                  Clerk, U.S. District Court
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      June 29, 2016 at Atlanta, Georgia
Signature of Issuing Officer                     Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUL 0 8 2016
JAMES N. HATTEN, Clerk
By: Deputy Clerk

Bail Fixed at $_____                        By: _____
                                                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Self Surrender at FBI Office

Date Received: 6/29/16                           Special Agent Davida K. Law
                                                 Name and Title of Arresting Officer

Date of Arrest: 6/30/16                          Davida K. Law  SA/FBI
                                                 Signature of Arresting Officer