IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JAMES G. MALONEY | Criminal Action No.<br><br>1:16-CR-237-AT-JSA |

## NOTICE OF ENTRY OF APPEARANCE

The United States of America, by John A. Horn, United States Attorney, and Kelly K. Connors, Assistant United States Attorney for the Northern District of Georgia, files this Notice of Entry of Appearance and respectfully requests that she be added as an additional counsel of record for the United States of America for asset forfeiture issues.

Respectfully submitted,

JOHN A. HORN
*United States Attorney*

/s/Kelly K. Connors
Assistant United States Attorney
Georgia Bar No. 504787
kelly.connors@usdoj.gov

600 U.S. Courthouse   75 Ted Turner Drive SW   Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

1

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 11, 2016

/s/Kelly K. Connors

Kelly K. Connors

Assistant United States Attorney