# UNITED STATES PROBATION OFFICE
## Northern District of Georgia

*FILED IN CLERK'S OFFICE*
*U.S.D.C. - Atlanta*

**JUL 14 2016**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## *NOTICE TO CLERK'S OFFICE*
## *OF*
## *DEFENDANT'S CHANGE OF ADDRESS*

**Name:** James Maloney                    **Date:** July 11, 2016

**Aka:**

**Docket No:** 1:16-CR-237  AT

**NEW ADDRESS OF DEFENDANT:**        501 Bridle Path

Marietta, Georgia  30068

_____
Wilson F. Fraylon
U. S. Probation Officer

**Division:** Atlanta