IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>JAMES G. MALONEY | Criminal Action No.<br><br>1:16-CR-237-AT-JSA |

### NOTICE OF FILING LIS PENDENS RE: FORFEITURE

NOTCE IS HEREBY GIVEN, that on July 13, 2016, the attached Notice of Lis Pendens Re: Forfeiture was recorded with the Hamilton County, Tennessee Register of Deeds.

Respectfully submitted,

JOHN A. HORN
*United States Attorney*

/s/KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787
kelly.connors@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

1

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 22, 2016

/s/ KELLY K. CONNORS

KELLY K. CONNORS

*Assistant United States Attorney*