

ORIGINAL

RE:    PROPERTY CURRENTLY OR FORMERLY
       OWNED BY J'S SERVICES, INC.

*En*
*US Atty Office*

PLEASE RETURN TO:          PLEASE CROSS-REFERENCE TO THAT
KELLY K. CONNORS           CERTAIN WARRANTY DEED
ASSISTANT U.S. ATTORNEY    RECORDED JULY 6, 2010, IN BOOK GI
75 TED TURNER DRIVE, S.W.  9200, PAGE 559, HAMILTON COUNTY,
SUITE 600                  TENNESSEE LAND RECORDS.
ATLANTA, GEORGIA 30303

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

JAMES G. MALONEY

Criminal Action

No. 1:16-CR-237-AT-JSA

## NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that a Criminal Indictment was filed charging the above-named Defendant with violations of Title 18, United States Code, Sections 1341, 1343 and 1349, and alleging in the Forfeiture Provision that the following real property:

LOCATED IN THE CITY OF CHATTANOOGA, HAMILTON COUNTY, TENNESSEE

BEING the South one-half of Lot 28, BLOCK 16, D.F. SHAUF'S ADDITION, fronting 48 feet, more or less, on the West line of St. Elmo Avenue, and running between parallel lines, a distance of 175 feet to the East line of the Shauf Place.

Book/Page: **GI 10796 / 107**
Instrument: 2016071300016
3 Page LIEN LIS PENDEN
Recorded by TLF on 7/13/2016 at 8:02 AM

MISC RECORDING FEE          15.00
DATA PROCESSING FEE          2.00

TOTAL FEES                  $17.00

State of Tennessee Hamilton County
Register of Deeds    **PAM HURST**

*16. FBI.004150*

BEING the same real estate described Deed Book 3884, Page 579, in the Register's Office of Hamilton County, Tennessee, Parcel Tax Identification Number 167"O"-B-015.

titled in the name of **J's Services, Inc.** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,

JOHN A. HORN

*United States Attorney*

KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181

State of Georgia

County of Fulton

On this _7th_ day of July, 2016, before me appeared _Kelly K. Connors_ the person who signed the proceeding declaration of applicant in my presence and who swore or affirmed that she understood the document and freely declared it to be truthful.

My commission expires _October 14, 2017_

Michael J Brown
NOTARY PUBLIC
DeKalb County, GEORGIA



RECEIVED

JUL 1 9 2016

U.S. ATTORNEY
ATLANTA, GA