ORIGINAL

Lien         Doc: LP
**Recorded 07/11/2016 11:40AM**

Carter Brown
Clerk Superior Court, Walker County, Ga.
Bk 00134    Pg 0394-0395

RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY J'S SERVICES, INC.

PLEASE RETURN TO:
KELLY K. CONNORS
ASSISTANT U.S. ATTORNEY
75 TED TURNER DRIVE, S.W.
SUITE 600
ATLANTA, GEORGIA 30303

PLEASE CROSS-REFERENCE TO THAT CERTAIN SPECIAL/LIMITED WARRANTY DEED RECORDED JULY 19, 2012, IN BOOK 1726, PAGE 216, WALKER COUNTY, GEORGIA LAND RECORDS.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JAMES G. MALONEY

Criminal Action

No. 1:16-CR-237-AT-JSA

## NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that a Criminal Indictment was filed charging the above-named Defendant with violations of Title 18, United States Code, Sections 1341, 1343 and 1349, and alleging in the Forfeiture Provision that the following real property:

### 126 ARTIE LANE, ROSSVILLE, WALKER COUNTY, GEORGIA
[Tax Parcel ID No.: 0125-051]

All that tract or parcel of land lying and being in Original Land Lot Number 186 in the 9th District and 4th Section of Walker County, State of Georgia, being known and designated as Lot Number Nine (9) of Rolling Green Ridge Subdivision, as shown by plat recorded in Plat Book 5, Page 16, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

16, FBI-004130

titled in the name of **J's Services, Inc.** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,

JOHN A. HORN
*United States Attorney*

KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181