ORIGINAL

Lien          Doc: LP
**Recorded 07/11/2016 11:40AM**

Carter Brown
Clerk Superior Court, Walker County, Ga.
Bk 00134    Pg 0392-0393

**RE:    PROPERTY CURRENTLY OR FORMERLY OWNED BY J'S SERVICES, INC.**

**PLEASE RETURN TO:**
**KELLY K. CONNORS**
**ASSISTANT U.S. ATTORNEY**
**75 TED TURNER DRIVE, S.W.**
**SUITE 600**
**ATLANTA, GEORGIA 30303**

**PLEASE CROSS-REFERENCE TO THAT CERTAIN WARRANTY DEED RECORDED APRIL 19, 2013, IN BOOK 1761, PAGE 194, WALKER COUNTY, GEORGIA LAND RECORDS.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

JAMES G. MALONEY

Criminal Action

No. 1:16-CR-237-AT-JSA

### NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that a Criminal Indictment was filed charging the above-named Defendant with violations of Title 18, United States Code, Sections 1341, 1343 and 1349, and alleging in the Forfeiture Provision that the following real property:

> All that tract or parcel of land lying and being in Original Land Lot Nos. 136 and 137, in the 9th District and 4th Section of Walker County, Georgia, being known and designated as Lot No. 7, WARREN TERRACE SUBDIVISION, as shown on plat of said subdivision of record in Plat Book 5, Page 75, in the Office of the Clerk of the Superior Court of Walker County, Georgia.
> Being the same property described in Deed Book 1735, Page 480, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

16. FBI-004147

titled in the name of **J's Services, Inc.** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,

JOHN A. HORN

*United States Attorney*

KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787
 600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181