Lien      Doc: LP
Recorded 07/11/2016 11:40AM

Carter Brown
Clerk Superior Court, Walker County, Ga.
Bk 00134   Pg 0386-0388

**ORIGINAL**

RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY J'S SERVICES, INC.

PLEASE RETURN TO:
KELLY K. CONNORS
ASSISTANT U.S. ATTORNEY
75 TED TURNER DRIVE, S.W.
SUITE 600
ATLANTA, GEORGIA 30303

PLEASE CROSS-REFERENCE TO THAT CERTAIN SPECIAL WARRANTY DEED RECORDED FEBRUARY 22, 2012, IN BOOK 1710, PAGE 485, WALKER COUNTY, GEORGIA LAND RECORDS.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY | Criminal Action<br><br>No. 1:16-CR-237-AT-JSA |

## NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that a Criminal Indictment was filed charging the above-named Defendant with violations of Title 18, United States Code, Sections 1341, 1343 and 1349, and alleging in the Forfeiture Provision that the following real property:

### 640 MISSION RIDGE ROAD, CHICKAMAUGA, WALKER COUNTY, GEORGIA

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN ORIGINAL LAND LOT NO. 138 IN THE 9TH DISTRICT 4TH SECTION OF WALKER COUNTY, GEORGIA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

16.FBI004146

BEGINNING AT A POINT ON THE EAST LINE OF MISSION RIDGE ROAD, A DISTANCE OF 235.71 FEET NORTH AS MEASURED ALONG THE EAST LINE OF MISSION RIDGE ROAD FROM ITS INTERSECTION WITH THE NORTH LINE OF MEECHAM ROAD; THENCE NORTH 37 DEGREES 03 MINUTES 45 SECONDS EAST, ALONG THE EAST LINE OF MISSION RIDGE ROAD, A DISTANCE OF 205.4 FEET TO A POINT; THENCE SOUTH 17 DEGREES 19 MINUTES EAST, A DISTANCE OF 126.76 FEET TO A POINT; THENCE SOUTH 25 DEGREES 43 MINUTES WEST, A DISTANCE OF 111.39 FEET TO A POINT; THENCE NORTH 63 DEGREES 04 MINUTES WEST, A DISTANCE OF 126.9 FEET TO THE EAST LINE OF MISSION RIDGE ROAD, THE POINT OF BEGINNING.

titled in the name of **J's Services, Inc.** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,

JOHN A. HORN

*United States Attorney*

KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181