Lien    Doc: LP
Recorded 07/11/2016 11:40AM

Carter Brown
Clerk Superior Court, Walker County, Ga.
Bk 00134   Pg 0389-0391

ORIGINAL

RE:   PROPERTY CURRENTLY OR FORMERLY OWNED BY J'S SERVICES, INC.

PLEASE RETURN TO:
KELLY K. CONNORS
ASSISTANT U.S. ATTORNEY
75 TED TURNER DRIVE, S.W.
SUITE 600
ATLANTA, GEORGIA 30303

PLEASE CROSS-REFERENCE TO THAT CERTAIN SPECIAL WARRANTY DEED RECORDED MAY 16, 2011, IN BOOK 1682, PAGE 247, WALKER COUNTY, GEORGIA LAND RECORDS.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JAMES G. MALONEY

Criminal Action

No. 1:16-CR-237-AT-JSA

## NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that a Criminal Indictment was filed charging the above-named Defendant with violations of Title 18, United States Code, Sections 1341, 1343 and 1349, and alleging in the Forfeiture Provision that the following real property:

### 2271 JOHNSON ROAD, CHICKAMAUGA, WALKER COUNTY, GEORGIA
[Tax Parcel ID No.: 0-163-017A]

All that tract or parcel of land lying and being in Land Lot 224 in the 9th District and 4th Section of Walker County, Georgia and being more particularly described as follows, to wit:

16.FBI.004145

Begin at the point of intersection of the easterly right-of-way of Johnson Road and the southerly right-or-way of Vettetoe Road and from said point traveling southwesterly along and with the easterly right-of-way of Johnson Road a distance of 190.0 feet to a point, said point being designated as point of beginning; thence north 73 degrees 36 minutes 32 seconds east a distance of 209.96 feet to a point located on the easterly right-of-way of Johnson Road; thence north 21 degrees 58 minutes 00 seconds west along and with the easterly right-of-way of Johnson Road a distance of 125.0 feet to a point, said point being the point of beginning.

titled in the name of **J's Services, Inc.** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,

JOHN A. HORN

*United States Attorney*

KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181