IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-AT-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

COMES NOW, Craig A. Gillen, and hereby files this Notice of Attorney Appearance in the above-captioned matter on behalf of Defendant James G. Maloney, pursuant to Rule 57.1 of the Criminal Local Rules for the Northern District of Georgia, hereby appearing as lead counsel for Defendant.

1

Respectfully submitted, this 25th day of August, 2016.

>GILLEN WITHERS & LAKE, LLC
>
>/s/Craig A. Gillen_____
>Craig A. Gillen, Esq.
>Georgia Bar No. 294838
>One Securities Centre, Suite 1050
>3490 Piedmont Road, N.E.
>Atlanta, Georgia 30305
>Telephone:   (404) 842-9700
>Facsimile:   (404) 842-9750
>E-mail:      aclake@gwllawfirm.com
>
>Counsel for Dr. James G. Maloney

## CERTIFICATION

The undersigned hereby certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

>GILLEN WITHERS & LAKE, LLC
>
>/s/Craig A. Gillen_____
>Craig A. Gillen, Esq.
>Georgia Bar No. 294838
>One Securities Centre, Suite 1050
>3490 Piedmont Road, N.E.
>Atlanta, Georgia 30305
>Telephone:   (404) 842-9700
>Facsimile:   (404) 842-9750
>E-mail:      aclake@gwllawfirm.com
>
>Counsel for Dr. James G. Maloney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 25th day of August, 2016, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

                                            GILLEN WITHERS & LAKE, LLC

                                            /s/Craig A. Gillen _____
`                                          Craig A. Gillen, Esq.
                                            Georgia Bar No. 294838
                                            One Securities Centre, Suite 1050
                                            3490 Piedmont Road, N.E.
                                            Atlanta, Georgia 30305
                                            Telephone:   (404) 842-9700
                                            Facsimile:   (404) 842-9750
                                            E-mail:         aclake@gwllawfirm.com

                                            Counsel for Dr. James G. Maloney