# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL INDICTMENT** |
| **v.** | **NO.1:16-CR-000237-AT-JSA** |
| **JAMES G. MALONEY** | |
| **Defendant.** | **Magistrate Judge Anand** |

## O R D E R

For good cause shown, Defendant's Motion for Leave to File Additional Motions [ ], is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. The government shall promptly disclose to Defendant, or complete disclosure of, any discovery required to be disclosed to Defendant pursuant to Federal Rule of Criminal Procedure 16.

2. Upon the completion of disclosure by the government of any discovery under Rule 16 to Defendant, the he government shall file a certification that it has completed production of discovery pursuant to Rule 16.

3. Defendant shall have 21 days from the filing of the certification by the government in which to file any additional motions.

1

The Court finds that the ends of justice in permitting this continuance outweigh the Defendant's and public's interest in a speedy trial, and thus the Court hereby directs that the period of the delay from Defendant's Motion to the disposition of Defendant's Motion be excluded from Speedy Trial Act calculations, 18 U.S.C. § 3161.

**IT IS SO ORDERED** this _____ day of _____, _____.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE