# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-AT-JSA
## USA v. Maloney
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 9/14/16.

TIME COURT COMMENCED: 10:02 A.M.
TIME COURT CONCLUDED: 10:59 A.M.   TAPE NUMBER: FTR
TIME IN COURT: 00:57   DEPUTY CLERK: B. Graves
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[16]Motion for Leave to File GRANTED<br>DFT#1-[17]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT<br>DFT#1-[18]Motion for Disclosure TAKEN UNDER ADVISEMENT<br>DFT#1-[19]Motion for Miscellaneous Relief TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court held a pretrial conference to discuss the motions filed by the Defendant. The Government's response to the motion for bill of particulars is due on or before October 14, 2016. The Government is to file a response to Defendant's motion for access to witnesses and Defendant's motion for identification of documents on or before October 14, 2016. The Government is expected to include a memorandum plan, or scheduling order, for the steps needed and procedures needed for adjudicating any disputes regarding discovery and admissibility under the Classified Information Procedures Act. Defendant's response is due on or before October 31, 2016. The deadline for filing any additional pretrial motions is extended to October 14, 2016. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161 (h)(7)(A) because the court found it needed to allow reasonable time |

|  | for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |
| ADDL HEARING(S) SCHEDULED: | Pretrial Conference set for November 4, 2016 at 10:00 a.m. in Courtroom 1875; |