# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-AT-JSA
## USA v. Maloney
## Honorable Justin S Anand

Minute Sheet for proceedings held In Chambers on 10/05/2016.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 3:47 P.M.    TAPE NUMBER: FTR
TIME IN COURT: 1:42                DEPUTY CLERK: B. Graves
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | In Chambers Conference(Pretrial Conference/Omnibus); |
| MINUTE TEXT: | The Court held a conference to discuss Defendant's notice of intent and the Government's response thereto. Defendant is to particularize his notice within 30 days, and the Government is to file its response within 30 days of the Defendant's filing. Within the Defendant's 30-day window, he may file any Rule 16 motions. The time between October 5, 2016 and January 3, 2017 is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), because this time is necessary to access the need for disclosure of classified information and follow the Classified Information Procedures Act. These concerns outweigh the interests of the public and the defendant in a speedy trial. A Status Conference is set for January 3, 2017 at 10:00 a.m. |