IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL CASE NO. |
| | : | 1:16-CR-000237-AT-JSA |
| JAMES G. MALONEY | : | |
| | : | |

**O R D E R**

The Court set a pretrial conference for November 4, 2016 but subsequently, during an in-chambers conference on October 5, 2016, extended the time for filing additional motions. The extended time for filing additional motions will not run by November 4. Therefore, the Court will take the pretrial conference off of the calendar. If pretrial motions are filed before the scheduled status conference in January, the Court will schedule a pretrial conference in a separate order.

Furthermore, in the last conference, the Court set a deadline for defense counsel to file a perfected, or supplemental, Notice of Intent within 30 days. The Court, upon reflection, would like to discuss this further with the parties. Therefore, the Court hereby **STAYS** the filing deadline and will schedule a telephone conference to further discuss this matter. The Court will reach out to the parties via email to schedule the conference.

2

**IT IS SO ORDERED** this 21st day of October, 2016

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE