# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
|---|---|
| v. | NO.1:16-CR-000237-AT-JSA |
| JAMES G. MALONEY | |
| Defendant. | Magistrate Judge Anand |

### O R D E R

For good cause shown, Defendant's Motion for Early Disclosure of Evidence of Other Crimes, Wrongs, or Acts Pursuant to Federal Rule of Evidence 404(b), and for Leave to File Additional Motions [ ], is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. The government shall provide Defendant with a summary of any evidence it intends to offer at trial of other crimes, wrongs, or acts pursuant to Federal Rule of Evidence 404(b) by _____.

2. Defendant shall have until _____ in which to file any requests for issuance of subpoenas to witnesses for documents or objects pursuant to Federal Rule of Criminal Procedure 17(c), or any motions to compel discovery pursuant to Federal Rule of Criminal Procedure 16(d)(2).

1

3. The parties shall have until _____ days before trial in which to file any motions *in limine*.

The Court finds that the ends of justice in permitting this continuance outweigh the Defendant's and public's interest in a speedy trial, and thus the Court hereby directs that the period of the delay from Defendant's Motion to the disposition of Defendant's Motion be excluded from Speedy Trial Act calculations, 18 U.S.C. § 3161.

**IT IS SO ORDERED** this _____ day of _____, _____.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE