# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-AT-JSA
## USA v. Maloney
## Honorable Justin S Anand

Minute Sheet for proceedings held In Chambers on 11/09/2016.

TIME COURT COMMENCED: 2:04 P.M.
TIME COURT CONCLUDED: 2:43 P.M.        COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:39                   DEPUTY CLERK: B. Graves
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Telephone Conference(Pretrial Conference/Omnibus Hearing); |
| MOTIONS RULED ON: | DFT#1-[28]Motion for Disclosure TAKEN UNDER ADVISEMENT<br>DFT#1-[28]Motion for Extension of Time GRANTED |
| MINUTE TEXT: | The Court held a Status Conference to discuss implementing procedures under CIPA and maintained the next Status Conference of January 3, 2017. The Court reiterated that time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), through January 3rd. The Government must file a response to Defendant's Motion for Disclosure, doc. 28, within 30 days from today. |