# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cr-00237-AT-JSA
### USA v. Maloney
### Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 02/02/2017.

TIME COURT COMMENCED: 9:59 A.M.
TIME COURT CONCLUDED: 10:22 A.M.      TAPE NUMBER: FTR
TIME IN COURT: 00:23      DEPUTY CLERK: B. Graves
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | The Court held a status conference. The Defendant has until 3/16/17 to file his perfected notice of intent to disclose. The Government has until 4/17/17 to file its response. Another status conference is scheduled for 5/2/17 at 10:00 a.m. |