IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: |
| | : | 1:16-CR-00237-AT-JSA |
| JAMES G. MALONEY | : | |
| | : | |
| Defendant. | : | |

## ORDER

For good cause shown, and with the Government's consent, Defendant's Motion for Extension of Time and to Reset Deadlines, [36], is **GRANTED**. The Defendant has until April 17, 2017, in which to file a perfected or supplemental notice of intent. The Government has until May 15, 2017 to file its response.

The Status Conference currently set for May 2, 2017 is continued until **May 17, 2017 at 10:00 a.m.**

This extension is necessary and will allow time for the various processes to occur. Additionally the extension will give defense counsel time to perfect or supplement his notice of intent and the Government time to file its response. The time between March 14, 2017 and May 17, 2017 is excluded from Speedy Trial Act calculations for the reasons set out above, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(I) and (iv), because the Court finds that the ends of justice

served by granting the continuance outweigh the Defendant's and the public's right to a speedy trial.

IT IS SO ORDERED this 14th day of March, 2017.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE