# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY<br>   *Defendant* | )<br>)<br>)  Case No. 1:16-CR-00237-AT-JSA<br>)<br>) |

**APPEARANCE OF CO-COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for James G. Maloney.

This 25th day of March 2017

THE LAW FIRM OF LAWANDA HODGES, LLC

/s/ Lawanda N. Hodges
Lawanda N. Hodges, Esq.
Georgia Bar. No. 547413
1100 Peachtree Street, Suite 200
Atlanta, GA 30316
Phone: (404) 474-0772
Fax: (404) 474-2774
lhodges@lhodgeslaw.com

1

## CERTIFICATE OF SERVICE

      I, Lawanda N. Hodges, certify that on this 25th day of March 2017, the forgoing Entry of Appearance was electronically filed via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court to the following:

**John Russell Phillips, Esq.**

**Stephen H. McClain, Esq.**

**Assistant United States Attorney**

**United States Attorney's Office for the Northern District of Georgia**

600 Richard Russell Building

75 Ted Turner Drive, S.W.

Atlanta, Georgia 30303

stephen.mcclain@usdoj.gov

russell.phillips@usdoj.gov


                                              */s/* Lawanda N. Hodges
                                              Georgia Bar. No.547413
                                              The Law Firm of Lawanda Hodges, LLC
                                              1100 Peachtree Street,
                                              Suite 200
                                              Atlanta, GA 30316
                                              Phone:  (404) 474-0772
                                              Fax:  (404) 474-2774
                                              lhodges@lhodgeslaw.com