IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-AT-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF FILING

COMES NOW, James G. Maloney, Defendant herein, by and through the undersigned counsel, and hereby notifies the Court and the Government of his filing of his Supplemental Notice of Intent to Disclose, or to Cause the Disclosure of, Classified Information, Pursuant to the Classified Information Procedures Act (CIPA), 18 U.S.C. app. 3, §§ 1 *et seq.*, and Requests for Production of Classified Documents Material to the Defense.

Respectfully submitted, this 13th day of April, 2017.

                              GILLEN WITHERS & LAKE, LLC

                              /s/Craig A. Gillen _____
                              Craig A. Gillen, Esq.
`                             Georgia Bar No. 294838
                              One Securities Centre, Suite 1050
                              3490 Piedmont Road, N.E.
                              Atlanta, Georgia 30305
                              Telephone:   (404) 842-9700
                              Facsimile:   (404) 842-9750
                              E-mail:       cgillen@gwllawfirm.com
                                                aclake@gwllawfirm.com

                              Counsel for Dr. James G. Maloney

## **CERTIFICATION**

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

                              GILLEN WITHERS & LAKE, LLC

                              /s/Craig A. Gillen _____
                              Craig A. Gillen, Esq.
`                             Georgia Bar No. 294838

                              Counsel for Dr. James G. Maloney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 13th day of April, 2017, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

                                      GILLEN WITHERS & LAKE, LLC

`

                                      /s/Craig A. Gillen_____
                                      Craig A. Gillen, Esq.
                                      Georgia Bar No. 294838
                                      One Securities Centre, Suite 1050
                                      3490 Piedmont Road, N.E.
                                      Atlanta, Georgia 30305
                                      Telephone:  (404) 842-9700
                                      Facsimile:   (404) 842-9750
                                      E-mail:       cgillen@gwllawfirm.com
                                                          aclake@gwllawfirm.com

                                      Counsel for Dr. James G. Maloney