# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-AT-JSA
## USA v. Maloney
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 06/28/2017.

TIME COURT COMMENCED: 1:05 P.M.
TIME COURT CONCLUDED: 1:57 P.M.       TAPE NUMBER: FTR
TIME IN COURT: 00:52                  DEPUTY CLERK: B. Graves
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>Lawanda Hodges representing James G. Maloney<br>Stephen McClain representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | The Court held a conference on certain disputes regarding the parties' compliance with the Court's scheduling order, doc. 41. The Court ruled on those disputes in open court. |