IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal No. |
|---|---|
| v. | |
| JAMES G. MALONEY | 1:16-cr-00237-AT-JSA |

**NOTICE OF FILING**

The United States hereby gives notice that it filed its Response to Defendant's Supplemental Notice of Intent to Disclose Classified Information on June 30, 2017, by emailing it to the CISO.

    RESPECTFULLY SUBMITTED,

    JOHN A. HORN
    UNITED STATES ATTORNEY

    /s/ J. RUSSELL PHILLIPS
    ASSISTANT UNITED STATES ATTORNEY
    GEORGIA BAR NO. 576335

    /s/ STEPHEN H. MCCLAIN
    ASSISTANT UNITED STATES ATTORNEY
    GEORGIA BAR NO. 143186

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

JOHN A. HORN
*UNITED STATES ATTORNEY*

/S/ J. RUSSELL PHILLIPS
*ASSISTANT UNITED STATES ATTORNEY*
GEORGIA BAR NO. 576335