```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3   UNITED STATES OF AMERICA,      :
                                    :
 4   vs.                            :  DOCKET NUMBER
                                    :  1:16-CR-0237-AT-JSA-1
 5   JAMES G. MALONEY,              :
                                    :  ATLANTA, GEORGIA
 6             DEFENDANT.           :  AUGUST 22, 2017

 7

 8         TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

 9           BEFORE THE HONORABLE JUSTIN S. ANAND

10              UNITED STATES MAGISTRATE JUDGE

11                      PART I OF III

12
     APPEARANCES OF COUNSEL:
13
         FOR THE GOVERNMENT:
14
         JOHN RUSSELL PHILLIPS
15       STEPHEN H. MCCLAIN
         UNITED STATES ATTORNEY'S OFFICE
16

17       FOR THE DEFENDANT:

18       CRAIG C. GILLEN
         ANTHONY C. LAKE
19       GILLEN WITHERS & LAKE LLC

20       LAWANDA N. HODGES
         THE LAW FIRM OF LAWANDA HODGES
21

22    MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED
                    TRANSCRIPT PRODUCED BY:
23
     OFFICIAL COURT REPORTER:    SHANNON R. WELCH, RMR, CRR
24                               2394 UNITED STATES COURTHOUSE
                                 75 TED TURNER DRIVE, SOUTHWEST
25                               ATLANTA, GEORGIA  30303
                                 (404) 215-1383
```

```
 1                    P R O C E E D I N G S
 2      (Atlanta, Fulton County, Georgia; August 22, 2017.)
 3              THE COURT:  Morning.  How are you all doing?
 4              MR. PHILLIPS:  Good.  How are you?
 5              THE COURT:  Good.  Okay.  So we're here in United
 6      States of America vs. James Maloney, Criminal Number
 7      1:16-CR-237.
 8              So we had set this for today for a status conference
 9      to talk about where we are.  When we last met, y'all had all
10      filed the -- or the defendant had filed the amended notice of
11      intent to disclose, to which the Government responded and we
12      had the reply, which had triggered certain discovery requests
13      that the Government was in the process of looking in to and
14      assessing whether there was additional Brady information or
15      other discoverable information to produce.
16              And so we set this matter over for today to, I guess,
17      first hear the status of whether there are discovery disputes
18      that need to get teed up and then also to set a schedule going
19      forward and, if possible, to set a date for a hearing on any
20      motions to preclude or for a motion for protective order with
21      regard to any of the information that is proposed to be
22      disclosed.
23              So I guess let me hear from Mr. Phillips first from
24      the Government's perspective on where we are at this point.
25              MR. PHILLIPS:  Well, Your Honor, I'm prepared to give
```

1  you a detailed explanation of what we have done since the last
2  time we were here.  I think it would be better and less awkward
3  and maybe less time consuming if we do it in a classified
4  setting.
5              THE COURT:  That is fine.  We have that ready to go
6  and set up.  We can just move to the other room is the quickest
7  way we had to do it rather than set this one up in an
8  appropriate way.
9              Is that okay with y'all?
10             MR. GILLEN:  Yes, Your Honor.
11             THE COURT:  Okay.  Bel, it is big enough over there;
12 right?  It may be slightly tight.
13             COURTROOM DEPUTY CLERK:  It is going to be tight.
14             THE COURT:  It is going to be a little tight.
15             COURTROOM DEPUTY CLERK:  There is enough seating, but
16 it is going to be tight.
17             THE COURT:  All right. Well, we are all friends.  So
18 that is fine.  So I take it everyone here is -- well, I guess,
19 Ms. Rodriguez-Feo, everyone here is cleared or otherwise
20 appropriate to be moved over to the classified setting?
21             MS. RODRIGUEZ-FEO:  Yes, Your Honor.
22             THE COURT:  Okay.  So let's do it then.  I'll step
23 down, and Ms. Graves will bring y'all over to the other room,
24 and I'll meet you there as soon as I'm told we're ready to go.
25             **(These proceedings were thereby adjourned at**

1              **9:21 A.M.)**
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

C E R T I F I C A T E

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

    I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of the United States District Court, for the Northern District of Georgia, Atlanta Division, do hereby certify that the foregoing 3 pages constitute a true transcript of proceedings had before the said Court, held in the City of Atlanta, Georgia, in the matter therein stated.

    In testimony whereof, I hereunto set my hand on this, the 22nd day of September, 2017.

_____
SHANNON R. WELCH, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT