```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3   UNITED STATES OF AMERICA,      :
                                    :
 4   vs.                            :  DOCKET NUMBER
                                    :  1:16-CR-0237-AT-JSA-1
 5   JAMES G. MALONEY,              :
                                    :  ATLANTA, GEORGIA
 6             DEFENDANT.           :  AUGUST 22, 2017

 7

 8           TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

 9              BEFORE THE HONORABLE JUSTIN S. ANAND

10                   UNITED STATES MAGISTRATE JUDGE

11                          PART III OF III

12

13   APPEARANCES OF COUNSEL:

         FOR THE GOVERNMENT:
14
         JOHN RUSSELL PHILLIPS
15       STEPHEN H. MCCLAIN
         UNITED STATES ATTORNEY'S OFFICE
16

17       FOR THE DEFENDANT:

18       CRAIG C. GILLEN
         ANTHONY C. LAKE
19       GILLEN WITHERS & LAKE LLC

20       LAWANDA N. HODGES
         THE LAW FIRM OF LAWANDA HODGES
21

22      MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED
                      TRANSCRIPT PRODUCED BY:
23
     OFFICIAL COURT REPORTER:     SHANNON R. WELCH, RMR, CRR
24                                2394 UNITED STATES COURTHOUSE
                                  75 TED TURNER DRIVE, SOUTHWEST
25                                ATLANTA, GEORGIA  30303
                                  (404) 215-1383
```

```
 1                      P R O C E E D I N G S
 2      (Atlanta, Fulton County, Georgia; August 22, 2017.)
 3              THE COURT:  So we're back on the record in the
 4      courtroom.  I'm going to look at the calendar here.  So the
 5      Government mentioned that it would likely produce some
 6      remaining material within two or three weeks.
 7              So what about the end of September?  Like, I have
 8      pretty much most of the week of the 25th open.  What about --
 9      I'll just propose for the sake of something to propose Tuesday
10      the 26th, morning, 9:00 A.M., like today.  But most of that
11      rest of the week is open if that is better.
12              MR. GILLEN:  Your Honor, either that Monday or
13      Tuesday would be fine with me.  I do -- I'm going to be out of
14      the office on family matters the rest of the week after that.
15      So we can do in the morning.
16              And by the way, Your Honor, I would on the record
17      like to apologize for being late this morning.
18              THE COURT:  Okay.  Thank you.
19              MR. GILLEN:  I don't like that.  I apologize to the
20      Court.
21              THE COURT:  Thank you for that.  And no problem.  You
22      are excused.
23              Does that work for you?  The 26th?
24              MR. PHILLIPS:  It does, Your Honor.
25              THE COURT:  Okay.  26th at 9:00 A.M.  It will be fall
```

```
 1  then.  But it remains to be seen whether it will be
 2  substantially cooler.
 3          And one question as well for the Government.
 4  Ms. Rodriguez-Feo reminded me on the way in here that conflated
 5  was used a couple of times.  I think conflated references to
 6  Section 4 and Section 5 and 6.  The Government referenced
 7  making a Section 4 submission, which would be an ex parte
 8  submission to me.  Essentially I'd get a request for a
 9  protective order to review materials proposed not to be
10  disclosed.
11          What would be your timing on that?  Do you have --
12          MR. PHILLIPS:  You know, the NSD is driving that bus.
13  So I need to talk to them about that.  My understanding
14  generally is they are pretty close.
15          Can we do it at the end of September?  Would that --
16          THE COURT:  That would be fine.  So, in other words,
17  you would believe at least for purposes of today that you would
18  be in a position to file something --
19          MR. PHILLIPS:  By the end of September.
20          THE COURT:  -- by the end of September?  Okay.  So
21  that would be -- well, I guess there is no magic to doing it
22  the same day as the hearing because I won't have a chance to
23  really have looked at it anyway.  So you are saying
24  September 30th.  Well, that is a Saturday.  September 29.  Okay
25  that is fine.
```

```
 1                 MR. PHILLIPS:  Thank you.
 2                 THE COURT:  All right.  So anything else then?
 3                 MR. PHILLIPS:  Not for the Government.
 4                 MR. GILLEN:  No, Your Honor.
 5                 THE COURT:  All right.  So, again -- and I'll -- what
 6    we'll say for purposes of the schedule for a minute entry on
 7    the regular docket is that on the 26th we will hear a status to
 8    determine the defendant's intention -- whether the defense
 9    intends to make any motions to compel.
10                 And it sounds like the Government may have a motion
11    for protective order pursuant to Section 4, which would be
12    filed on the 29th.  I mean, I wouldn't be in a position to have
13    ruled on that by the 26th anyway.  But the defense may also
14    have motions to compel that we will discuss on the 26th.
15                 And perhaps we will also discuss at that point
16    whether or not we can go ahead and schedule a hearing with
17    regard to the admissibility of what else is in -- already in
18    the record separate and apart from any discovery issues.  We'll
19    cross that bridge then.
20                 But at a minimum we'll discuss whether there are any
21    discovery issues to be addressed and/or any briefing schedule
22    for those issues on September 26.
23                 All right.  Very good.
24                 MR. PHILLIPS:  Thank you.
25                 MR. GILLEN:  Thank you.
```

1         THE COURT: See y'all then.

2            **(The proceedings were thereby concluded at**

3            **10:31 A.M.)**

```
 1                    C E R T I F I C A T E

 2

 3   UNITED STATES OF AMERICA

 4   NORTHERN DISTRICT OF GEORGIA

 5

 6       I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7   the United States District Court, for the Northern District of

 8   Georgia, Atlanta Division, do hereby certify that the foregoing

 9   5 pages constitute a true transcript of proceedings had before

10   the said Court, held in the City of Atlanta, Georgia, in the

11   matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13   22nd day of September, 2017.

14

15

16

17   _____
     SHANNON R. WELCH, RMR, CRR
18   OFFICIAL COURT REPORTER
     UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25
```