# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-AT-JSA
## USA v. Maloney
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 09/26/2017.

TIME COURT COMMENCED: 9:08 A.M.
TIME COURT CONCLUDED: 9:34 A.M.
TIME IN COURT: 00:26
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
TAPE NUMBER: FTR
DEPUTY CLERK: B. Graves

DEFENDANT(S): [1]James G. Maloney Present at proceedings

ATTORNEY(S) PRESENT: Craig Gillen representing James G. Maloney
Lawanda Hodges representing James G. Maloney
John Phillips representing USA

PROCEEDING CATEGORY: Status Conference;

MOTIONS RULED ON: DFT#1-[48]Motion for Protective Order GRANTED

MINUTE TEXT: The Court held a status conference continued from August 22, 2017. The Government's motion for protective order, [doc. 48], was provisionally granted pending briefing and the Government's final order. In other words, the Defendant is provisionally bound to the protective order subject to that being ruled upon in a final order. The Defendant may respond to the motion on or before October 6, 2017 and the Government may file its reply on or before October 13, 2017. The Government anticipates providing all remaining arguable Rule 16 or Brady information, or any other information that it elects to provide as a result of its investigation into the facts alleged in the Defendant's Section 5 notice, by September 29, 2017. A status conference is set for October 13, 2017 at 2:00 p.m. Time is excluded from September 26, 2017 until October 13, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) because the court found it needed to allow compliance with the procedures of CIPA, so as specifically to ensure that the Defendant is able to prepare and defend his case while also protecting the security interests of the United States. For these reasons, the ends of justice served by the extension outweigh the interests of the public and the defendant in a speedy trial.