IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-AT-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF FILING

COMES NOW, James G. Maloney, Defendant herein, by and through the undersigned counsel, and hereby notifies the Court and the Government of his filing of his Proffer Regarding Testimony and Evidence.

Respectfully submitted, this 7th day of December, 2018.

GILLEN WITHERS & LAKE, LLC

/s/Craig A. Gillen_____
Craig A. Gillen, Esq.
Georgia Bar No. 294838
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:        cgillen@gwllawfirm.com
                    aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney

## **CERTIFICATION**

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

GILLEN WITHERS & LAKE, LLC

/s/Craig A. Gillen_____
Craig A. Gillen, Esq.
Georgia Bar No. 294838

Counsel for Dr. James G. Maloney

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 7th day of December, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

                      GILLEN WITHERS & LAKE, LLC

                      /s/Craig A. Gillen_____
`                      Craig A. Gillen, Esq.
                      Georgia Bar No. 294838
                      One Securities Centre, Suite 1050
                      3490 Piedmont Road, N.E.
                      Atlanta, Georgia 30305
                      Telephone:   (404) 842-9700
                      Facsimile:    (404) 842-9750
                      E-mail:       cgillen@gwllawfirm.com
                                    aclake@gwllawfirm.com

                      Counsel for Dr. James G. Maloney