```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
                              ATLANTA DIVISION

 UNITED STATES OF AMERICA,      :
                                :
 vs.                            :  DOCKET NUMBER
                                :  1:16-CR-0237-AT-JSA-1
 JAMES G. MALONEY,              :
                                :  ATLANTA, GEORGIA
           DEFENDANT.           :  DECEMBER 17, 2018
```

**TRANSCRIPT OF SECTION 6 HEARING PROCEEDINGS**

**BEFORE THE HONORABLE JUSTIN S. ANAND**

**UNITED STATES MAGISTRATE JUDGE**

**PART I OF III**

APPEARANCES OF COUNSEL:

   **FOR THE GOVERNMENT:**

   JOHN RUSSELL PHILLIPS
   STEPHEN H. MCCLAIN
   UNITED STATES ATTORNEY'S OFFICE

   **FOR THE DEFENDANT:**

   CRAIG C. GILLEN
   ANTHONY C. LAKE
   GILLEN WITHERS & LAKE LLC

*MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY:*

*OFFICIAL COURT REPORTER:*   *SHANNON R. WELCH, RMR, CRR*
                             *2394 UNITED STATES COURTHOUSE*
                             *75 TED TURNER DRIVE, SOUTHWEST*
                             *ATLANTA, GEORGIA  30303*
                             *(404) 215-1383*

```
 1                   P R O C E E D I N G S
 2     (Atlanta, Fulton County, Georgia; December 17, 2018.)
 3              THE COURT:  Morning.  This is the case of the United
 4     States vs. James Maloney, 1:16-CR-237.  Representing the United
 5     States is Assistant U.S. Attorneys Russell Wilson {sic} and
 6     Steve McClain; and here for the defense, Craig Gillen and
 7     Anthony Lake.
 8              Can y'all hear me okay?
 9              MR. GILLEN:  Yes.
10              THE COURT:  Just as a reminder, the microphones have
11     been disabled.  So let me know if you can't hear me.  I'm
12     trying to speak a little bit louder.  And try to speak a little
13     bit more loudly than you might otherwise yourselves so that we
14     can all hear.  But I will also tell you if I can't hear.
15              We are here for a hearing under the Classified
16     Information Procedures Act.  And by the way, what I would like
17     to do is spend one or two minutes talking on the public record
18     before we go, quote-unquote, classified.  So -- but we're here
19     for a hearing on the various defendant's notices to -- of
20     intent to use classified information and the defendant's
21     responses thereto, which are functionally I'm treating as
22     motions to introduce or to restrict evidence, the hearing that
23     is mandated by the Classified Information Procedures Act.
24              Which after so many months of submitting the updated
25     and perfected and amended notices and responses and related
```

1   motions and the evidentiary proffers that I most recently
2   received from the defense, I think we are at the point or at
3   least that is what it seems on its face to have the mandated
4   hearing to determine the admissibility of the contested
5   evidence.
6           So I have received the proffers from the defense.
7   And, of course, I had received the Government's brief and
8   position before the last hearing that we had that had to be
9   continued until today.
10          But, otherwise, are y'all ready to proceed?
11          MR. PHILLIPS:  Yes, Your Honor.
12          MR. GILLEN:  Yes, Your Honor.
13          THE COURT:  All right.  Anything that we should take
14  up before we go on the classified record?
15          MR. PHILLIPS:  I don't think so, Your Honor.
16          MR. GILLEN:  Nor do I, Your Honor.
17          THE COURT:  I think there is some housekeeping things
18  that I'll talk about maybe after we conclude.  But why don't we
19  then turn to the classified record at this point.
20          **(These proceedings were thereby adjourned.)**

1      C E R T I F I C A T E

3   UNITED STATES OF AMERICA
4   NORTHERN DISTRICT OF GEORGIA

6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of
7   the United States District Court, for the Northern District of
8   Georgia, Atlanta Division, do hereby certify that the foregoing
9   3 pages constitute a true transcript of proceedings had before
10  the said Court, held in the City of Atlanta, Georgia, in the
11  matter therein stated.
12       In testimony whereof, I hereunto set my hand on this, the
13  30th day of January, 2019.

17  _____
    SHANNON R. WELCH, RMR, CRR
18  OFFICIAL COURT REPORTER
    UNITED STATES DISTRICT COURT