# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-AT-JSA
## USA v. Maloney
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 04/08/2019.

TIME COURT COMMENCED: 1:04 P.M.
TIME COURT CONCLUDED: 1:38 P.M.    TAPE NUMBER: FTR
TIME IN COURT: 00:34    DEPUTY CLERK: B. Evans
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Telephone Conference(Oral Argument Hearing); |
| MINUTE TEXT: | The Court held a supplemental hearing to hear argument as to a specific legal issue, via teleconference, relating to the pending requests by the Defendant to be allowed to use, and by the Government to exclude, certain classified information at trial, as embodied in, among other filings, motions [22], [25], [44], [45], [59], [77], and the Defendant's Motion to Compel and Second Supplemental Notice of Intent to Use Classified Information, dated October 27, 2017. The Court now takes those motions under submission. |