IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: |
| | : | 1:16-CR-00237-AT-JSA |
| JAMES G. MALONEY | : | |
| | : | |
| Defendant. | : | |

## **NOTICE OF FILING**

The Court hereby gives notice that it filed with CISO on April 12, 2019 an Order as to the Admissibility of Classified Information Pursuant to Section 6(A) of the Classified Information Procedures Act.

Specifically, the Order grants in part and denies in part, Defendant's requests to disclose and use classified information, [21][22][39][85], and likewise grants in part and denies in part, the Government's requests to exclude such information [59]. The Defendant's motion to strike, [93], is granted.

Among other specifics provided in the Order, the Court provided that the Government shall submit any motions and supporting briefs pursuant to Section 6(c) of CIPA within 45 days of April 12, 2019 and the Defendant may respond within 30 days.  Additionally, should there be any requests made under Section

6(c) and any disputes by the Defendant, the Court sets a hearing date for August 12, 2019 at 9:30 a.m. The Court further excluded all time between the date of the Order through at least August 12, 2019 from calculations under the Speedy Trial Act as further explained in the Order.

Submitted this 19th day of April, 2019.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE