IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | NO.1:16-CR-000237-AT-JSA |
| JAMES G. MALONEY | |
| Defendant. | |

### [PROPOSED] ORDER

On June 5, 2019, the Government filed its Brief in Response to Defendant Maloneys Appeal of the Magistrate Judges April 12, 2019 Order as to the Admissibility of Classified Information Under CIPA § 6(a), and its Brief in Response to Defendant Maloney's Appeal of the Magistrate Judges April 12, 2019 Order Regarding Defendants Motion to Compel as to James G. Maloney, *see* Doc. 113. Counsel for Defendant accepted service of the Government's filings on June 7, 2019. The parties have agreed that the defense should have until, and including, Friday, June 21, 2019, in which to file any response to the Government's filings.

**IT IS HEREBY ORDERED** that Defendant shall have until, and including, Friday, June 21, 2019, in which to file any response to the Government's Brief in Response to Defendant Maloneys Appeal of the Magistrate Judges April 12, 2019 Order as to the Admissibility of Classified Information Under CIPA § 6(a), and the

1

Government's Brief in Response to Defendant Maloney's Appeal of the Magistrate Judges April 12, 2019 Order Regarding Defendants Motion to Compel as to James G. Maloney.

**SO ORDERED,** this __19th__ day of June, 2019.

                                              s/Justin S. Anand
                                         JUSTIN S. ANAND
                                         UNITED STATES MAGISTRATE JUDGE