```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
 2                            ATLANTA DIVISION

 3   UNITED STATES OF AMERICA,        :
                                      :
 4   vs.                              :   DOCKET NUMBER
                                      :   1:16-CR-0237-AT-JSA-1
 5   JAMES G. MALONEY,                :
                                      :   ATLANTA, GEORGIA
 6             DEFENDANT.             :   OCTOBER 23, 2018

 7

 8            TRANSCRIPT OF SECTION 6 HEARING PROCEEDINGS

 9            BEFORE THE HONORABLE JUSTIN S. ANAND

10               UNITED STATES MAGISTRATE JUDGE

11                          PART II OF II

12

13   APPEARANCES OF COUNSEL:

14        FOR THE GOVERNMENT:

15        JOHN RUSSELL PHILLIPS
          STEPHEN H. MCCLAIN
16        UNITED STATES ATTORNEY'S OFFICE

17        FOR THE DEFENDANT:

18        CRAIG C. GILLEN
          ANTHONY C. LAKE
19        GILLEN WITHERS & LAKE LLC

20        LAWANDA N. HODGES
          THE LAW FIRM OF LAWANDA HODGES
21
       MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED
22                     TRANSCRIPT PRODUCED BY:

23   OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
                                     2394 UNITED STATES COURTHOUSE
24                                   75 TED TURNER DRIVE, SOUTHWEST
                                     ATLANTA, GEORGIA  30303
25                                   (404) 215-1383
```

```
 1              P R O C E E D I N G S

 2    (Atlanta, Fulton County, Georgia; October 23, 2018.)

 3              MR. PHILLIPS:  I found the email that I was

 4    describing that I received yesterday.

 5              THE COURT:  Let's wait until Mr. Gillen --

 6              MR. PHILLIPS:  Oh, I'm sorry.  I thought he was here.

 7              MR. GILLEN:  She has our phones.

 8              MR. PHILLIPS:  I'm sorry.  I was just saying that I

 9    found the email that I was describing earlier.  If the Court

10    would like me to read it into the record, I'll be happy to do

11    that.

12              THE COURT:  That is fine by me, sure.  Probably the

13    mics are off.  So keep screaming.

14              MR. PHILLIPS:  It just says there was nothing

15    discoverable.

16              THE COURT:  Okay.

17              MR. GILLEN:  What does that -- what does that mean?

18    Is there something there or not?  That is an ambiguous term.

19              THE COURT:  I mean, we went into this in great detail

20    last time.  I do recall one of the principles that I relayed

21    before was that the decisions of what is discoverable can't

22    just be left to the agency.  You know, that is for the

23    prosecutors who are more aware of what is the issues at play in

24    the case and the legal obligations of what is discoverable

25    under Rule 16 and *Brady* and the like.
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1              And so there was discussion of -- I mean, the agency

 2    can implement objective instructions to gather documents that

 3    meet certain, you know, objective criteria but that ultimately

 4    the category of possible documents has to be at some level, you

 5    know, assessed by you-all, not just -- so --

 6              MR. PHILLIPS:  This was not from the agency.  This

 7    was reviewed by Patrick Murphy who is a lawyer at the DOJ at

 8    the NSD who has been working on the case.  He is the one that

 9    personally reviewed the documents.

10              THE COURT:  He is part of the trial team?  You

11    consider him part of the trial team in this case?

12              MR. PHILLIPS:  I do.

13              THE COURT:  All right.  You know what else -- I don't

14    know what else I can add at this point.  I made the rulings

15    that I did.  You know, I remain happy to look at anything in

16    camera that is helpful.

17              All right.  So I'm pulling up my calendar.  How soon

18    do you think you-all need to submit the document that we

19    discussed before?

20              MR. GILLEN:  Well, this changes things a bit because

21    now we have got to create the document, and that adds time.

22    And, candidly, Mr. Lake is going to be doing most of that, and

23    he has got a United States Supreme Court brief that he is

24    working on that is coming up in November.

25              So could the Court indulge us and get us to the end
```

1    of November to file this so we could accommodate his petition

2    for cert?

