

lhodges@lhodgeslaw.com
Writer's Direct Dial: (404) 474-0772

November 7, 2020

**VIA ECF**

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:  1:12-cr-00284-RWS-JFK-2 *USA v. Butler*
1:16-cr-00237-AT-JSA-1 *USA v. Maloney*
1:19-cr-00141-AT-RGV-1 *USA v. Vega*
1:19-cr-00179-MLB-JSA-1 *USA v. Hubbard*
1:19-cr-00223-WMR-LTW-3 *USA v. Fields*
1:19-cr-00243-MLB-CMS-3 *USA v. Snellings*
1:20-cr-00103-TWT-LTW-3 *USA v. Kamateh*
1:20-cr-00114-WMR-CCB-15 *USA v. Ibidapo*
1:20-cr-00180-JPB-1 *USA v. Adams*
1:20-cr-00197-TWT-AJB-8 *USA v. Lucas*
1:20-cr-00270-TCB-JKL-1 *USA v. Butler*
1:20-cr-00288-MHC-AJB-1 *USA v. Brown*
1:20-cr-00295-TCB-JKL-2 *USA v. Brown*

Dear Courtroom Deputies:

Pursuant to LCrR 57.1E(4), NDGa., I write to inform the Court that I will be out of the office from December 14, 2020 to January 8, 2021. As a result, I respectfully request that the Court not schedule any court appearances in the above-referenced matters on those dates.

Respectfully submitted,

/*s/ Lawanda N. Hodges*
Lawanda N. Hodges, Esq
*for* The Law Firm of Lawanda Hodges, LLC



Cc: AUSA (via ECF)