PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 0 2 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

U.S.A. vs. James G. Maloney        Docket No. 1:16CR00237

## Petition for Action on Conditions of Pretrial Release

COMES NOW Leslie B. Hopkins, pretrial services/probation officer, presenting an official report upon the conduct of defendant James G. Maloney, who was placed under pretrial release supervision by the Honorable Janet F. King, sitting in the court at Atlanta, Georgia on the 30th date of June, 2016 under the following conditions:

1) The defendant must not violate federal, state, or local law while on release.
2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. Section 14135a.
3) The defendant must advise the Court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.
4) The defendant must appear in court as required, and if convicted, must surrender as directed to serve a sentence that the Court may impose.
5) The defendant must sign an Appearance Bond, if ordered.
7) The defendant must:
(a) submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
(b) continue or actively seek employment.
(d) surrender any passport to your supervising officer and do not obtain nor possess a passport or other international travel document, not obtain or possess a passport or other international travel document in your name, another name, or on behalf of a third party, including minor children.
(f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Codefendants-unindicted.
(i) not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle, or place of employment, or upon your person.
(j) not use alcohol (excessively).
(k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. Section 802, unless lawfully prescribed by a medical licensed practitioner.
(p) report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops.
(q) restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.
(r) may not change address without prior permission of USPO.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Maloney has maintained full compliance since being placed on pretrial supervision in 2016. A recent record check reflects no new criminal activity or arrests. Mr. Maloney has maintained a stable residence and employment. It is recommended that pretrial services supervision be terminated.

Assistant United States Attorney Russell Phillips is not opposed to this request.

PRAYING THAT THE COURT WILL ORDER that pretrial supervision be terminated for Mr. Maloney.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 25th day of February, 20 22 and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge/Magistrate Judge | Executed on 02/24/2022<br><br>_____<br>U.S. Pretrial Services/Probation Officer<br><br>Place  Atlanta, Georgia |