# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY,<br><br>Defendant. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## NOTICE OF FILING

The Court hereby gives notice that it filed with CISO on August 9, 2022 an Order as to Defendant's appeal of the Magistrate Judge's April 12, 2019 Order denying his Motion to Compel and both Defendant and the Government's appeals of the Magistrate Judge's April 12, 2019 Order as to the Admissibility of Classified Information Pursuant to Section 6(a) of the Classified Information Procedures Act (or "CIPA").

The parties have been provided with a copy of the Court's Order or notified that they may obtain a copy. But specifically, the Order denies Defendant's appeal of the Magistrate Judge's April 12, 2019 Order denying his Motion to Compel. It also grants in part and denies in part Defendant's appeal of the Magistrate Judge's

April 12, 2019 Order as to the Admissibility of Classified Information, and denies the Government's appeal of the same.

Among other specifics provided in the Order, the Court provided that the Government shall submit any motions and supporting briefs pursuant to Section 6(c) of CIPA within 45 days of August 10, 2022. The Defendant may respond within 30 days, and the Government then has 21 days to file a reply. Additionally, should there be any requests made under Section 6(c) and any disputes by the Defendant, the Court sets a hearing date for December 14, 2022 at 9:30 a.m. The Court further excluded all time between the date of the Order through at least December 14, 2022 from calculations under the Speedy Trial Act as further explained in the Order.

**SO ORDERED** this 10th day of August, 2022.

_____
RICHARD W. STORY
United States District Judge