IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY | CRIMINAL CASE NUMBER<br>1:16-cr-00237-RWS-JSA |

**GOVERNMENT'S MOTION TO EXTEND DEADLINES
PERTAINING TO ANY MOTION AND RELATED BRIEFING
TO BE FILED UNDER 18 U.S.C. § 6(c)**

The United States of American hereby moves to extend the deadlines pertaining to any motion and related briefing to be filed under 18 U.S.C. § 6(c). As set forth in this Court's Order dated August 10, 2022, the Government's § 6(c) motion is currently due on September 26, 2022. The Government needs an additional 30 days to propose suitable substitutions for the classified information that the Court has ruled admissible. Accordingly, the Government is requesting that

- the deadline for the Government to file its § 6(c) motion be extended to October 26, 2022;

- the deadline for the Defendant to file his response be extended to November 25, 2022; and

- the deadline for the Government to file its reply be extended to December 9, 2022.

In support of the requested extensions, the Government shows the Court the following:

The Classified Information Procedures Act (CIPA) provides that,

> [u]pon any determination by the court authorizing the disclosure of specific classified information . . . , the United States may move that, in lieu of the disclosure of such specific classified information, the court order—
>
> (A) the substitution for such classified information of a statement admitting relevant facts that the specific classified information would tend to prove; or
>
> (B) the substitution for such classified information of a summary of the specific classified information.

18 U.S.C. § 6(c).

The Government intends to file a § 6(c) motion but requires input and assistance from others outside the Department of Justice. Those individuals have informed counsel for the Government that they need until October 26, 2022 to perform the necessary work.

Counsel for the Government discussed this matter with Craig Gillen, counsel for the Defendant, on September 7, 2022, and Mr. Gillen stated that he does not object to the requested changes to the motion and briefing deadlines.

WHEREFORE, the Government respectfully requests that its motion be granted. A proposed Consent Order is being submitted for the Court's convenience.

Respectfully submitted,

Ryan K. Buchanan
*United States Attorney*

/s/ John Russell Phillips
*Assistant United States Attorney*
Georgia Bar No. 576335

/s/ Stephen H. McClain
*Assistant United States Attorney*
Georgia Bar No. 143186

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000

## Certificate of Service

I hereby certify that, on September 8, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

/s/ John Russell Phillips
*Assistant United States Attorney*
Georgia Bar No. 576335

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000