IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

JAMES G. MALONEY

CRIMINAL CASE NUMBER
1:16-cr-00237-RWS-JSA

## CONSENT ORDER

For good cause shown, and with the consent of the parties, the deadline for the Government to file its motion and supporting brief concerning suitable substitutions for the classified information that the Court has found admissible is hereby extended for 30 days. Accordingly, the Government's motion and initial brief are now due on October 26, 2022. The Defendant's response is now due on November 25, 2022. And the Government's reply is now due on December 9, 2022. The hearing on these issues is still scheduled for December 14, 2022.

The Court finds that this continuance is necessary to allow the Defendant access to the classified information he needs for his defense, and to allow the Government sufficient time to propose suitable substitutions for that classified information, as contemplated under CIPA. For these reasons, the Court finds that the ends of justice in granting this continuance outweigh the Defendant's and the public's right to a speedy trial, and all related delays are excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (ii), and (iv).

IT IS SO ORDERED this 8th day of September, 2022.

_Richard W. Story_

**RICHARD W. STORY**
United States District Judge

Consented to and submitted by:

John Russell Phillips
*Assistant United States Attorney*
Georgia Bar No. 576335

Craig A. Gillen
*Attorney for Defendant*
Georgia Bar No. 294838

Stephen H. McClain
*Assistant United States Attorney*
Georgia Bar No. 143186