IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. |
| JAMES G. MALONEY | 1:16-CR-237 |

### NOTICE OF FILING

The United States hereby gives notice that it filed its reply in support of its CIPA Section 6(c) motion for substitutions, in lieu of disclosure of classified information, motion for protective order, and motion for request for hearing on December 8, 2022, by providing it to the CISO.

Respectfully submitted,

JAY I. BRATT
   Chief, Counterintelligence and Export
   Control Section

/s/ Emma Ellenrieder
   Trial Attorney
   DC Bar No. 1015108
   Emma.Ellenrieder@usdoj.gov
   Counterintelligence and Export Control
   Section
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Suite 7734
   Washington, D.C. 20530
   (202) 514-0203

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

December 8, 2022

/s/ Emma Ellenrieder
Emma Ellenrieder
Trial Attorney
