# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-RWS-JSA
## USA v. Maloney
## Honorable Richard W. Story

Minute Sheet for proceedings held on 12/14/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 3:30 P.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 4:40                  DEPUTY CLERK: Kelly Thigpen
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney Present at proceedings |
| ATTORNEY(S) PRESENT: | Emma Ellenrieder representing USA<br>Craig Gillen representing James G. Maloney<br>Lawanda Hodges representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Miscellaneous Hearing(Other Proceeding); |
| MINUTE TEXT: | The Court held a CIPA 6(c) Hearing. |
| HEARING STATUS: | Hearing Concluded |