IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-RWS-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO PROVIDE LIST OF WITNESSES**

Defendant James G. Maloney respectfully files this Unopposed Motion for an Extension of Time to Provide List of Witnesses and moves the Court for an extension of time to provide the Government with the list of witnesses which the Court directed Defendant to provide during the hearing held pursuant to section 6(c) of the Classified Information Procedures Act (CIPA), Title 18, U.S.C. App III, on December 14, 2022, *see* Dkt. # 155, from December 21, 2022, until January 3, 2023.

Dr. Maloney shows that he and his counsel require access to classified material to provide the list and that he and his counsel had set aside time to come to the Court to review the material earlier on the date of this filing. However, early

1

on the date of this filing, the District Office Security Manager/SCO assigned to this case informed counsel for Dr. Maloney that he was sick, and further informed counsel that the other officer capable of transporting the classified materials was also sick. Accordingly, Dr. Maloney and his counsel are unable to review the material until the security personnel recover from their ailments.

Counsel for Dr. Maloney has communicated with counsel for the Government, and counsel for the Government has represented that the Government does not oppose the proposed extension of time.

Wherefore, Defendant James G. Maloney respectfully requests that the Court grant Defendant's Unopposed Motion for an Extension of Time to Provide List of Witnesses and extend the time in which Defendant may provide the Government with the list of witnesses which the Court directed Defendant to provide during the hearing held pursuant to section 6(c) of the Classified Information Procedures Act (CIPA), Title 18, U.S.C. App III, from December 21, 2022, until January 3, 2023. A proposed Order is attached hereto as Exhibit A.

Respectfully submitted, this 20th day of December, 2022.

                          GILLEN WITHERS & LAKE, LLC

                          /s/Craig A. Gillen _____
                          Craig A. Gillen, Esq.
`                        Georgia Bar No. 294838
                          Anthony C. Lake, Esq.
                          Georgia Bar No. 431149
                          400 Galleria Parkway
                          Suite 1920
                          Atlanta, Georgia 30339
                          Telephone:   (404) 842-9700
                          Facsimile:   (404) 842-9750
                          E-mail:     cgillen@gwllawfirm.com
                                          aclake@gwllawfirm.com

                          Counsel for Dr. James G. Maloney

## CERTIFICATION

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

>GILLEN WITHERS & LAKE, LLC
>
>/s/Craig A. Gillen _____
>Craig A. Gillen, Esq.
>Georgia Bar No. 294838
>
>Counsel for Dr. James G. Maloney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 20th day of December, 2022, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

**Emma Dinan Ellenrieder**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
emma.ellenrieder@usdoj.gov

GILLEN WITHERS & LAKE, LLC

/s/Craig A. Gillen
Craig A. Gillen, Esq.
Georgia Bar No. 294838
Anthony C. Lake, Esq.
Georgia Bar No. 431149
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:   cgillen@gwllawfirm.com
   aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney