EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NUMBER |
| | 1:16-cr-00237-RWS-JSA |
| v. | |
| JAMES G. MALONEY | |

## [PROPOSED] ORDER

This matter coming before the Court on the Defendant's Unopposed Motion for an Extension of Time to Provide List of Witnesses and it appearing to the Court that the Government does not oppose the proposed extension of time and that sufficient grounds exist for the granting thereof, Defendant's Motion is hereby **GRANTED**.

Defendant shall have until and including **January 3, 2023**, in which to provide the Government with the list of witnesses which the Court directed Defendant to provide during the hearing held pursuant to section 6(c) of the Classified Information Procedures Act (CIPA), Title 18, U.S.C. App III, on December 14, 2022.

**IT IS SO ORDERED** this _____ day of _____, _____.

_____
**RICHARD W. STORY**
United States District Judge