IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-RWS-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF FILING

Defendant James G. Maloney respectfully files this Notice of Filing, hereby informing the Court and the United States that Defendant has this 30th day of December, 2022, served and filed a List of Witnesses Possessing Classified Information (List), by delivering copies of the List to a Security Officer assigned to the United States Attorney's Office for the Northern District of Georgia, addressed to the presiding Judge, counsel for the United States of America, and to the Supervisory Security Specialist assigned to this case.

1

Respectfully submitted, this 30th day of December, 2022.

                                                  GILLEN WITHERS & LAKE, LLC

                                                  /s/Craig A. Gillen_____
`                                             Craig A. Gillen, Esq.
                                                  Georgia Bar No. 294838
                                                  Anthony C. Lake, Esq.
                                                  Georgia Bar No. 431149
                                                  400 Galleria Parkway
                                                  Suite 1920
                                                  Atlanta, Georgia 30339
                                                  Telephone:   (404) 842-9700
                                                  Facsimile:    (404) 842-9750
                                                  E-mail:       cgillen@gwllawfirm.com
                                                                             aclake@gwllawfirm.com

                                                Counsel for Dr. James G. Maloney

## **CERTIFICATION**

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

                                      GILLEN WITHERS & LAKE, LLC

                                      /s/Craig A. Gillen_____
                                      Craig A. Gillen, Esq.
                                      Georgia Bar No. 294838

                                      Counsel for Dr. James G. Maloney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 30th day of December, 2022, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

**Emma Dinan Ellenrieder**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
emma.ellenrieder@usdoj.gov

GILLEN WITHERS & LAKE, LLC

/s/Craig A. Gillen_____
Craig A. Gillen, Esq.
Georgia Bar No. 294838
Anthony C. Lake, Esq.
Georgia Bar No. 431149
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:         cgillen@gwllawfirm.com
                   aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney

5