IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY, et al.,<br><br>Defendants. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## ORDER

The Court hereby gives notice that this matter is calendared for a Status Conference on Wednesday, February 8, 2023 at 9:30 a.m., in the Atlanta Division.

The Court further finds that the time between the Court's December 14, 2022 hearing and the February 8, 2023 Status Conference is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial, specifically because the time is "reasonable . . . [and] necessary for effective preparation by counsel, taking into account the exercise of due diligence." § 3161(h)(7)(A) & (h)(7)(B)(iv).

**SO ORDERED** this 9th day of January, 2023.

_____
**RICHARD W. STORY**
United States District Judge