EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JAMES G. MALONEY

CRIMINAL CASE NUMBER
1:16-cr-00237-RWS-JSA

### [PROPOSED] ORDER

This matter coming before the Court on the Defendant's Consent Motion for Extension of Time in which to Serve the Government with Demands for Production of Testimony, Information or Documents by Government Employees and it appearing to the Court that the Government consents to the proposed extension of time and that sufficient grounds exist for the granting thereof, Defendant's Motion is hereby **GRANTED**.

Defendant shall have until and including **January 30, 2023**, in which to provide the Government with demands for production of testimony, information or documents by Government employees pursuant to any applicable statutes or regulations.

**IT IS SO ORDERED** this _____ day of _____, _____.

_____
**RICHARD W. STORY**
United States District Judge