## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-237-RWS-JSA |
| JAMES G. MALONEY, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court following a Status Conference held on Wednesday, February 8, 2023.  It is hereby **ORDERED** as follows:

This case is specially set for **JURY TRIAL** to commence on **Monday, May 22, 2023** in the Atlanta Division.  Additional information concerning the time for counsel to report and the courtroom number will be provided at a later date.

The Government shall provide the additional witness-related information due to Defendant within 7 days, or no later than **February 16, 2023**.

Within 14 days of the Government providing the witness-related information to defense counsel, or no later than **March 3, 2023**, Defendant shall (1) advise the Court of its intentions concerning litigating any alleged speedy trial matter and (2) provide the Government with its *Touhy* requests.

The Court further finds that the time between the Court's February 8, 2023 Status Conference and May 22, 2023, is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial, specifically because the time is "reasonable . . . [and] necessary for effective preparation by counsel, taking into account the exercise of due diligence." § 3161(h)(7)(A) & (h)(7)(B)(iv).

**SO ORDERED** this 9th day of February, 2023.

_____
**RICHARD W. STORY**
United States District Judge