# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-237-RWS-JSA |
| JAMES G. MALONEY, et al., | |
| Defendants. | |

## NOTICE OF FILING

The Court hereby gives notice that it filed with CISO on February 8, 2023 an Amended Order as to the Government's CIPA Section 6(c) Motion for Substitutions in Lieu of Disclosure of Classified Information, Motion for Protective Order, and Motion for Request for Hearing.  The parties have been provided with a copy of the Court's Amended Order or notified that they may obtain a copy.

**SO ORDERED** this 9th day of February, 2023.

_____
**RICHARD W. STORY**
United States District Judge