IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NUMBER<br>1:16-cr-00237-RWS-JSA |
| v. | |
| JAMES G. MALONEY | |

## CONSENT ORDER

This matter coming before the Court on the Defendant's Consent Motion for Extension of Time in which to Serve the Government with Demands for Production of Testimony, Information or Documents by Government Employees and it appearing to the Court that the Government consents to the proposed extension of time and that sufficient grounds exist for the granting thereof, Defendant's Motion is hereby **GRANTED**, and entered *nunc pro tunc* to January 23, 2023 as intended by the Court.

IT IS SO ORDERED this 23rd day of January, 2023.

_____
**RICHARD W. STORY**
United States District Judge