# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-RWS-JSA
## USA v. Maloney
## Honorable Richard W. Story

Minute Sheet for proceedings held on 2/08/2023.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 10:40 A.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 1:05                      DEPUTY CLERK: Kelly Thigpen
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA |
| | Emma Ellenrieder representing USA |
| | Craig Gillen representing James G. Maloney |
| | Lawanda Hodges representing James G. Maloney |
| | Anthony Lake representing James G. Maloney |
| | Stephen McClain representing USA |
| | John Phillips representing USA |
| PROCEEDING CATEGORY: | Miscellaneous Hearing(Other Proceeding); |
| MINUTE TEXT: | The Court held a CIPA 6(c) Hearing. |
| HEARING STATUS: | Hearing Concluded |