IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY, et al.,<br><br>Defendants. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## ORDER

This case comes before the Court following its February 8, 2023 hearing, during which the parties and the Court discussed various proposals on how to refer to witnesses at the upcoming trial for this case. The Court has decided that the parties should refer to witnesses as "Government Agent # ___" (or, for short, "G.A. # ___"). The parties should endeavor to assign numbers to the witnesses corresponding with the order in which they will be presented at trial, to the extent possible. Once a witness is testifying, the parties are free to clarify that he or she works or worked for the CIA (or other government agency) at the time of the events in question.

**SO ORDERED** this 16th day of February, 2023.

_____
**RICHARD W. STORY**
United States District Judge