IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-RWS-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF FILING**

Defendant James G. Maloney respectfully files this Notice of Filing, hereby informing the Court and the United States that Defendant has this 27th day of February, 2023, filed and served a Motion for Guidance Regarding Securing the Presence of Government Witnesses at Trial and Notice of Requests for Employee Testimony Pursuant to *United States ex rel. Touhy v. Regan*, 340 U.S. 462 (1951), addressed to the presiding Judge, counsel for the United States of America, and to the Chief Information Security Officer assigned to this case.

1

Respectfully submitted, this 27th day of February, 2023.

        GILLEN WITHERS & LAKE, LLC

        */s/ Anthony C. Lake*_____
        Anthony C. Lake, Esq.
        Georgia Bar No. 431149
        Craig A. Gillen, Esq.
        Georgia Bar No. 294838
        400 Galleria Parkway
        Suite 1920
        Atlanta, Georgia 30339
        Telephone: (404) 842-9700
        Facsimile: (404) 842-9750
        E-mail: aclake@gwllawfirm.com
            cgillen@gwllawfirm.com

        Counsel for Dr. James G. Maloney

## CERTIFICATION

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

        GILLEN WITHERS & LAKE, LLC

        */s/ Anthony C. Lake*
        Anthony C. Lake, Esq.
        Georgia Bar No. 431149

        Counsel for Dr. James G. Maloney

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 27th day of February, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

**Emma Dinan Ellenrieder**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
emma.ellenrieder@usdoj.gov

GILLEN WITHERS & LAKE, LLC

*/s/ Anthony C. Lake*_____
Anthony C. Lake, Esq.
Georgia Bar No. 431149
Craig A. Gillen, Esq.
Georgia Bar No. 294838
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:       cgillen@gwllawfirm.com
                  aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney