EXHIBIT A



Search by Name

# John Meadors

1938 - 2020

Send Flowers                                                                 Share



Send Flowers

Share

**BORN**        1938

**DIED**        2020

**FUNERAL HOME**

[Crowell Brothers Funeral Homes & Crematory - Peachtree Corners Chapel](#)

5051 Peachtree Industrial Boulevard

Peachtree Corners, GA

**RECORDS**

[View more records for Meadors on Ancestry.com®](#)

Sponsored

## JOHN MEADORS OBITUARY

**M**EADORS, John Gilmore John Gilmore Meadors passed away on October 5, 2020, at the age of 82. John was born in Chambers County, Alabama, on August 27, 1938, to J. Samuel and Annie Mae Meadors. He grew up on a farm and was the first in his family to attend college, putting himself through an undergraduate degree at Auburn University by working in the textile mill. He received a Bachelor of Engineering and a Master of Science degree in Physics from Auburn. While working as a graduate teaching assistant, he met his lovely wife Joyce. They married and moved to Columbus, Ohio, where John pursued a Doctor of Philosophy in Physics from The Ohio State University. Upon completion of his PhD, John served as a professor in electrical engineering at Ohio State, earning several distinguished teaching awards, while also conducting research in the areas of optics and electromagnetics. Throughout his career he participated in many innovative research initiatives in the application of advanced technology to problems of national defense. His career culminated as a Principal Research Scientist Emeritus and Director of a laboratory at the Georgia Tech Research Institute. John was a nationally recognized scientist in the areas of signal suppression and electro-optics. John is survived by his beloved wife of 60 years, Joyce, and his

Dooney, Jenna, Joseph, and Julianna Kern, and Andrew and Katherine Irwin. He is also survived by two great grandchildren, Liam and Owen Zender. To his grandchildren he was their cherished Pa, and he always sought opportunities to spend time with them and support them however he could in order to elevate the next generation to a better place. John was generous to a fault and embodied the expression "he would give you the shirt off his back." He had a tremendous love for animals, supported several animal welfare organizations, and spent a fortune feeding the birds in his backyard. He was beloved by his furry kids, who will also miss him tremendously. No memorial service is planned at this time, but online messages of condolence may be sent to the family at [www.crowellbrothers.com](http://www.crowellbrothers.com). Arrangements by Crowell Brothers Funeral Homes & Crematory, 5051 Peachtree Industrial Boulevard, Peachtree Corners, GA 30092. 770-448-5757.

∧ Read Less

Published by Atlanta Journal-Constitution on Oct. 11, 2020.



**To plant trees in memory, please visit the [Sympathy Store](#).**

the Antenna Lab. Ohio State University. John & Joyce moved to California and then to Atlanta where John continued his work in the scientific field at Georgia Tech. John was grounded in his strong beliefs and dedicated work ethics. He will be greatly missed. The scientific world lost a great mind and we have lost a great friend.

John and Joyce have been true friends. We visited over the years and kept our friendship strong. We are forever indebted to the family during a difficult time after our daughter (Marcia's) death.

Max & Merle Katzenbach

**Max & Merle Katzenbach**

Friend

October 13, 2020

Showing 1 - 2 of 2 results

## MAKE A DONATION
## IN JOHN MEADORS'S NAME