

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    11/26/2013

    John Meadors, white/male, born █████████ 1938, social security account number █████-6838, home telephone number (770) ████████ of █████████████████, Atlanta, Georgia, 30360, was interviewed at Georgia Institute of Technology, Department of Internal Auditing, 756 West Peachtree Street NW, Atlanta, Georgia, 30332-0254. After being advised of the identity of the interviewing agents and the voluntary nature of the interview, Meadors provided the following information:

    Meadors obtained his Ph.D. in physics from Ohio State University in 1964. His work at Georgia Tech began in 1985 in the Electronics and Computer Systems Laboratory. After receiving a senior leadership award he created the Signature Technology program office, bringing people from other labs to assist as necessary. In 1989 he transitioned this office to the Signature Technology Laboratory, now known as the Advanced Concepts Lab (ACL). He served as the lab's Director from its inception until his retirement on April 1, 2008.  Meadors currently works for GTRI on an hourly-as-needed basis.

    As Lab Director, Meadors was Jim Maloney's boss.  Meadors describes Maloney as someone who is spell-binding in verbal communications, but who has no moral or ethical conscience. Furthermore, he believes Maloney is obsessed with being wealthy and that he spends a lot of time trying to figure out how to game the system for his own gain.

    Meadors advised that two events caused him to be concerned about Maloney:

- Around 2006 GTRI was due approximately $50,000 on a government contract.  GTRI had contracted with an individual named Diane Lewis on the contract.  When Meadors attempted to find out where the money was, he could not get any information. Around this same time, Greg Kiesel, an ACL employee submitted a conflict-of-interest statement (COI) disclosing he was working as a consultant for Maloney relevant to the Diane Lewis contract. When Meadors asked Maloney about this, he denied it. Meadors suggested having Kiesel join their discussion but Maloney refused to have Kiesel join the meeting.  Meadors then met with Kiesel

Investigation on   11/14/2013   at   Atlanta, Georgia, United States (In Person)

File #   194B-AT-3544191                                          Date drafted   11/14/2013

by   Davida K. Law

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI-002457

- about the COI. Kiesel told Meadors he was hired by Maloney to conduct tests to track projectiles in the back of a car while moving around Atlanta. Meadors reported this information to Georgia Tech's Human Resources Department. Meadors wanted Maloney dismissed over this, but Georgia Tech decided differently. Meadors has no knowledge as to what, if any, actions were taken by Georgia Tech.
- In early 2008 Meadors observed Maloney manipulating Brian Shirley, an employee, which ultimately led to Shirley's being removed from GTRI. In short Meadors believes this to have been an example of Maloney positioning himself to use others for his own gain. Shirley had been upset with Maloney's personal use of GTRI resources.

Meadors also told the following, relevant to Maloney:

- In December 2006 Maloney flew to Boston using GTRI funds. Maloney never disclosed the official purpose other than to say he wanted to speak with Maurice Keasler, a former lab employee. Another employee within the lab told Meadors that Maloney needed the airline miles in order to achieve a particular status. Meadors spoke with Maloney about this and told Maloney that he would look the other way this time but if it happened again he would recommend his dismissal.
- Meadors related that he caught Maloney and John Little, of Spectra, possibly collaborating to purchase segments of intellectual property from Georgia Tech in incremental pieces. Meadors believes this was an attempt to develop a partnership through Little's company, Spectra. At the time Spectra had small contracts with GTRI through which Little was buying small segments of GTRI's antenna intellectual property. These small segments, when assembled, were an impressive package of intellectual property. Meadors' last official act as director was to summon Little to Atlanta for a meeting with him. Meadors conveyed to Little that GTRI would not continue down the path of allowing Spectra to obtain this property. Meadors has been told by someone within ACL that Maloney continues working with Spectra on a consulting basis.

When asked about his knowledge of others within GTRI who had recently been placed on administrative leave, Meadors advised that he hired both James Fraley and Stephen Blalock. Meadors has a high regard for Blalock and over the years has only heard good comments about him.

As Lab Director, Meadors was strict about lab employees doing consulting work and had three rules when it came to consulting: he did not allow any consulting if the work matched the technical activity within the lab; he did not allow consulting for more than $5,000; and he did not allow consulting without prior approval.