| | |
|---|---|
| TO: | Dr. John Meadors |
| FROM: | Jim Acree, Brad Baker, Greg Kiesel, Jim Maloney |
| DATE: | 22 February 2007 |
| SUBJECT: | Disclosure of Georgia nanoFab Consulting Activity during Aug-Nov 2006 |

Dear Dr. Meadors:

We deeply regret our failure to properly report this consulting activity in a timely fashion. In an attempt to mitigate the ramifications, we are submitting this memorandum to fully document this activity after the fact. All parties understand that this is unacceptable in STL and shall never happen again.

In early August 2006, Rich Granitzki of Picatinny Arsenal inquired if the Georgia nanoFab Team could supply a smart antenna switch for a fast turn demonstration. As we understand, his funding allowed him to buy an off-the-shelf "smart antenna switch" but not to pay for the labor to develop one. His most convenient purchasing vehicle was a sole-source purchase order to Georgia nanoFab. We agreed to design, fabricate, test and deliver him such a switch and be compensated by Georgia nanoFab as consultants. We undertook this activity largely at risk with the understanding that failing to meet his deadline would most likely result in not getting compensated. We felt that by being responsive in delivering this product we would enhance our working relationship with him and in turn help develop future business activities for GTRI.

Four STL individuals were involved in this consulting activity. All four individuals sincerely regret being involved in this consulting activity. For full disclosure, the roles of each individual were: Greg Kiesel designed and fabricated the electronic switch board. Brad Baker and Jim Acree performed field tests of the completed switch board. Jim Acree and Jim Maloney designed the high level smart switching algorithm.

While in hindsight it clearly wasn't a good idea, the group's intention was to develop, fabricate and test the switch board on a non-work interfering basis. Final insertion loss testing was performed on an STL network analyzer after business hours for a total time of less than two hours. Ancillary equipment such as the soldering station and an oscilloscope were also used, but all consumable parts were purchased using personal credit cards.

Georgia nanoFab was awarded a $56,700 purchase order, and we were compensated a total of $51,840 (Jim Maloney 96 hrs, $17,280; Jim Acree 96 hrs, $14,400; Brad Baker 112 hrs, $10,080; Greg Kiesel 112 hrs, $10,080) plus reimbursed $2,140 for parts purchases. The business relationship between Georgia nanoFab and us was completed before Georgia nanoFab became a sponsor of GTRI funded research.

Feedback from Rich Granitzki was that the unit worked great during his fast-turn field test. No further consulting arrangements are in-play or under consideration, and we are now working closely with Mr. Granitzki under direct subcontract from Georgia nanoFab to GTRI.

This activity was initiated without the consent or prior knowledge of GTRI/STL, and we understand that this was contrary to policy. We truly regret any potential harm this may cause to the image of GTRI/STL and won't let this happen again in the future.

Accepted 2/28/07
John G. Meadors