# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY,<br><br>　　　　Defendant. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## ORDER

This case comes before the Court on Defendant James G. Maloney's Motion to Continue [Dkt. 175]. Dr. Maloney asks the Court to continue the trial in this case, which is currently set to begin on May 22, 2023, until November 2023, given his counsel's obligations in other cases set for trial. At this point, the potential conflicts raised by Dr. Maloney are speculative, and it is too early to determine that the trial in this case cannot go forward as scheduled. Should defense counsel's trial in the District of Connecticut in fact extend into the middle of May, just before this trial, Dr. Maloney may renew his request.

Accordingly, it is **ORDERED** that Defendant's Motion to Continue [Dkt. 175] is **DENIED without prejudice**.

**SO ORDERED** this 30th day of March, 2023.

_____
**RICHARD W. STORY**
United States District Judge