PS 42
(Rev. 7/93)

# United States District Court
## Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 30 2023

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

United States of America     )
                             )
vs.                          )
                             )
James G. Maloney             )   Case No.   1:16-CR-237 RWS
                             )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____James G. Maloney____, have discussed with ____USPO Krystal Cunningham____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1. You must participate in an alcohol and / or other substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) You must pay all or part of the costs of the program based on your ability to pay unless excused by the probation officer.

2. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not obstruct, attempt to obstruct, or tamper with any testing methods. You must pay all or part of the costs of testing based on your ability to pay unless excused by the probation officer.

3. You must not use or possess alcohol.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3/20/2023      _____   3/21/2023
Signature of Defendant      Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   3/20/23
Signature of Defense Counsel                  Date

☒ The above modification of conditions of release is ordered, to be effective on ____3/23/23____.
☐ The above modification of conditions of release is *not* ordered.

_____                   3/23/23
Signature of Judicial Officer                Date