IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:16-cr-00237-RWS-JSA |
| | ) | |
| JAMES G. MALONEY | ) | |

ENTRY OF APPEARANCE

COMES NOW, David H. Bouchard, and hereby enters his appearance as counsel for JAMES G. MALONEY in this matter.

Dated: This 14th day of April, 2023.

                                        Respectfully submitted,

                                        */s/ David H. Bouchard*
                                        David H. Bouchard
                                        Georgia State Bar No. 712859
                                        ATTORNEY FOR JAMES MALONEY

Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
david@finchmccranie.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 14th day of April, 2023.

<i>/s/ David H. Bouchard</i><br>
David H. Bouchard<br>
Georgia State Bar No. 712859<br>
ATTORNEY FOR JAMES MALONEY

Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
david@finchmccranie.com