IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY, et al.,<br><br>Defendants. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## ORDER

This case comes before the Court on Defendant James G. Maloney's Motion for Guidance Regarding Securing the Presence of Government Witnesses for Trial and Notice Pursuant to *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951) and Related Regulations. In his Motion, Defendant requested the Court and Government's input concerning securing the presence of government witnesses at the upcoming trial in his case. The Government has not filed a response to Defendant's Motion, and the Court is not in a position to provide input without first hearing from the Government. Accordingly, the Court orders the Government to respond to Defendant's Motion within **SEVEN days**, or by **Wednesday, April 26, 2023**.

**SO ORDERED** this 18th day of April, 2023.

_____
**RICHARD W. STORY**
United States District Judge