IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JAMES G. MALONEY | CRIMINAL ACTION NUMBER<br>1:16-cr-237-RWS-JSA |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR GUIDANCE REGARDING SECURING THE
PRESENCE OF GOVERNMENT WITNESSES AT TRIAL
AND NOTICE OF TOUHY REQUESTS**

The United States of America hereby files its response to Defendant Maloney's Motion for Guidance Regarding Securing the Presence of Government Witnesses at Trial and Notice of Requests for Employee Testimony Pursuant to *United States ex rel. Touhy v. Regan*, 340 U.S. 462 (1951), showing the Court as follows:

1. The United States Attorney's Office will accept service of trial subpoenas on behalf of the Government Agents who have been identified as potential defense witnesses.

2. Pursuant to Defendant's request, counsel for the Government promptly forwarded Defendant's motion and all attachments to the Office of General Counsel for the CIA and The Department of Defense.

Respectfully submitted,

Ryan K. Buchanan
*United States Attorney*

/s/ John Russell Phillips
*Assistant United States Attorney*
Georgia Bar No. 576335

/s/ Stephen H. McClain
*Assistant United States Attorney*
Georgia Bar No. 143186

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000

**Certificate of Service**

I hereby certify that, on April 20, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

/s/ John Russell Phillips
*Assistant United States Attorney*
Georgia Bar No. 576335

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000