IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-RWS-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION TO CONTINUE
PRETRIAL CONFERENCE**

Defendant James G. Maloney files this Motion to Continue Pretrial Conference, respectfully moving the Court to continue the Pretrial Conference set in this action for Monday, May 1, 2023, at 1:30 p.m., until Monday, May 8, 2023, or a date thereafter.

Defendant's counsel, Craig Gillen and Anthony Lake, are currently in trial in the action of *United States v. Patel et al.*, case # 3:21-cr-00220-VAB, in the United States District Court for the District of Connecticut (*Patel* action). *See* Dkt. Nos. 153 & 154. The Government is expected to end its case-in-chief on Monday, April 24, 2023. The defense is expected to begin its case-in-chief on Wednesday, April 26,

1

2023. A true and correct copy of portions of the docket for the *Patel* action since the commencement of the trial is attached hereto as Exhibit A.

Counsel represent one of six defendants in the *Patel* action. The defense anticipates presenting witnesses during the defense's case-in-chief, including one or more expert witnesses. It is not certain how long the presentation of the defense's case-in-chief will take, or whether the Government will present a rebuttal case.

The Court in the *Patel* action will be in recess on Monday, May 1, 2023. However, counsel do not yet know what stage the trial will be in by that date. The defense may still be presenting its case-in-chief, may be preparing for rebuttal witnesses, or may be preparing for closing arguments.

Based upon the foregoing facts, Defendant respectfully requests that the Court continue the Pretrial Conference set in this action for Monday, May 1, 2023, at 1:30 p.m., until Monday, May 8, 2023, or a date thereafter. Counsel will submit Defendant's proposed *voir dire* questions to the Court by Wednesday, April 26, 2023, and will file any objections to the Government's proposed *voir dire* questions by Friday, April 28, 2023, as ordered in the Court's Order dated April 18, 2023. *See* Dkt. No. 182, p. 2. A proposed Order is attached to this Motion to Continue Pretrial Conference as Exhibit B.

Respectfully submitted, this 21st day of April, 2023.

>GILLEN WITHERS & LAKE, LLC
>
>*/s/ Craig A. Gillen* _____
>Craig A. Gillen, Esq.
>Georgia Bar No. 294838
>Anthony C. Lake, Esq.
>Georgia Bar No. 431149
>400 Galleria Parkway
>Suite 1920
>Atlanta, Georgia 30339
>Telephone:   (404) 842-9700
>Facsimile:    (404) 842-9750
>E-mail:        cgillen@gwllawfirm.com
>                   aclake@gwllawfirm.com
>
>THE LAW FIRM OF LAWANDA HODGES, LLC
>
>Lawanda Nowlin Hodges
>Georgia Bar No. 547413
>100 Peachtree Street, Suite 200
>Atlanta, Georgia 30309
>Phone:        (404) 474-0772
>Fax:            (404) 474-2774
>Email:         lhodges@lhodgeslaw.com

FINCH MCCRANIE, LLP

David H. Bouchard
Georgia Bar No. 712859
229 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30303
Phone:  (404) 658-9070
Fax:  (404) 688-0649
Email:  david@finchmccranie.com

Counsel for Dr. James G. Maloney

**CERTIFICATION**

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

>GILLEN WITHERS & LAKE, LLC
>
>*/s/ Craig A. Gillen* _____
>Craig A. Gillen, Esq.
>Georgia Bar No. 294838
>Anthony C. Lake, Esq.
>Georgia Bar No. 431149
>400 Galleria Parkway
>Suite 1920
>Atlanta, Georgia 30339
>Telephone:   (404) 842-9700
>Facsimile:    (404) 842-9750
>E-mail:       cgillen@gwllawfirm.com
>                    aclake@gwllawfirm.com
>
>Counsel for Dr. James G. Maloney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 21st day of April, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

**Emma Dinan Ellenrieder**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
emma.ellenrieder@usdoj.gov

GILLEN WITHERS & LAKE, LLC

*/s/ Craig A. Gillen*  _____
Craig A. Gillen, Esq.
Georgia Bar No. 294838
Anthony C. Lake, Esq.
Georgia Bar No. 431149
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:        cgillen@gwllawfirm.com
                    aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney