EXHIBIT A

CASREF,EFILE,MOTREF,RAR

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:21-cr-00220-VAB All Defendants

Case title: USA v. Patel et al

Date Filed: 12/15/2021

Magistrate judge case number: 3:21-mj-01189-RAR

Assigned to: Judge Victor A. Bolden
Referred to: Judge Robert A. Richardson

**Defendant (1)**

| | |
|---|---|
| **Mahesh Patel** | represented by **Brian E. Spears**<br>Spears Manning & Martini LLC<br>2425 Post Road<br>Suite 203<br>Southport, CT 06890<br>203-292-9766<br>Email: bspears@spearsmanning.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | **Ivan J. Ladd-Smith**<br>Spears Manning & Martini LLC<br>2425 Post Road<br>Suite 203<br>Southport, CT 06890<br>203-292-9766<br>Email: ladd-smith@spearsmanning.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Leslie A. Cahill**<br>Spears Manning & Martini LLC<br>2425 Post Road<br>Suite 203<br>Southport, CT 06890<br>203-292-9766<br>Email: lcahill@spearsmanning.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Marc A. Weinstein**<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>212-837-6460 |

New York, NY 10278
202-644-3381
Email: tzvi.sebrow@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2023 | 574 | ORDER granting 573 Motion for Order as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court **GRANTS** the Government's motion for order in accordance with the terms of the attached Order. Signed by Judge Victor A. Bolden on 4/21/2023. (Bartlett, H) (Entered: 04/21/2023) |
| 04/21/2023 | 573 | MOTION for Order Re: Immunity by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Barnes, Amanda) (Entered: 04/21/2023) |
| 04/21/2023 | 572 | ORDER granting 566 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting 568 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting 570 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting 564 Motion to Seal as to Tom Edwards (5). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. See D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/21/2023. (Bartlett, H) (Entered: 04/21/2023) |
| 04/20/2023 | 571 | Sealed Document: Defendants' Joint Response to 553 Government Notice for April 21, 2023 by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 570 Joint MOTION to Seal Defendants' Joint Response to 553 Government Notice for April 21, 2023 - (Petrillo, Guy) (Entered: 04/21/2023) |
| 04/20/2023 | 570 | Joint MOTION to Seal Defendants' Joint Response to 553 Government Notice for April 21, 2023 by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Petrillo, Guy) (Entered: 04/20/2023) |
| 04/20/2023 | 569 | SEALED MOTION Reply to Defendant Prus's Opp to GX-109 - by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Barnes, Amanda) (Entered: 04/20/2023) |
| 04/20/2023 | 568 | MOTION to Seal USA Reply to Defendant Prus Opp to GX-109 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 04/20/2023) |
| 04/20/2023 | 567 | Sealed Document: Opposition to Defs' Joint Motion in Limine by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 566 MOTION to Seal Opposition to Defs' Joint Motion in Limine - (Syme, Carrie) (Entered: 04/20/2023) |
| 04/20/2023 | 566 | MOTION to Seal Opposition to Defs' Joint Motion in Limine by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. |

| | | |
|---|---|---|
| | | (Syme, Carrie) (Entered: 04/20/2023) |
| 04/20/2023 | 565 | SEALED MOTION In Limine - *to Exclude Government Exhibits 121, 121A, 122 and 122A* by Tom Edwards. (Attachments: # 1 Exhibit A)(Gillen, Craig) (Entered: 04/20/2023) |
| 04/20/2023 | 564 | MOTION to Seal Defendant Edwards' Motion In Limine to Exclude Government Exhibits 121, 121A, 122 and 122A by Tom Edwards. (Gillen, Craig) (Entered: 04/20/2023) |
| 04/20/2023 | 563 | MOTION in Limine *to Exclude Government Exhibits 121, 121A, 122 and 122A* by Tom Edwards. (Attachments: # 1 Exhibit A)(Gillen, Craig) (Entered: 04/20/2023) |
| 04/20/2023 | 562 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 4/20/2023. Jury Trial Continued Until 4/21/2023. ( Jury Trial set for 4/21/2023 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). Total Time: 5 hours and 36 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 04/20/2023) |
| 04/20/2023 | 561 | ORDER granting 558 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/20/2023. (Bartlett, H) (Entered: 04/20/2023) |
| 04/20/2023 | 560 | Sealed Document: Defendants' Joint Motion in Limine to Preclude the Proposed Testimony of John Reinard by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 558 Joint MOTION to Seal (1) Defendants' Joint Response to 547 Government Notice for April 20, 2023, and (2) Defendants' Joint Motion in Limine to Preclude the proposed testimony of John Reinard - (Sandlar, Leonid) (Entered: 04/20/2023) |
| 04/20/2023 | 559 | Sealed Document: Defendants' Joint Response to 547 Government Notice for April 20, 2023 by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 558 Joint MOTION to Seal (1) Defendants' Joint Response to 547 Government Notice for April 20, 2023, and (2) Defendants' Joint Motion in Limine to Preclude the proposed testimony of John Reinard - (Sandlar, Leonid) (Entered: 04/20/2023) |
| 04/20/2023 | 558 | Joint MOTION to Seal (1) Defendants' Joint Response to 547 Government Notice for April 20, 2023, and (2) Defendants' Joint Motion in Limine to Preclude the proposed testimony of John Reinard by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Sandlar, Leonid) (Entered: 04/20/2023) |
| 04/19/2023 | 557 | MOTION in Limine *to Permit Refreshing Recollection* by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Huang, David) (Entered: 04/19/2023) |
| 04/19/2023 | 556 | ORDER granting 546 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting 552 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists |

