EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-00237-RWS-JSA |
| JAMES G. MALONEY, et al. | |
| Defendant. | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's Motion to Continue Pretrial Conference and, it appearing that sufficient grounds exist for the granting thereof, Defendant's Motion to Continue Pretrial Conference is hereby **GRANTED**.

It is ordered that the Pretrial Conference currently set for Monday, May 1, 2023, at 1:30 p.m., is hereby continued until _____, _____.

**SO ORDERED** this ___ day of _____, _____.

_____
**RICHARD W. STORY**
United States District Judge

Proposed Order prepared by:

Craig A. Gillen, Esq.
Georgia Bar No. 294838
Anthony C. Lake, Esq.
Georgia Bar No. 431149

1

400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:       cgillen@gwllawfirm.com
              aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney