IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY, et al.,<br><br>Defendants. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## ORDER

This case comes before the Court on Defendant James G. Maloney's Motion to Continue Pretrial Conference [Dkt. 184]. Given counsel for Defendant's ongoing obligations in trial in Connecticut, the Court agrees that a short continuance is appropriate. Accordingly, the Court **GRANTS** Defendant's Motion to Continue and reschedules the pretrial conference in this matter until **Wednesday, May 10, 2023**. The pretrial conference will begin at 9:30 a.m. in Courtroom 2308.

**SO ORDERED** this 26th day of April, 2023.

_____
**RICHARD W. STORY**
United States District Judge