IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-RWS-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF PROPOSED *VOIR DIRE* QUESTIONS**

Defendant James G. Maloney files this Notice of Proposed *Voir Dire* Questions, pursuant to the Court's Order issued April 18, 20213, Dkt. # 182, and submits to the Court and the prosecution the proposed *voir dire* questions attached as Exhibit A for the Court's consideration and potential inclusion in the Court's juror questionnaire. Defendants' proposed *voir dire* questions have been drafted to omit any topics covered in the Court's Criminal Juror Questionnaire and the Court's Qualifying Questions (Criminal Cases).

1

Respectfully submitted, this 26th day of April, 2023.

        GILLEN WITHERS & LAKE, LLC

        */s/ Anthony C. Lake*_____
        Anthony C. Lake, Esq.
        Georgia Bar No. 431149
        Craig A. Gillen, Esq.
        Georgia Bar No. 294838
        400 Galleria Parkway
        Suite 1920
        Atlanta, Georgia 30339
        Telephone:  (404) 842-9700
        Facsimile:  (404) 842-9750
        E-mail:  cgillen@gwllawfirm.com
                aclake@gwllawfirm.com

        THE LAW FIRM OF LAWANDA HODGES, LLC

        Lawanda Nowlin Hodges
        Georgia Bar No. 547413
        100 Peachtree Street, Suite 200
        Atlanta, Georgia 30309
        Phone:  (404) 474-0772
        Fax:  (404) 474-2774
        Email:  lhodges@lhodgeslaw.com

FINCH MCCRANIE, LLP

David H. Bouchard
Georgia Bar No. 712859
229 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30303
Phone:	(404) 658-9070
Fax:	(404) 688-0649
Email:	david@finchmccranie.com
Counsel for Dr. James G. Maloney

### **CERTIFICATION**

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

GILLEN WITHERS & LAKE, LLC

*/s/ Anthony C. Lake*_____
Anthony C. Lake, Esq.
Georgia Bar No. 431149

Counsel for Dr. James G. Maloney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 26th day of April, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

**Emma Dinan Ellenrieder**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
emma.ellenrieder@usdoj.gov

          GILLEN WITHERS & LAKE, LLC

          */s/ Anthony C. Lake*_____
          Anthony C. Lake, Esq.
          Georgia Bar No. 431149

          Counsel for Dr. James G. Maloney