IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY, et al.,<br><br>Defendants. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## ORDER

This case comes before the Court on Defendant James G. Maloney's Notice of Potential Classified Information, submitted to the Government and the Court on April 14, 2023 [Dkt. 180]. The Court understands that the Office of the Classified Information Security Office ("CISO") currently maintains possession of the documents described in Defendant's Notice. The Court orders CISO to return the documents in question to the custody of Defendant and his counsel, who are in turn ordered to maintain and access the documents in the sensitive compartmented information facility pursuant to the normal classified information channels. If Defendant or his counsel find additional classified information in their possession in the course of their preparation for trial, they are instructed to follow this same process.

**SO ORDERED** this 1st day of May, 2023.

_____
**RICHARD W. STORY**
United States District Judge