IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

JAMES G. MALONEY

CRIMINAL ACTION NUMBER
1:16-CR-237-RWS-JSA

**Government's Proposed Verdict Form**

The United States of America hereby submits its proposed verdict form.

Respectfully submitted,

Ryan K. Buchanan
*United States Attorney*


/s/ John Russell Phillips
*Assistant United States Attorney*
Georgia Bar No. 576335

/s/ Stephen H. McClain
*Assistant United States Attorney*
Georgia Bar No. 143186

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000

1.    As to Count 1, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

2.    As to Count 2, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

3.    As to Count 3, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

4.    As to Count 4, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

5.    As to Count 5, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

6.    As to Count 6, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

7.    As to Count 7, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

8.    As to Count 8, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

9.    As to Count 9, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

10.    As to Count 10, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

11.    As to Count 11, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

12.    As to Count 12, we, the Jury, find the Defendant, James G. Maloney,

_____ GUILTY

_____ NOT GUILTY

13.     As to Count 13, we, the Jury, find the Defendant, James G. Maloney,

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

14.     As to Count 14, we, the Jury, find the Defendant, James G. Maloney,

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

15.     As to Count 15, we, the Jury, find the Defendant, James G. Maloney,

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

SO SAY WE ALL.

_____          _____
Date                                              Foreperson

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 8, 2023, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system.

/s/ JOHN RUSSELL PHILLIPS
*ASSISTANT UNITED STATES ATTORNEY*
GEORGIA BAR NO. 576335

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000