IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY, et al.,<br><br>Defendants. | Criminal Action No.<br><br>1:16-cr-237-RWS-JSA |

## ORDER

This case comes before the Court on Defendant James G. Maloney's Motion *In Limine* to Exclude Audio Recordings and Transcripts [Dkt. 197]. The Government has not filed a written response. However, this motion *in limine* was discussed at length during the May 10, 2023 Pretrial Conference. During the pretrial conference, the Government indicated that, in conjunction with preparing for the upcoming jury trial, it has recently made revisions (and improvements) to the previously prepared transcripts of the audio recordings that are the subject of the Defendant's evidentiary challenge. Before the Court can consider the merits of Dr. Maloney's Motion *in Limine* [Dkt. 197], the undersigned will need to listen to the audio recordings and review the Government's proposed accompanying transcripts.

Accordingly, it is **ORDERED** that the Government shall produce the subject audio recordings and revised transcripts to the Court for *in camera* review no later than the close of business on **Monday, May 15, 2023**.

**SO ORDERED** this 10th day of May, 2023.

_____
**RICHARD W. STORY**
United States District Judge