IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JAMES G. MALONEY | CRIMINAL ACTION NUMBER<br>1:16-cr-237-RWS-JSA |

**Government's Notice of Filing**

In compliance with this Court's Order dated May 11, 2023 (Doc. 199), the United States hereby gives notice that it has provided to the Court the audio recordings that are the subject of Defendant Maloney's Motion in Limine (Doc. 197), as well as a proposed transcript of those recordings.

                                            Respectfully submitted,

                                            Ryan K. Buchanan
                                            *United States Attorney*

                                            /s/ John Russell Phillips
                                            *Assistant United States Attorney*
                                            Georgia Bar No. 576335

                                            /s/ Stephen H. McClain
                                            *Assistant United States Attorney*
                                            Georgia Bar No. 143186

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000

## Certificate of Service

I hereby certify that, on May 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

/s/ John Russell Phillips
*Assistant United States Attorney*
Georgia Bar No. 576335

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000