# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-RWS-JSA
## USA v. Maloney
## Honorable Richard W. Story

Minute Sheet for proceedings held on 05/10/2023.

```
TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 12:00 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 2:40                     DEPUTY CLERK: Kelly Thigpen
OFFICE LOCATION: Atlanta
```

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>David Bouchard representing James G. Maloney<br>John Phillips representing USA<br>Stephen McClain representing USA<br>Emma Ellenrieder representing USA |
| PROCEEDING CATEGORY:<br>MINUTE TEXT: | Pretrial Conference;<br><br>This hearing was closed. The Court heard oral argument on pending motions and took matters under advisement. Written orders to follow. Defendant waived any potential conflict of interest related to the involvement of Attorney David H. Bouchard and Finch McCranie, LLP, in the case. |
| HEARING STATUS: | Hearing Concluded |