IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-RWS-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF FILING OF PROPOSED JURY INSTRUCTIONS

Defendant James G. Maloney files this Notice of Filing of Proposed Jury Instructions, hereby filing Defendant's proposed jury instructions, attached as Exhibit A, pursuant to the Court's Order dated April 18, 2023, Dkt. # 182.

Respectfully submitted, this 17th day of May, 2023.

                                    GILLEN WITHERS & LAKE, LLC

                                    */s/ Craig A. Gillen*_____
                                    Craig A. Gillen, Esq.
                                    Georgia Bar No. 294838
                                    Anthony C. Lake, Esq.
                                    Georgia Bar No. 431149
                                    400 Galleria Parkway
                                    Suite 1920
                                    Atlanta, Georgia 30339
                                    Telephone:   (404) 842-9700
                                    Facsimile:    (404) 842-9750

E-mail: cgillen@gwllawfirm.com
aclake@gwllawfirm.com

THE LAW FIRM OF LAWANDA HODGES, LLC

Lawanda Nowlin Hodges, Esq.
Georgia Bar No. 547413
100 Peachtree Street, Suite 200
Atlanta, Georgia 30309
Phone: (404) 474-0772
Fax: (404) 474-2774
Email: lhodges@lhodgeslaw.com

FINCH MCCRANIE, LLP

David H. Bouchard, Esq.
Georgia Bar No. 712859
229 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30303
Phone: (404) 658-9070
Fax: (404) 688-0649
Email: david@finchmccranie.com

Counsel for Dr. James G. Maloney

## CERTIFICATION

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

        GILLEN WITHERS & LAKE, LLC

        */s/ Craig A. Gillen*               
        Craig A. Gillen, Esq.
        Georgia Bar No. 294838
        Anthony C. Lake, Esq.
        Georgia Bar No. 431149
        400 Galleria Parkway
        Suite 1920
        Atlanta, Georgia 30339
        Telephone:   (404) 842-9700
        Facsimile:   (404) 842-9750
        E-mail:      cgillen@gwllawfirm.com
                              aclake@gwllawfirm.com

        Counsel for Dr. James G. Maloney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 17th day of May, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

**Emma Dinan Ellenrieder**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
emma.ellenrieder@usdoj.gov

        GILLEN WITHERS & LAKE, LLC

        */s/ Craig A. Gillen* _____
        Craig A. Gillen, Esq.
        Georgia Bar No. 294838
        Anthony C. Lake, Esq.
        Georgia Bar No. 431149
        400 Galleria Parkway
        Suite 1920
        Atlanta, Georgia 30339
        Telephone:   (404) 842-9700
        Facsimile:    (404) 842-9750
        E-mail:       cgillen@gwllawfirm.com
                            aclake@gwllawfirm.com

        Counsel for Dr. James G. Maloney