3            THE COURT:  I mean, as a practical matter I likely

4    for purposes of a hearing would not have been able to set it

5    before that point anyway.  So I don't -- I don't think that

6    that would affect my schedule.  Let's work backwards from the

7    earliest I can set it for a hearing because I'm on criminal

8    duty the next two weeks.  And then I'm already jammed with what

9    is a short week of the 12th because of Veterans Day and then

10   there is the short week of Thanksgiving, which I already have

11   some things on.  And then I have at least currently a jury

12   trial in a civil case starting December 3rd, which I doubt if

13   it really goes would be more than two or three days.  Although

14   I have it blocked off for the week.  But I really doubt it

15   would be that.

16           So probably what I would have to do is set it for

17   early the following -- the week of the 10th of December.

18           So are y'all available that week?

19           MR. GILLEN:  Yes, Your Honor.

20           MR. PHILLIPS:  Yes, Your Honor.

21           MR. LAKE:  Yes.

22           THE COURT:  Would the 11th work?  It is always

23   helpful to have the Monday to prepare.

24           We'll set it for the 11th at 9:30.  Therefore,

25   Mr. Lake, would Friday the 30th work?

1          MR. LAKE:  That would be fine, Your Honor.

2    Absolutely.

3          DR. MALONEY:  Is that Thanksgiving week?

4          THE COURT:  No.  That is the week after.

5          MR. PHILLIPS:  Your Honor, I'm sorry.  Mr. McClain

6    has a conflict on the 11th.  Could we do the 13th instead?

7          THE COURT:  That looks fine by me.

8          MR. GILLEN:  That is fine, Your Honor.

9          MR. LAKE:  Fine.

10         THE COURT:  All right.  All right.  So what we will

11   do is docket on the public docket an oral motion to continue

12   that was made during the classified portion of the hearing by

13   the defense, which I granted for the reasons that were

14   explained in that portion of the proceeding.

15         I do find for those reasons that there is good cause

16   to continue this hearing until December 13 and that the reasons

17   supporting the continuance outweigh both the defendant's and

18   the public's right to a speedy trial.  So all time will

19   continue to be excluded through -- at least through

20   December 13.

21         We also I think -- am I right y'all have filed your

22   notice of motion?  There is the classified motion that was

23   filed yesterday, and you are filing on the public docket a

24   notice?

25         MR. PHILLIPS:  As soon as we get back to the office,

1    we will do that.

2             THE COURT:  So that will -- I'll direct the clerk to

3    make sure that that is categorized as a motion on the docket,

4    which I think is important for a number of reasons but

5    including so that the Speedy Trial Act can accurately reflect

6    that we're doing work here and not just -- that there is

7    actually motion-related work that we are undertaking here.

8             All right.  So that is all I had for today.

9    Anything -- oh, I was going to ask when you believed or there

10   is -- no.  I was going to say what -- you are certifying at

11   this point that you have complied?

12            MR. PHILLIPS:  Those were the exact words that I was

13   told that I read.

14            THE COURT:  Okay.  All right.  That is all I have

15   then.

16            MR. GILLEN:  Thank you, Your Honor.

17            THE COURT:  All right.  We'll be in recess then.

18                       **(The proceedings were thereby concluded at**

19                       **10:56 A.M.)**

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1                    C E R T I F I C A T E

2

3    UNITED STATES OF AMERICA

4    NORTHERN DISTRICT OF GEORGIA

5

6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7    the United States District Court, for the Northern District of

8    Georgia, Atlanta Division, do hereby certify that the foregoing

9    6 pages constitute a true transcript of proceedings had before

10   the said Court, held in the City of Atlanta, Georgia, in the

11   matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13   9th day of October, 2019.

14

15

16

17   _____
     SHANNON R. WELCH, RMR, CRR
18   OFFICIAL COURT REPORTER
     UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25