| | | |
|---|---|---|
| | | to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/19/2023. (Bartlett, H) (Entered: 04/19/2023) |
| 04/19/2023 | 555 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 4/19/2023. Jury Trial Continued Until 4/20/2023. ( Jury Trial set for 4/20/2023 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). Total Time: 4 hours and 53 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 04/19/2023) |
| 04/19/2023 | 553 | Sealed Document: USA Notice for April 21, 2023, with exhibits by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus - (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Barnes, Amanda) (Entered: 04/19/2023) |
| 04/19/2023 | 552 | MOTION to Seal USA Notice for April 21, 2023, with Exhibits by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 04/19/2023) |
| 04/19/2023 | 551 | MOTION in Limine *in Opposition to GX 109* by Gary Prus. (Attachments: # 1 Exhibit A-Job Description)(Rosenthal, Kenneth) (Entered: 04/19/2023) |
| 04/18/2023 | 554 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 4/18/2023. Jury Trial Continued Until 4/19/2023. ( Jury Trial set for 4/19/2023 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). Total Time: 7 hours and 31 minutes.(Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 04/19/2023) |
| 04/18/2023 | 550 | ATTORNEY APPEARANCE: Raquel Gonoretzky appearing for Harpreet Wasan (Gonoretzky, Raquel) (Entered: 04/18/2023) |
| 04/18/2023 | 549 | Sealed Document: ORDER as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. Signed by Judge Victor A. Bolden on 4/18/2023. (Bartlett, H) (Entered: 04/18/2023) |
| 04/18/2023 | 548 | ATTORNEY APPEARANCE: Kiran Rosenkilde appearing for Harpreet Wasan (Rosenkilde, Kiran) (Entered: 04/18/2023) |
| 04/18/2023 | 547 | Sealed Document: USA's Notice for April 20, 2023, with Exhibits by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus - (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Barnes, Amanda) (Entered: 04/18/2023) |
| 04/18/2023 | 546 | MOTION to Seal USA's Notice for April 20, 2023, with Exhibits by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 04/18/2023) |
| 04/18/2023 | 545 | ORDER granting 543 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet |

| | | |
|---|---|---|
| | | Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/18/2023. (Bartlett, H) (Entered: 04/18/2023) |
| 04/17/2023 | 544 | Sealed Document: by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 543 Joint MOTION to Seal Defendants' Joint Response to [ 539 ] Government Notice for April 18 and 19, 2023 - (Sandlar, Leonid) (Entered: 04/17/2023) |
| 04/17/2023 | 543 | Joint MOTION to Seal Defendants' Joint Response to [ 539 ] Government Notice for April 18 and 19, 2023 by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Sandlar, Leonid) (Entered: 04/17/2023) |
| 04/17/2023 | 542 | ORDER as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. In light of the Court's ruling and order, ECF No. 536, the Court would like to discuss the procedure moving forward before the trial resumes. As a result, the parties should arrive by **8:00 a.m. on April 18, 2023**. Signed by Judge Victor A. Bolden on 4/17/2023. (Bartlett, H) (Entered: 04/17/2023) |
| 04/17/2023 | 541 | NOTICE OF E-FILED CALENDAR as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/17/2023* Jury Trial set for 4/18/2023 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Murphy, Tatihana) (Entered: 04/17/2023) |
| 04/17/2023 | 540 | ORDER granting 538 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/17/2023. (Bartlett, H) (Entered: 04/17/2023) |
| 04/16/2023 | 539 | Sealed Document: USA Notice for April 18 and 19, 2023 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus - (Attachments: # 1 Exhibit)(Barnes, Amanda) (Entered: 04/16/2023) |
| 04/16/2023 | 538 | MOTION to Seal USA's Notice and Exhibit 1 to Notice by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 04/16/2023) |
| 04/16/2023 | 537 | CANCELLATION NOTICE as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. The trial day scheduled for April 17, 2023 is **cancelled**. Trial will resume as scheduled on **Tuesday, April 18, 2023**. Signed by Judge Victor A. Bolden on 4/16/2023. (Bartlett, H) (Entered: 04/16/2023) |
| | | |

| | | |
|---|---|---|
| 04/15/2023 | 536 | Sealed Document: ORDER granting in part and denying in part 513 Sealed Motion as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting in part and denying in part 529 Sealed Motion as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting in part and denying in part 532 Sealed Motion as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6).<br><br>For the reasons described in the attached ruling and order, the Court **GRANTS in part** and **DENIES in part** the Government's offer of proof and motion to admit.<br><br>Signed by Judge Victor A. Bolden on 4/15/2023. (Bartlett, H) (Entered: 04/15/2023) |
| 04/14/2023 | 535 | ORDER as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. The Court intends to address the pending motion to admit and offer of proof by Monday, April 17, and the parties should be prepared to proceed accordingly. Consistent with this, by **April 15, 2023 at 5:00 p.m.**, the Government should provide to Defendants and the Court, by e-mail, the witnesses and expected exhibits for Monday and Tuesday. Signed by Judge Victor A. Bolden on 4/14/2023. (Bartlett, H) (Entered: 04/14/2023) |
| 04/14/2023 | 534 | ORDER granting 533 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/14/2023. (Bartlett, H) (Entered: 04/14/2023) |
| 04/13/2023 | 533 | MOTION to Seal USA's Corrected Offer of Proof Reply by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 04/13/2023) |
| 04/13/2023 | 532 | SEALED MOTION USA's Corrected Offer of Proof Reply - by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 04/13/2023) |
| 04/13/2023 | 531 | ORDER granting 530 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. See D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/13/2023. (Bartlett, H) (Entered: 04/13/2023) |
| 04/12/2023 | 530 | MOTION to Seal Reply in Support of Order of Proof and Motion to Admit by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Syme, Carrie) (Entered: 04/12/2023) |
| 04/12/2023 | 529 | SEALED MOTION Reply in Support of Order of Proof and Motion to Admit - by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, |

| | | |
|---|---|---|
| | | Gary Prus. (Syme, Carrie) (Entered: 04/12/2023) |
| 04/12/2023 | 528 | ORDER granting 523 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/12/2023. (Bartlett, H) (Entered: 04/12/2023) |
| 04/12/2023 | 527 | ORDER granting 520 Motion to Appear Pro Hac Vice for Raquel Gonoretzky, Esq. as to Harpreet Wasan (3). Signed by Clerk on 4/12/2023. (Imbriani, Susan) (Entered: 04/12/2023) |
| 04/12/2023 | 526 | ORDER granting 519 Motion to Appear Pro Hac Vice for Kiran H. Rosenkilde, Esq. as to Harpreet Wasan (3). Signed by Clerk on 4/12/2023. (Imbriani, Susan) (Entered: 04/12/2023) |
| 04/12/2023 | 525 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume VIII. Held on 4/11/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/3/2023. Redacted Transcript Deadline set for 5/13/2023. Release of Transcript Restriction set for 7/11/2023. (Montini, S.) (Entered: 04/12/2023) |
| 04/12/2023 | 524 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume VII. Held on 4/10/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/3/2023. Redacted Transcript Deadline set for 5/13/2023. Release of Transcript Restriction set for 7/11/2023. (Montini, S.) (Entered: 04/12/2023) |
| 04/11/2023 | 523 | MOTION to Seal Defendants' Joint Opposition to Offer of Proof and Motion to Admit by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Cahill, Leslie) (Entered: 04/11/2023) |

| | | |
|---|---|---|
| 04/11/2023 | 522 | Sealed Document: Defendants' Joint Opposition to Offer of Proof and Motion to Admit by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 513 SEALED MOTION USA Order of Proof and Motion to Admit - - (Attachments: # 1 Exhibit A)(Cahill, Leslie) (Entered: 04/11/2023) |
| 04/11/2023 | 521 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 4/11/2023 Jury Trial Continued Until 4/17/2023. ( Jury Trial set for 4/17/2023 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). Total Time: 5 hours and 55 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 04/11/2023) |
| 04/11/2023 | 520 | MOTION for Attorney(s) Raquel Gonoretzky to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7308056). (Attachments: # 1 Affidavit of Raquel Gonoretzky, # 2 Certificate of Good Standing of Raquel Gonoretzky)(Raabe, Craig) (Entered: 04/11/2023) |
| 04/11/2023 | 519 | MOTION for Attorney(s) Kiran H. Rosenkilde to be Admitted Pro Hac Vice. (paid $200 PHV fee; receipt number ACTDC-7308006). (Attachments: # 1 Affidavit of Kiran H. Rosenkilde, # 2 Certificate of Good Standing of Kiran H. Rosenkilde)(Raabe, Craig) Modified on 4/11/2023 to add receipt number (Imbriani, Susan). (Entered: 04/11/2023) |
| 04/10/2023 | 518 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 4/10/2023 Jury Trial Continued Until 4/11/2023. ( Jury Trial set for 4/11/2023 at 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). Total Time: 6 hours and 33 minutes.(Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 04/11/2023) |
| 04/09/2023 | 517 | ORDER as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. Consistent with the Court's previous order, ECF No. 512 (stating that "the Government should be prepared to proceed with its witnesses, providing the necessary witnesses and exhibits needed for the case to proceed this week, without a final decision from the Court on this issue"), the Court will **NOT** hold a hearing on Monday, April 10, 2023 at 8:00 a.m. regarding the Government's Offer of Proof and Motion to Admit, ECF No. 513. Signed by Judge Victor A. Bolden on 4/9/2023. (Bartlett, H) (Entered: 04/09/2023) |
| 04/08/2023 | 516 | Sealed Document: Exhibits to USA Order of Proof, Part 3 (final) by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 513 SEALED MOTION USA Order of Proof and Motion to Admit - - (Barnes, Amanda) (Entered: 04/08/2023) |
| 04/08/2023 | 515 | Sealed Document: Exhibits to USA Order of Proof, Part 2 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 513 SEALED MOTION USA Order of Proof and Motion to Admit - - (Barnes, Amanda) (Entered: 04/08/2023) |
| 04/08/2023 | 514 | Sealed Document: Exhibits to USA Order of Proof, Part 1 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 513 SEALED MOTION USA Order of Proof and Motion to Admit - - (Barnes, Amanda) (Entered: 04/08/2023) |
| 04/08/2023 | 513 | SEALED MOTION USA Order of Proof and Motion to Admit - by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 04/08/2023) |
| 04/07/2023 | 512 | ORDER as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom |

| | | |
|---|---|---|
| | | Edwards, Gary Prus.<br><br>During the proceedings on April 5, 2023, the Government offered to provide proof of the admissibility of evidence sufficient to satisfy, among other things, Federal Rule of Procedure 801(d)(2)(E). Any such offer of proof, which may include exhibits that have not been admitted into evidence (and conceivably may never be admitted into evidence), shall be filed under seal. Sealing is necessary to ensure that Defendants' right to a fair trial is protected. *See United States v. Gerena*, 869 F.2d 82, 85-86 (2d Cir. 1989) ("Redaction or sealing of intercepted conversations in order to protect the right to a fair trial is permissible if 'specific findings are made demonstrating that, first, there is a substantial probability that the defendant's right to a fair trial will be prejudiced by publicity that [sealing or redaction] would prevent and, second, reasonable alternatives to [sealing or redaction] cannot adequately protect the defendant's fair trial rights.'" (quoting *Press-Enterprise Co. v. Superior Court*, 478 U.S. 1, 9 (1986)); *see also* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests.").<br><br>Additionally, because there will only be two trial days next week, the Government should be prepared to proceed with its witnesses, providing the necessary witnesses and exhibits needed for the case to proceed this week, without a final decision from the Court on this issue.<br><br>Signed by Judge Victor A. Bolden on 4/7/2023. (Bartlett, H) (Entered: 04/07/2023) |
| 04/06/2023 | 511 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume VI. Held on 4/5/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/27/2023. Redacted Transcript Deadline set for 5/7/2023. Release of Transcript Restriction set for 7/5/2023. (Montini, S.) (Entered: 04/06/2023) |
| 04/06/2023 | 510 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume V. Held on 4/4/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at |

| | | |
|---|---|---|
| | | www.ctd.uscourts.gov. Redaction Request due 4/27/2023. Redacted Transcript Deadline set for 5/7/2023. Release of Transcript Restriction set for 7/5/2023. (Montini, S.) (Entered: 04/06/2023) |
| 04/06/2023 | 509 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume IV. Held on 4/3/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/27/2023. Redacted Transcript Deadline set for 5/7/2023. Release of Transcript Restriction set for 7/5/2023. (Montini, S.) (Entered: 04/06/2023) |
| 04/06/2023 | 508 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume III. Held on 3/31/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/27/2023. Redacted Transcript Deadline set for 5/7/2023. Release of Transcript Restriction set for 7/5/2023. (Montini, S.) (Entered: 04/06/2023) |
| 04/06/2023 | 507 | CERTIFICATE OF GOOD STANDING re 436 MOTION for Attorney(s) James Mutchnik and Catie Ventura to be Admitted Pro Hac Vice (paid $400 PHV fee; receipt number ACTDC-7283902) by Company C (Ventura, Catie) (Entered: 04/06/2023) |
| 04/06/2023 | 506 | CERTIFICATE OF GOOD STANDING re 436 MOTION for Attorney(s) James Mutchnik and Catie Ventura to be Admitted Pro Hac Vice (paid $400 PHV fee; receipt number ACTDC-7283902) by Company C (Mutchnik, James) (Entered: 04/06/2023) |
| 04/05/2023 | 505 | Minute Entry for proceedings held before Judge Victor A. Bolden: Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 4/5/2023. Jury Trial Continued Until 4/10/2023. ( Jury Trial set for 4/10/2023 at 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). Motion Hearing Gary Prus held on 4/5/2023 re 504 ORAL MOTION to Travel filed by Gary Prus. Order granting Oral Motion to travel. Total Time: 4 hours and 28 minutes. (Court Reporter Sharon Montini.) (Murphy, Tatihana) Modified to include order granting on 4/7/2023 (Murphy, Tatihana). (Entered: 04/05/2023) |
| 04/05/2023 | 504 | ORAL MOTION to Travel. by Gary Prus. (Murphy, Tatihana) (Entered: 04/05/2023) |
| 04/04/2023 | 503 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary |

| | | |
|---|---|---|
| | | Prus held on 4/4/2023. Jury Trial Continued Until 4/5/2023. Total Time: 5 hours and 50 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 04/04/2023) |
| 04/03/2023 | 502 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 4/3/2023. Jury Trial Continued Until 4/4/2023. Total Time: 7 hours. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 04/04/2023) |
| 04/03/2023 | 501 | NOTICE OF E-FILED CALENDAR as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Trial set for 4/3/2023 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Murphy, Tatihana) (Entered: 04/03/2023) |
| 04/03/2023 | 500 | Memorandum in Opposition by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 496 MOTION in Limine *to Preclude Cross-Examination with Interview Summaries* (Weinstein, Marc) (Entered: 04/03/2023) |
| 04/02/2023 | 499 | Memorandum in Opposition by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 497 MOTION in Limine *to Admit Evidence of Immunity Orders* (Cahill, Leslie) (Entered: 04/02/2023) |
| 04/02/2023 | 498 | Memorandum in Opposition by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 492 Joint MOTION in Limine *to Preclude Unfairly Prejudicial Hearsay Evidence* (Barnes, Amanda) (Entered: 04/02/2023) |
| 04/02/2023 | 497 | MOTION in Limine *to Admit Evidence of Immunity Orders* by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Huang, David) (Entered: 04/02/2023) |
| 04/02/2023 | 496 | MOTION in Limine *to Preclude Cross-Examination with Interview Summaries* by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Huang, David) (Entered: 04/02/2023) |
| 04/02/2023 | 495 | ORDER granting 493 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/2/2023. (Bartlett, H) (Entered: 04/02/2023) |
| 04/02/2023 | 494 | Sealed Document: Joint Motion in Limine to Preclude Unfairly Prejudicial Hearsay Evidence by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 493 Joint MOTION to Seal Defendants' Joint Motion in Limine to Preclude Unfairly Prejudicial Hearsay Evidence - (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dillon, Andrew) (Entered: 04/02/2023) |
| 04/02/2023 | 493 | Joint MOTION to Seal Defendants' Joint Motion in Limine to Preclude Unfairly Prejudicial Hearsay Evidence by Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Dillon, Andrew) (Entered: 04/02/2023) |
| 04/02/2023 | 492 | Joint MOTION in Limine *to Preclude Unfairly Prejudicial Hearsay Evidence* by Mahesh |

| | | |
|---|---|---|
| | | Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Dillon, Andrew) (Entered: 04/02/2023) |
| 04/02/2023 | 491 | Sealed Document: DX-7511 by Harpreet Wasan - (Weinstein, Marc) (Entered: 04/02/2023) |
| 04/02/2023 | 490 | Sealed Document: DX-7314 by Harpreet Wasan - (Weinstein, Marc) (Entered: 04/02/2023) |
| 04/02/2023 | 489 | Sealed Document: DX-7311 by Harpreet Wasan - (Weinstein, Marc) (Entered: 04/02/2023) |
| 04/01/2023 | 488 | ORDER as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. In light of some of the testimony provided by Mr. Salvatore under oath on Friday, March 31, 2023, the Court would like to discuss this testimony further with the parties before the trial resumes on Monday morning. As a result, the parties should arrive by **8:00 a.m. on April 3, 2023**, and to assist the Court with its preparation for this discussion, counsel for any of the Defendants are ordered to file, under seal, any exhibits either previously proffered with respect to this witness, or exhibits they intend to proffer with respect to this witness by **April 2, 2023 at noon**. Signed by Judge Victor A. Bolden on 4/1/2023. (Bartlett, H) (Entered: 04/01/2023) |
| 04/01/2023 | 487 | ORDER granting 477 Motion to Seal as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 4/1/2023. (Bartlett, H) (Entered: 04/01/2023) |
| 03/31/2023 | 486 | Sealed Document: Sealed GX-0179 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 485 | Sealed Document: Sealed GX-0180 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 484 | Sealed Document: Sealed GX-0178 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 483 | Sealed Document: Sealed GX-0177 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 482 | Sealed Document: Sealed GX-0168 by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 481 | Sealed Document: Sealed GX-0180A by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 480 | Sealed Document: Sealed GX-0175A by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in |

| | | |
|---|---|---|
| | | Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 479 | Sealed Document: Sealed GX-0223A by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 478 | Sealed Document: Sealed GX-0166A by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus re 470 MOTION in Limine *to Admit Exhibits* - (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 477 | MOTION to Seal Exhibits to Government's Motion to Admit by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Barnes, Amanda) (Entered: 03/31/2023) |
| 03/31/2023 | 476 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 3/31/2023. Jury Trial Continued Until 4/3/2023. Total Time: 6 hours and 14 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 03/31/2023) |
| 03/31/2023 | 471 | Sealed Document: Order regarding motion to compel. As discussed in the attached Order, Company C may respond to this Order by **Saturday, April 1, 2023 at 5:00 p.m.** if it wishes to object to the disclosure of any of the documents outlined within. If Company C has no objections, it shall produce the documents by **Sunday, April 2, 2023 at 5:00 p.m.** Signed by Judge Victor A. Bolden on 3/31/2023. (Bartlett, H) (Entered: 03/31/2023) |
| 03/31/2023 | 470 | MOTION in Limine *to Admit Exhibits* by USA as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus. (Huang, David) (Entered: 03/31/2023) |
| 03/31/2023 | 469 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume II. Held on 3/30/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/21/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/29/2023. (Montini, S.) (Entered: 03/31/2023) |
| 03/30/2023 | 475 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 3/30/2023. Jury Trial Continued Until 3/31/2023. Total Time: 5 hours and 43 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 03/31/2023) |
| 03/30/2023 | 468 | ORDER granting 465 Motion for Order as to Steven Houghtaling (4). The Court **GRANTS** Mr. Houghtaling's motion excusing Patrick Klingman from having to attend the trial daily. Signed by Judge Victor A. Bolden on 3/30/2023. (Bartlett, H) (Entered: 03/30/2023) |
| 03/30/2023 | 467 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Trial Transcript, Volume I. Held on 3/29/23 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. |

| | | |
|---|---|---|
| | | **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/20/2023. Redacted Transcript Deadline set for 4/30/2023. Release of Transcript Restriction set for 6/28/2023. (Montini, S.) (Entered: 03/30/2023) |
| 03/30/2023 | 466 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Jury Selection, Volume II. Held on 3/28/23 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/20/2023. Redacted Transcript Deadline set for 4/30/2023. Release of Transcript Restriction set for 6/28/2023. (Montini, S.) (Entered: 03/30/2023) |
| 03/29/2023 | 474 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Trial as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 3/29/2023 Jury Trial Continued Until 3/30/2023. Total Time: 6 hours and 14 minutes.(Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 03/31/2023) |
| 03/29/2023 | 465 | MOTION for Order Re: To Excuse Local Counsel from Daily Trial Attendance by Steven Houghtaling. (Klingman, Patrick) (Entered: 03/29/2023) |
| 03/29/2023 | 464 | STIPULATION re 463 Stipulation *CORRECTED Attachment A to Joint Stipulations* by USA (Huang, David) (Entered: 03/29/2023) |
| 03/29/2023 | 463 | Joint STIPULATION *of Parties* by USA (Attachments: # 1 Exhibit A)(Huang, David) (Entered: 03/29/2023) |
| 03/28/2023 | 473 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Selection as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 3/28/2023. Total Time: 6 hours.(Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 03/31/2023) |
| 03/28/2023 | 462 | TRANSCRIPT of Proceedings: as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus Type of Hearing: Jury Selection, Volume I. Held on 3/27/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or |

| | | |
|---|---|---|
| | | purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/18/2023. Redacted Transcript Deadline set for 4/28/2023. Release of Transcript Restriction set for 6/26/2023. (Montini, S.) (Entered: 03/28/2023) |
| 03/27/2023 | 472 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Selection as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus held on 3/27/2023. Voir Dire begun on 3/27/2023 Mahesh Patel (1) on Count 1 and Robert Harvey (2) on Count 1 and Harpreet Wasan (3) on Count 1 and Steven Houghtaling (4) on Count 1 and Tom Edwards (5) on Count 1 and Gary Prus (6) on Count 1. Total Time: 6 hours and 4 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 03/31/2023) |
| 03/27/2023 | 461 | ORDER granting 434 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6).<br><br>The Court **GRANTS** the motion *in limine* to exclude testimony by the case agents. Under Federal Rule of Evidence 611(a), the Court has wide discretion to "control... the mode and order of examining witnesses and presenting evidence so as to: (1) make those procedures effective for determining the truth; (2) avoid wasting time; and (3) protect witnesses from harassment or undue embarrassment." The Government's proposal to allow a case agent to read portions of exhibits would "wast[e] time" and would not be more "effective for determining the truth" particularly where the relevant exhibits are simply e-mails that the jury is capable of reading. *See United States v. Garcia*, 413 F.3d 201, 215 (2d Cir. 2005) ("The law already provides an adequate vehicle for the government to 'help' the jury gain an overview of anticipated evidence as well as a preview of its theory of each defendant's culpability: the opening statement."). And, to the extent the Government wishes to emphasize the relevance of certain portions of exhibits again, it may do so in its closing argument.<br><br>Moreover, the case agent's testimony would not be based on personal knowledge and would impermissibly suggest to the jurors the portion of the particular exhibit that is more important to the investigating case agent, who has access to information that may not ultimately be admitted during trial. *See United States v. Yang Chia Tien*, 638 F. App'x 19, 2122 (2d Cir. 2015) (finding it appropriate for the case agents to "describe[e] their personal perceptions of meetings and conversations at which they were present"); *see also Garcia*, 413 F.3d at 212 (stating that when a case agent "is not presenting the jury with the unique insights of [his own] eyewitness[] personal perception" his testimony is not based on personal perception and therefore, "the investigatory results reviewed by the agent--if admissible--can only be presented to the jury for it to reach its own conclusion"); *United States v. Dukagjini*, 326 F.3d 45, 53 (2d Cir. 2003) (noting that a case agent's testimony as an expert witness that is based on evidence already admitted, "may improperly bolster that testimony and may suggest[] to the jury that a law enforcement specialist... believes the government's witness[] to be credible and the defendant to be guilty, suggestions we have previously condemned").<br><br>Accordingly, the case agent will not be permitted to read portions of exhibits.<br><br>Signed by Judge Victor A. Bolden on 3/27/2023. (Bartlett, H) (Entered: 03/27/2023) |
| 03/27/2023 | 460 | ORDER denying 333 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6).<br><br>The Court **DENIES** Defendants' motion *in limine* for a modified *Geaney* procedure. |

| | | | |
|---|---|---|---|
| | | | Courts in this Circuit, following *United States v. Geaney*, conditionally admit coconspirator statements and then "determine, when all the evidence is in, whether... the prosecution has proved participation in the conspiracy, by the defendant against whom the hearsay is offered, by a fair preponderance of the evidence." *United States v. Geaney*, 417 F.2d 1116, 1120 (2d Cir. 1969). The Second Circuit has rejected the *James* hearing approach, which would require the Government to proffer its evidence in support of co-conspirator statements, and, as a result, this approach is rarely used in this Circuit. *United States v. Rowland*, No. 3:14cr79 (JBA), 2014 U.S. Dist. LEXIS 110408, at *5, 2014 WL 3908115 (D. Conn. Aug. 11, 2014) (district courts in this circuit "almost universally reject" requests for *James* hearings).<br><br>Accordingly, the Court will not deviate from the standard practice in this Circuit. If the Court finds that the Government has not met its burden, it will "instruct the jury to disregard the hearsay" or declare a mistrial if the hearsay is a "large proportion of the proof" against Defendants. *Geaney*, 417 F.2d at 1120.<br><br>Signed by Judge Victor A. Bolden on 3/27/2023. (Bartlett, H) (Entered: 03/27/2023) |
| 03/27/2023 | | 459 | Sealed Document: Order granting in part and denying in part 423 motion to compel. For the reasons described in the attached ruling and order, the Court **GRANTS in part** and **DENIES in part** the motion to compel. Company C shall produce the requested documents to the Court for *in camera* review by **Tuesday, March 28, 2023 at 5:00 p.m.** Signed by Judge Victor A. Bolden on 3/27/2023. (Bartlett, Hannah) (Entered: 03/27/2023) |
| 03/27/2023 | | 458 | Sealed Document: ORDER denying without prejudice 288 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting in part and denying in part 289 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 294 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steve n Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 297 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying witho ut prejudice 298 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying as moot 299 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2 ), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 301 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 302 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 303 Motion in Limine as t o Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 308 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steve n Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting in part and denying in part 309 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); de nying without prejudice 312 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 315 Motion in Limine as to Mahesh Patel (1 ), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying 316 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5 ), Gary Prus (6); granting in part and denying in part 317 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting |

| | | |
|---|---|---|
| | | 318 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying 320 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 326 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 327 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 329 Sealed Motion as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 330 Sealed Motion as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 331 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 332 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 334 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 335 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice [353] Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6).<br><br>For the reasons described in the attached ruling and order, the 288, 294, 297, 298, 301, 302, 303, 308, 312, 315, 316, 320, 326, 327, 329, 330, 331, 332, 334, 335, and 353 motions will be **DENIED without prejudice to renewal**.<br><br>The 299 motion will be **DENIED as moot**.<br><br>The 289, 309, and 317 motions will be **GRANTED in part and DENIED in part**.<br><br>The 318 motion will be **GRANTED**.<br><br>Signed by Judge Victor A. Bolden on 3/27/2023. (Bartlett, H) (Entered: 03/27/2023) |
| 03/27/2023 | 457 | ORDER denying without prejudice 288 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting in part and denying in part 289 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 294 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 297 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 298 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying as moot 299 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 301 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 302 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 303 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 308 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting |

in part and denying in part 309 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 312 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 315 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying 316 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting in part and denying in part 317 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); granting 318 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying 320 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 326 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 327 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 329 Sealed Motion as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 330 Sealed Motion as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 331 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 332 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 334 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 335 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6); denying without prejudice 353 Motion in Limine as to Mahesh Patel (1), Robert Harvey (2), Harpreet Wasan (3), Steven Houghtaling (4), Tom Edwards (5), Gary Prus (6).

For the reasons described in the attached ruling and order, the 288 , 294 , 297 , 298 , 301 , 302 , 303 , 308 , 312 , 315 , 316 , 320 , 326 , 327 , 329 , 330 , 331 , 332 , 334 , 335 , and 353 motions will be **DENIED without prejudice to renewal**.

The 299 motion will be **DENIED as moot**.

The 289 , 309 , and 317 motions will be **GRANTED in part and DENIED in part**.

The 318 motion will be **GRANTED**.

Signed by Judge Victor A. Bolden on 3/27/2023. (Bartlett, H) (Entered: 03/27/2023)

| | | | |
|---|---|---|---|
| 03/27/2023 | 456 | Proposed Annotated Post-Trial Jury Instructions (Bartlett, H) (Entered: 03/27/2023) |
| 03/27/2023 | 455 | Pre-Trial Jury Instructions (Bartlett, H) (Entered: 03/27/2023) |
| 03/27/2023 | 454 | Supplemental Voir Dire Questionnaire (Entered: 03/27/2023) |
| 03/27/2023 | 453 | General Voir Dire Questionnaire (Bartlett, H) (Entered: 03/27/2023) |
| 03/25/2023 | 452 | Sealed Document: Motion to Seal by Steven Houghtaling as to Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, Gary Prus - (Attachments: # 1 Exhibit A)(Dillon, Andrew) (Entered: 03/25/2023) |