# EXHIBIT A



MAL-00863



Scitor Corp:
2151 Corporate Park Dr.
Herndon, VA 20170
703-961-4000

Fax #: 800-747-5730   961/4092 #

Scitor HQ2: 1-888-2SCITOR
-232-4867

Jason   703-961-4028
Carmada   -961-4086
Jimmy P   -488-5678

7/31/01



1/30/09  > e-mailed Houdini summary of my
discussion w/ John O'Dwyer & the IPO₀
contract - will follow up Monday

4/29       > Reviewed e-mails & J.C. Maturo / Mark Kelly
Monday     & MORE Info → sent ACS pmn $
ID = IO

2nd PoleStar Program Manager:
Jennifer (Jen) Havenberg

e-mail: jhavenberg @ ogt. org

— PoleStar CEO/CTO     MARK Kelly
e-mail: mkelly @ PoleStar.com

(0) 949-851-1600 x14

(c) 949-510-5157

(cv) 949-298-0820  Google Voice/Gmail Contact

MTG: Call Mark & Jen > set demo software
& purchase an acct, if w/the exam video
recording). GT needs to purchase Video
Camera ?

7/1/09   > e-mailed 8:11? > Android SW Support
thurs    > is out @ his place - eval. to relay recording
         > e-mailed Jennifer @ IGT

Follow up Thurs
@ 11 am

7/2/08  > Telecon w/ IST   Jennifer Hernandez - PM
2hr?                        Joe Wood - Lab Tech
        1-866-703-9403
        conf 35 pin

Active Sheet...

> all interviews w/ Morse Kelly (CSCO-FleetMgmt)
  ...in e-mail, will go to Steve...
  1-800-Teleacom set up by Teu

> Teu has just received Edwards version '6 P3 sw
  ...in version, version XP, 4GB mem...

  He has up days to evaluate
> Their customer is evaluating Explicit PS product
  (CSS+RST) ...similar connection thru system) —
  not demonstrate APPLICATION —

* >. Have end (Carol contact Teu) send all relevant
  ...

> PS does have similar concerns that
  hangs on rear view mirror — will check
  with Plate Scan CEO to speak.

7/6 > wrote Troy e-mail to Patty recommending
      this    inquiries IST & Plate Scan Technology

    > Teu return IST spec — out of to hi with
      contact IST function —

[lower portion of page illegible]

MAL- 00866

7/4 → Modified e-mail to Duffy, and
1 hr    Fixed to send it - Notice is down
         - encrypted it and sent copy to Santeria for
         review before sending to Duffy
      >> Talked up Gutierrez & explained what I
         was proposing - he agreed - Turned it G.
7/6 → Sent Duffy e-mail re encrypted DOC.
7/9 → no response
Now → Sent Ogas to TradeTimes to forward
      → Log to view comm up adequate switches & hooks

7/14 @ GTFCI    0950 - 1130 minute
      >> Need Biltz to brief subvendor of Bob Jones
      ( >> Anderid-jeu does not support Bluetooth
         delivor radio up different outputs    Need MMER
         sdc.
      >> Ander ~ 3rd ! Li Called him -

** 7/10  Ashine - up date on brief. GT called them brief
         we went to series component
      ** The reviews packs    wham

— Provide written Bob
>> Gutierrez    - optimize input
1) Android/iOS -    BTL/Verify
>> Interview team liaison — pc on RT Rylce
                           Need Methods
2) Remote HiRECoif → IPAK
>> Retinal Recycle Hampa → Fylez (Police tools)
    Provided written data to Gutierrez — Fr
    (data g-Santek submit) —



7/18 — Jennifer got e-mail address from Devices
> he expects EST — will call Ken.
> start e-mail address.

7/16 > Completed e-mail access to Merck Plant team
— infed Jennifer
> Recommended Telecom Call 3 q[ul] afen Devices
> Requested w/ fm Lepton 3 day meeting.

7/16 > Called Jennifer. 703-249-3043  left e-mail —
12:30 pm     & want to setup meeting — Jenn Target IP address.

> Questions, notes, comments:
1. My Dasher — Email Server (CA Net) are unknown
Local — say NAT system — " store - announcement
2. Does your browser in PC all many video - ethernet ?
3. Flow list, how does it work / relation when
to Devices ?
4. Can it be forced to look for other + disj —
after the fact ?
5. What can I get to extract "Target IP" ?

7/17 > Called Jennifer. She will set up Telecom 4th Tue.
1 pm         (a week or two.)
> Prep for telecom — reviewed Devices web site.
7/18 > Called E—invite to Telecom
12:25 > email on telecom expectations complete & sent.

G.A. #001 emails
1. Merry, slow, Klyams
3 day meeting.



**Gebbie, Thomas**

From:
Sent:        Tuesday, July 28, 2009 1:57 PM
To:
Subject:     Telecom

E

Telecom is at 3:30  888-422-7120   PIN 710536

Expect participants:  Mark Kelly  CEO & CTO PlateScan
Jennifer Hanenberg  IQP Program Manager
Mark McGovern  my friend invited by Jen

I got frustrated with Daffy not contacting Jen therefore I called her yesterday and set this up.  Daffy said he would do it, I told Jen that he said this.

Objective of Telecom: 1st thoughts
1. Get enough **technical** info to support claims we can provide a Sit Awareness tool.
   a. What do they have – hardware to image & illuminate cars and SW to find and read the license plate???
   b. The SW needs # pixels on target, any comments on required field-of-view??????????
   c. Will the SW run on a PC with our video – what video specs are required?????????????????
   d. What can be done without adjustable optics?????
   e. How adaptable is the SW, can I train it to look for other items – ID car type and color????

2. Get enough **programmatic** info to prepare a presentation to Daffy    - or duplication!
   a What do they have – deliverable roadside/car mounted IR illuminated License Plate Readers (LPR)??
   b. Have they delivered a complete system to IQT and has it been sent to their customer??????
   c. Jen said they had delivered software for evaluation – what does this mean, I assume they have provided IQT with software to run on IQT video, not their customers??????
   d. Can we get a current copy of the SW for evaluation by our Atlanta friends???????????????????????????

3. Our **application** is to use a HD video recorder (cell phone, FLIP camera etc.) to observe ones surroundings and look for items of interest.  Cars are one item there are others therefore our interest in training the SW.
   a. Have they looked at small, high resolution cameras ( no physical optics adjustment).
   b.

Take a look at this – we have to be a player.  I'll show this to Daffy.
http://www.informationweek.com/blog/main/archives/2009/07/motorola_gets_s.html?sessionid=XROBJNQUUFL4CQSNDLOSKHSCJUNN2JVN?qid=nl_IW_daily_html

1



MAL-00870



> Record Audio on cell phone — process
  — Phonemany of service allowing? Point
  — Want data memory —

  Why not use VideoRecord on phone camera
    — proves audio —           autobase

  HTC Hero Cell Phone — Snap 5MP, ans
    Qualcomm 528 Mhz processor
    Micro Fiber SD Memory

3/21 - Fri:  > Base Review oil e-mail/hobby R. Video Games
              & Ltr.                                    (cc)

E/98 - Friday   > Upgraded Scriba Computer SW — Plus + Cc

              > Called GMC — TB to Entry question
                autobase 93 — prep f 23W 40
                word

              > Called    yesterday & today

9/8 - Wed    > Prep fr tomorrow

              > Tivrce System — Now — Send to Supp

              > Elks Trip — Powder/arl / Best files ?

              > Elks — Mcsf of Stat Corro Tml ?

              > Str-what next?// who can help him GT

              >

---

'Scriba Computer Appendix'

Admin Login — Name — administrate
Pw — Reck 2998
Port — tjeuz

Jimmy — 703-488-5678 (cc)
(Scriba IT Person)

Updated All Printer'd + Incl Sphere 2

Jadid Service Pack 3.5



MAL-00872



MAL- 00873



MAL- 00874



9/29 - Google "Sense Cam" - picks up 3000 plays of
2:45ish     no info in current software or availability

            www.world Eye Cam.com

          Security Camera System ~) 888-211-2699

1. ZRAO count Digital Video recording pen

2. Stealth Video Spying Pen

2. www.intelspy.com     Camera/Recorder of camera
                                    by phone
                                    268_p10

3. SenseCam home page

10/2  > Continued web search - holy video video ~
9am   > Finish SEARCH for mfr/mastery of SCE of/for rest

10/6  > Response from SENSAI - to meet Thurs @ Sept.
9pm            - Plan : 1. Review JA
                         2. Critique PPM - define Scope
                                           - Review/critique current
                                                         approach
                                             - Review Touch mechanism
                               Establish - Goals
                               not later by date    get invoice for approval 1 (chief)
                                       Mtg Video trigshot.

             Goals for info notes.

                 1. Review JA
                 2. Define PPM   Goals [functionality & implementation]
                 3. Discuss "Video [Sensai]" → what next

               > Teshua of e/ segment to Brad & Meri

> Talked w/ + sent E-mail to IBT/Jim
  — if call him tomorrow @ 9³⁵ Smith — need POC
  > GAIO Span → need POC
  Plate Scan
  Mem,
  > MsgAsa Support — waiving > Say bt to Jim #
  > GATE show Thursday Power @ 10⁰⁰ framing!
  tryng to avoid offseason conflict

2ⁿᵈ Wed 10/7   Cell item?
CAN 703-248-3600
> POC for Gaio Span
> w/ Guy Support for GATE (need project)
> Hi to Jim Hemenway
> Attitude @ IBT?
G.A.#007/G.A.#001   Context?
> Leadership?

TBG ACTIONS
> Telecom
  — Record time of detection
  — Record frame

> Database Archive
  • Won't unkil Probed
  • immediately Procedure
  • wait at them

TBG:
— Maintenance?
  • built into item
  • Adjacent to item
  but sometime else
— Consciousness (awareness)

TBG ACTIONS
> Sense — Movement / ideas
  — Nearfield notion

2/14 — > Jr, Jim's, Cell Phone skill: 703-349-0307 ?
     > OTN — SU10/SCPO/SCPO Hexel
Voi Jay = — CMI/ OT Hooks @ WSFE
           — WISend awareness
Options

L-Band
Sed ———— 3rd switches/conference
      Zone C/PC c = .0001   outside 3P₁ₗ
10³, 9 switch   Precips ≈ Seminary
                67 Team
Set up call w/ Huey/ IBT

GATIO SPAN ≈ Jay Engineered VC — Spot
            — BNG Access Point Access



wake up / dump / sleep =>

APKjic is in su_

Rest of Intel -> spin 46 =>

Small Arrest Rate - restricted duty cycle.

Chips Geocionille Commissioned -> Reston / Graham

600 - Rights to Application battle (Kent Brinkey)

Desc Kits => 20 Ray Fund

Giorviilla + akey set ? Phone

Rift North Contest su =>

Ethan Stack -> access to service code ?
→ Not "Mobile Secure Radio" Competa
→ Tetra MIT
Repeaters - Gigabitbox 60/channel
↓ ISDR - 106/channel → GPS
IPIP Composite 60/pkt SIZE
Wibal Radio Circuit Fraction

2yr ?(someplace) Call

3rd Note order

MAL- 00877



Sylar Slack - Pro x1
Police Scanner
"Preset radio interced"
- all media info =
(Alex Sharp) = Trackis Once
Radio ID

Body
apostle "goodle" in jail
2 perss in jail

= Geo coord - g all
Trainers

> Review Mintz - Sketch persons replacements
- for PPM
> Shoot - passive in next stages for PPM

4. Sensor Package Undid / PPM
Headman - Brunswick Sever. Hd. facilities

> Calling Esmond CIZI offr. ?
PS-218:3058 CO)
301 - 467 - 9912 CC)

> Ray Houdini - Wildwood - 223

> Called Lecturman - Told about my call to FAY

MAL- 00878



G.A.#001

3 Jay — IC expecting call from Houdini
— we (Producer?) want to attend Bat Training Session
— there will be a "Trainers' Planning Meeting" in late June w/ DOU & C&R
we want to also attend this meeting

※ Send e-mail to _____

10/15 > Jenny reach up? ⇒ he will return 29 ⊡
10/25 > e-mailed June @ ICST
Sunday > Reviewed all offers
Jan >

10/26 3. e-mailed Houdini — follow up w/ GeriSpan Mtg
call — future meeting needs
thu — future mtg w/ DOU + C&R
— August (again) w/ Wilson
w/ DOU + R&D

10/27 3. Back Main Ofice — ITR: SL00 Invoice Service
thu 1:30
thu > Received not served on GeriSpan Weeks
3. Sent HC → forwarded e-mail to GeriSpan
10/28 > Spoke abt all we emailed to GeriSpan
Mtg on 11/16~18 @ EST
3. RMS > Acct — Blue Gentle Raw Energy
Gue X Chan
Contains MOT #30 µC + FF IC

MAL-00879



MAL-00880



11/10
Tues

2pm

> Prepared outline for IOST meeting objectives next week

Key Points:
1. Gantt Span - Years Strategy & objectives, driving future Gantt/span products
   - What's in "5.9" perspective?
   - Ivan Networks?
   - Have security on Border Mar. & Feb

Called Objectives: ↗

2. Root withaway in word & Chat (running)
   - Wordslip to Get's are Include ↗

1. IA → will STOP detour currently unaddressed
   - status of work elsa done feet/ weeks ↗

* IOST - where up their needs cut beyond Gantt

Talk to: Phele McGowan -

Jim Smith - Ajax & Kroyus manages
   - Find out what " ↗

Jennifer Hennesley - Plat Exec POC

MY TPM Stratgy/Vision:

Major impact for the PM

#, of Engineers

- Revenue
- Contract / Activity
- Sample 22,???

Contact by Co.

Smart Remote TM

Smart Phones (samples)

Remote C
Positions unaffected
by CE

= f, (Cost)



G.A. #003



11/19 - Thur
11/Labor STRAYER Horowitz cause out of Robert
5-6 pm Monitors & e-mail

11/27 > MIRAsold displays-on
Fri   > Font Houdini web site —
2 hrs
    Possible MEMS Array for display
    is it could be use if PRT & OCAP
    > "RTF show "yearbook ??"
    — Show care Monitoring System
      - 35 converted to cell plane
    > Acoustic Research MRWH I
      Bluetooth Stereo Headset
      multi-preview — I to music
      — I to phone

11/30 > Several e-mails Fam Horowitz + Einstein
1 Hr+ > called command f new date to Reply e-mail
    > reviewed web for semitism on our site

12/1 > talked up E → set up 6ORI meeting
    for 12/16 (FRI)  yes — 9 am



12/2
used
3m2

> e-mail Hirubi — neeb?
> read t comment on it's article
> m. Info Tech forgeth Questions

RAIN – RAIN?

(X) > MY Hirui Problem connecting to
        Secure web site —

[Ribbit] — note: No MPAL editor vs Interaction
        — voice message to email rest Program
        — voice Messengr
        — text Messages Call Routing
        — Caller ID 2.0 view of Tool web access
        — VOIP
        what is displayed t sent ref. ID t calling party?

Sensors:
        > CMOS Temp. Sensor 0.018 dispense?
        "DOE" (Sensix please close to device)
        > MIT – organic temp sensor: C. Play/sec
        > Jo-Smith: (704) 703-399-9487

12/4
        > Candidate GREI 10/6/Jak to use
        —No        section stand Entry

10/5
        > Filled =
        > Filled =

Cleans        > Spent all day- late night call from Jenny
        > FES              - It finally all work!
Sandspur        - Want Helen call Jan to Ron work
2



MAL- 00885



1418 ← ATRE   SIMplicITI

→ Simplici Stack 4, II Non-many
     POLICY

Phase 0 — Pistol Recon   data log.
     2 — ETVidea        immediate need

TI Watch → 2 Knife Type  "CHRoNeS"
LASER light Motion Detection
          LED as ON/off blocked.
          ASCO comd

FOLD — Forgotten Trigget

CoPS — Camera, Proximity + Sound
        — Camera in AC Power Block
        — (PRiority Sensor CER)

Use Ken/woman channel to tell Evan not that you
     are Even LOTS-BE
→ Suppass Camera Network — watch keeps to supass
        — Watch Mem/Discard
        — Call watch w/ Time out

→ Gam Spam — Outter WiFi option

(TecheRunoh STO)

Cruise critique on

→ Send TGT CMail to Qin
     Dev Kit

1/4/10
1st Mgmt's
Wishnet
[signature]



11/2/16
1pm
Ferr call
all

> Mallory (c) 404-407-8894
    (o) 404-288-1337
    - Capt Kessler
> Beal Ress - 404-357-7852

> called Read - appeared a bit shaky
    - he a softer, subdued approximal
    - interrupt Federico to discuss Jose

1:11    > talk w/ John O'Dwyer 703-741-4792
8:45    > Discussed current position - still
         upset - received the Day-77, Phillips
         document 6,500 response

        > RFDC - Tom - 3:30pm (& 410/014)
        * 4:30 - 5:00 call Rhode Wick - (Ben Toole)

        > Discussed FBCAH options -

        > When Tuckerman decided to debrief
          Bob, B&H - "Good reason Bob was
          > trust in RFDC project

11/1     > Spoke w/ Houdini to Behrman
2:01

        > Got 3pm - if he want no cost debrief
        > called Jim S. - He he (that)
          - he has been very nasty
          - disappointed in jail debt
          - Trying to Excellent

1:15    > called Houdini - up date - Jay

        - reported with week beg./

**Left page:**

- Apple Store!

- Staple off - plug in store (connect USB & cord)

- Dirt Power button - quickly press "OPTION" key
  → Set off Enter →

- Pw - Password 123?
  Apple On
  → 7 THRew
  Password 1254
  5 Mein logisch - Some Pix
  → Test1 - Disk - boot more

  Password 1434 - 7/22/10 works

| | |
|---|---|
| 1/21 | – Responded to [G.A.#001] e-mail |
| 2 Hrs | – Talked with Monelici |
| | – Reviewed Video Surveillance Options – |
| 1/22 5bp | – Cleared Shus & instigation & works Sunday on Mac site |
| 1/24 | – no work – next Monday |
| 1/25 Thur | – at last – Apple SITE WORKS – can send e-mails – can ring me |
| | – unable to email/twit...? |
| | – Talked to Σ – discussed status & everything – some he left – he will action to AH – Photo – 8 will set up meeting w/ GTRI – twist-twin – knows Σ |
| | – know to find Twinks – called Σ @ 9:34pm |
| 1/30/10 2:15 3:45 | – Talked w/ 6 – Eunlie & 10 am |
| | – Able to login & twist w/out e-mail |
| | – unable to access Twilk:?? |
| 2/1/10 Mon | – Talke to Σ – still having Apple SAFE Problem |
| c | – Talked to HF → setup 2/12 |
| | – He sent GTRI Meeting? |
| | – Returned Σ – |
| 2/2 7:00 | – Contacted Σ & Flash about Twister expectations w/out |
| AIH | – Just c. want to trade e's Twit about Σ |



MAL- 00889



MAL- 00890



2/15
2:45
JAK

> ~~Taxed~~ Bypassed
> "Comments on Fri. Mtg"
    inside Apple stick - text
    to 5 Dr. named Tanner & G
> Finally got into + wifi ?

AIF   > E did not get ATTACHMENT - PROBLEM
used  > Refresped then read g e-mail
Jim   > Sent - to 5
      > Can't get into route Onst g Property
      > Put System into Stop after cindy's e-mail
      > Returned into "object" & was unable
        to web state debris — shut-down +
        exhibit - speed-panic-grid - Hang up
      > Paused "discount + Flow" - thing
        point
      > Unable to shut-down returdalind or
        can open Power Plant + Close or
        No "Talk Manage." ?
      Total Power Down ?
      > Restarted - all works but
        works.

---

guacamole.com : 443 was can invalid
  security certificate
  unknown issuer certificate

Splunk   Esam: welcome to the Project web

Felix & Hef Dev ©      — NO WORK
        zero

Unix   Copy Paste from Sandman e-mail

        WORKS

2/18 — → Jot this making — wouldn't Yes
Wed.                                    Pw

2/19 → Talked to K in different
Fri      — Comment Pg →

2/26 → withdrawals up of of + Catherman
Fri.

(10/2) → Apt — no show — Pw - Test 2010

→ Defeated Trust @ tree

→ 2

3/5/5 → Eh ?
Fri.

5 3/12 → 26% → Second Meeting at options Pa CO floor

3 3/19 → 26a → Toby with answers, 7hr Jay 7

4/1 → Skip for Tomorrow Telecom
2mm.

→ 30a - 210 fm, Releases 11 3% → Releases 12 = 3hr
Mon.

→ John Fleet jg @ 9 25 > Referral 10am

Fri.         → Rename Password pad ?

→

4/13
Sun.

4/7 → Received 2 emails
Fri.

→ Meeting for Catherman to Pw Password System

→ under tower of detection and ruler citizen & asy

4/28/15
(m. 2L)

> Called Houdini
  www.zoomm.com
  Bluetooth PPE
> 10:15PM telecon @ PE of Asia
  "Act"
> Ret Tel:... on file before Super

5/12  > Called Houdini
        > Mtg 2pts w/ [C.R.#001] @ PM
        > RGM - meeting get - Suite Philadelphia
        > Cell dumped out - Telecon FRI Offshore
          - buy Zoomi - Underlight -

5/13  > 11 video some comm match video comm - 9 Phone M
2pm     > Saw I Dropcam - with S, video comm
        > Android R2, Facys - w/s Tuesday + 6:15 Net spa
        > Received w/in Draft for Dr. John HO - Received
5/14  > 8 w/email To. Form - Guy chapters S Zoom Room
9am     > Concept development for video sat ?

6/23  > Run f? Telecon
phone 12:15 > Telecon 300-yot-4000, 70881, 32885
            > Anterna Bth STicker, (- Friday, web @ Rd
            > Telecom Cards, next week - appoint
                                         54
                                  + I'll see Kathy 4 six

9p - 10p B.A w/ Video System)
2) www.homesecurityforu.com

- CCRTV 24/7   KC-DVR   Keychain Video / watch
  640x480 4GB                    Rusia

$I   - SDR 35 -   Smoke detector order - no records

- Spykit -1 - Sunglass Camera w/ audio
                        1GB memory - motion detect ?
                        - Separate video recorder

3) www.4 hidden spy cameras.com
    - Key Chain Camera   1280 x 960
                 28'         26B w/SD  2¼ 6" x 6"/₂
    TCKEY - DVR    3mm

- JF35 - DVR  KY CC   $200
   640x480 5fps    <2/16GB

Many small detector
air freshier - word 0  C₂ - Hotel Room
4 video - Sandwmate TX = Active cost system ?

>> S.t Activation - Expert Detail Chart
   - Visual - monitor Hotel Room / office
        Order - Remote Etc - on Kenvoie to setup
                   Sent Them

   - Kennto Point in Hotel Car - Pick up one
                              - Looks + Plan

- Portable - Equpment - Get BT Keychain



MAL- 00896

① Brad 404-754-7852

Autumn Batt

S6 -  PM -  video -  Motel
        Plan

⬡ 561 RW 2010 ⬡

Services -

Friday Meeting

Kurt D — conf. for his Radio

6/12ᵗʰ to Atlanta   Robot

31 Autumn Concept

Friday 5/27 - e-mail to Jenn re.

- Bluetooth headset @ iPhone Applic.
- That told manages T.R. headset and
  provide a list hndsd !  PPM
- Autumn Batt - Qued @ Non-foster turn in
  to best assist in motorcross FAXITAF
  Joel Trni's ? Elektroll — Send
  Antennas

6/3 - Telecon of Emerson & Catronon's id ²
- B Catronon will send off to Audio ((via Wizards)
  Sony T-  ehh
- Catronon will fix key Chain's issues
- Send Status of Battery on SA Desant - find out
  what it has due — Cindy overall Status
- Set 2 2ⁿᵈ Ahead Plan
- GPRT on 24 II

6/4 - Check in Stacked Agua - Spinlight's check

6/10 - Completed setups ? concur. & wireless transfer
- Extended call "system" bnf
- "BlueFire" 1ᴴ - product it has should fail
- Clone on network ? send L H + Cap.
                                     F



1/22
Jos.

6/20
used

1) Cleaned up Presentation
2) Focus on Washing → "System" f. SK
   not by Hess
3) Anti-Hugh SW f — Semuel Phone
   — Commercial SW is available but scarce
     → Ordinal Phones - cost intro
4) Anti- Identity Theft — SW Head Scandals
   interest in anything purchasing R
   ____ (is computer subject to any
   be interceptable)
   Commercial SW is available - Cost controls
5) Anodic R get Apple Stock working ??

3) Scopia printed →
   SW for TransmiNA - Randouwer SW Cr-2V200
   on every Memory Stick

5) E-mail — Must we SW T
   topic SK?

G.A.#001

MAL- 00898



1/14 @ GTRL —

→ Plenary → BIZAR AUORORA Fab

→ 500 → 1000 sq foo. top
→ Currently place Clabs → 2cm slab
do chips + poo-top : buried in

Action Item → Get exposure Guides

> Prepared my SA site py —
Stressed "Smoother control" on
control system & sensors

> GTRL → B. Inquire more Adv. S. Prime. — VC

> Whiteboard set-up on Dell PC ?

> Send Brief PPT to GTRL

Action

> Archive   **G.A. #001**

Unit: Amz Tool Interview
— ( too talk cheap/no boot too visit —
RobH: (1) GTRL set Sec. Clearance & Sen
(2) PPP pri works of cell phone
(3) IP # what he worked under
→ (4) Hold from Sensor works

Action: Get spec
( softs



G.A. #008



MAL- 00901



MAL- 00902



8/3: - Fund Tasks - Angler Bookmarks
1 hr.   On this list would [  ] enter
                  Tasks sent email
                  to Sandman —

        - Unable to enter tasks
        - This time is only ever made if X,
          the project dir
        - Unable to find website via Frisbee

8/5:  - no "Capsco" certified → guarantee 2
        - guarantee/accept pays → un-certified 7
        - Saved Erickson
          - enter Congestion
        - Unable to open Task → Congestion
          Wish to sandman → [  ]
            - celerity incongestion 7×13
                        no incongestion
          Error to [  ] partner → Addressed → Error Certificate
                        look for error
        - Medium un-unable to enter Task → didn't get a
          partner of project
                      Cannot quite Frisbee to Reclaim Certified
                      ——— Start Occur ———
                      ——— Return ———



MAL- 00904

● 1/8 Sunday -
12-12
8:15   > Terski - in again - review projects
   > files Reviewed -
      - all extentions Rio
      - small RF catholen Srokets / projRoil
   - NOT S.A work
8/9 Monday -   G.A. #004   703-780-4441
VF   MC: John Smith - interest 2 e-companies - Openano
   - Nautnus
   - Syncaps Wireless
   > Email no work
#2: Cardic - Cleaned e/ Junber & Contract - $14,000 +
   - Sesta Point ?
   - New Contract has no Folder  comment ?
   - Issued Agency Clearance see if Synanic
   VERY sensitive
   - if GT (Jim Makeny) pays the profile
     Not aware of Contract Billing
   > No what -
   Folle to Foster   FREE thunk
   Talk to Jesica ) was
1st Quarter what bill Cardic change to active today
   ?   G.A. #003

---

Vegas Gateway : sw to configure
   Server Can "upon obscurity"

Ventrak z   File mgt - ext back

Wen Dir = "Cabal Messages contact"

WiseXPress : Multi language file
   Mgt.

Abrahiel : World of Worcraft
   exploitation - file ext / mssssage
      monitoring

• 18 Sunday
8-12 → Tariki – on again – review projects
8-05 → Files Reviewed –
– call computers R10
– some RF-cellular, bluetooth, exploit
– NOT SA work
**G.A.#004**   703-760-464
8/9 Monday  #3: Jr Smith – interest 2-comptrs – compute
– Newbies
– Synops Wireless
→ e-mail on GoTo
#2: Austin – Channel or Courier to Contract – old o pve?
– Sith Point #?
– Need contact has no Anchor   or same op
– Issued Agency Clearances – rec'd Spann w
– VERY basic NTK
– if GTC for History? exist = no prob? or there
not slow op or classrt briefing.
→ Spann to comtrs → MAY
– Talk to Codey → ?
– Talk to JSA – MAYBE
1st Quest – what HR/Austin change b after today?
**G.A.#003**

[second set of notes, rotated]

Rogue Finder = MAK OS
Rogue Finder : Cell Phone Hunt
Rogue OS : MAK OES – Security
Security logic – Spectrum File Exempt
Spectrum Sch led :
Rio → Spectrum Smart Phone
e-mail myb
p Source Grab : Now?
Standard Password ?
Scan Dust : UPW Hardware device
Seem Grab : now Requi 301 s
SoftHum "Seashell" to rocket
Smart Phone from Rocky

- 8 Sunday

STaski - in again - review targets

> Files Reviewed -
- all originates R/O
- some RF-CdReferral Sc. obets/actpts
- NOT S/A work

8/9 - Monday - 703-760-4841

1st W.I. Jim Smith - Intrasuit = 2-cases → Cappasaw

- New Chas
- Syn-ops Wireless
- Email in both

2nd Chochi - Changed of Counter "E-Contract - lill ager
- scitor Read it ?
- Has Contract has no Civilize - approved ?
- Issue in Spring Chisinau > Kiev Splash 2
UFP-Crawlers

- If GT (Jim Holmes) pays vidio voltre jobs
not a stand up on Contract billing
> Do what -
- Talk to Orton > MSG J work
- Talk to JSCA > MSG
1st Burst - what FFF Civilie changes effect in say -

**G.A.#004**

**G.A.#003**

---

Slow Network : Disociated User
network

Express Queue : mgt of multiple Qu

Extend J Button : PC Dragon Details
"Triaging"

Off Road Warrior : Service Switched
in Syndrom Size - debt/cheat

Pixel Forest : The Bar Code Stg

Pixel Pepper : Comprasa / Encrypter
File to Crrox Cancons

Restarse
Proactive Diag : SmartRun + lo bile
call Bar Chchn - 24 in the -
detect/report cell frame.

Refu Gee:

• 18 Sunday -
wrote
file  → STark → in again → review projects
→ Files Davidsong -
   - call Onfankui Rio
   - Smith RE-childcare protocols/enroll
   - NOT   SH work   **G.A. #004**   703-760-4644

8/9 Monday   #1: John Smith → Interest ≈ 2 companies → Ozark
   - Newkness
   → Syncops Wireless

   → Email in both
B2: Anchor → Blumed or Lambic & Contract → old ones
   → Setia Point #?
   → New contract has no order → off #?
   → Israeli agency Oberman → VERY specific off mix-use of
   → VERY sensitive
   - If GST (withholding) pays zero within tax
   → Do what → not slow up on contract letting
   → Talk to Barbra   → not J work
   → Talk to Jessica } MISC
1st Questn → what HR / Contract change to affectin pay

**G.A. #003**

---

Freezie : Fiber Project to all
                   - Long Session

Bascilia : Redirected 01 → ext. host
                   w/in Embedded SOL/POS

BetMarc : call diverter

Blackthorned : Peer-less Base Station

Blunt : Debunkersqode/Anodyne &
                   Anodyne

BrianPork : ?? Setup Relay & asthey
                   capabilitis
                      file
Bugatti : B-Lucka Encryption

Chasm : synchrot data capt

Citrus Scorter : Bio source works in
                   Austin Cloud



8/8 Sunday -
10:12 pm
8/15 > Tasks - in acem - review projects

> files Reviewed -
- call contractors Rio
- Sent RD - Cables, Sockets/inspect/install

- NOT S.A. work

**G.A. #004**    703-730-4644

8/9 - Monday

INV #33 - Jim Schiffe - Interests 2. comparison - Comcast?
- Newburn

- Syscaps Wireless

- Email in both

B2: Chadre - Claims & finishes & Contracts - 01 0 02 5

- SCFA Rado INT?
- Now Contracthies no Failure
 - optical?     optical
- Issues during Christmas - 25 J System J
- UDP & Launching

- IF SCFA Making Pays reasons nothing to the
  MAL? sending as contract briefing.
> Do what?
   - Talk to Dota       > FREE? It work
   - talk to JSA    } MAP

**G.A. #003**

1st Emails - what is Cash's changes to office calling?

---

Key Dates / DOJ

[box/X diagram]

Concord & RollC
Exposé Camera
5 ATF B ?
3 Flash Screen

- deleted email "arranging"
   out-of-the-power stored data
        S.A.?

"Anomalous Activity" Tails"
   3 - versions:

importt + reverse-I multiple
   CLC types - without Labels
   data outside marked - Test
        environment
   - totable extracted drives -
                              written
- hike linux use of new ScREEN

8/8/2010

13



MAL- 00910



> Fashed up ≤
> Pushing for Roofing / Hallway
     Done for Seat
           spot machry
Security → ab't responsible → Duties @ Contract reject
           → Most Aggii Entrance → send comment to list
                                      didn't use breaks
           → next step ≤ Tmes Recovery
                2. Plans for backs ccvr.w

effecto → Haines [illegible] TR:10-2:10-2:20  IN 2:05 AT 11:12
     * Avoid 1 callout Glo-81 cvw cbl
     • Connect w. disphase to Spray-in-blaztic
     Anche - do not Escary w/ Channel (4 upgrade)

AL 10:2 Sunday oto 7?
Nick
     • ScottA TVwheels Remark / ES1 number
     • Chase w/ Michele (Ca ≤)
     • Send Ednes CGAI ≤ 00:20
     • Dave discorer ≤ Next Step
     • Add to Agenda: Policies [on-offe]
                   Our Time;              Superrurn
              read Marcus on ≤  Draft 1 Issue
     • VoP phus on Mon!
     • SMesk Fele Contury



Telecon - cont.

- VICONJREVUE.com

VICIT 2  [G.A.#001]>>      Tell Customer
                          to follow

- Cellschimer & fill site
  Commerce Report
- (Experiment cavity to fit anderson - has to fit
  next Telecon - Friday 1/p
  Field = Anderson      Shaw Caci

This week & Techs & of on time (need from & 1300-1500)

9/2 -  Quick review to state - exact Monday/salon
(1h

9/1  - E — Livingston

9/2  - Sent Karm — & 50/50 = attending Roles Media
Menday        rent & 2 rom lbs

6/7  - Talked up Jesse — Need all Discussion

On 50/50 / be complete & course &
Thanksgiving deposit 7/27 / Geraghty bo
[G.A.#001]  KCork V — 6:04PM PKCork = 94 113
          - innerse & e-mail undetter
            will lead to descence & Saturday

9/7       - Talked up Haridar — Telecon Teacher
Friday                                     C10 &
6 1/2 hrs                    nte & Wildwater Rep will Gost
                                  - Worked on Batif, — called Rome & +

MAL- 00912

- Changed 7½ line L Zone

7/2
Sunday
- did Trade/ yesterday
  - still trying to figure low cost
    way to get teflon ATR
10⅔ - 1¾
3 Hrs
- Corrected Polarization & part D
  to wildcard.

- Teachers sunday wildcard - 2 45-...

9/3
mn
- Bught new PC - see RW 2010

4 hrs
- Sat Brief - Required BT Webref figer
- Reread all Files: RE video
- Problem w/videos sync for excel edit work
- Talked w/ E → successfully executed part D in
- Updated Brief Ed prep for CMD
4/pc
3 vc
7-10 et
prog system
- CDHL of Catherine & the Frostridis
- stored Catherine & org am Eng SCADs
- Computer CRASH → speed bar y4
  Mal/wed memmed
  notify wildz prese...
- Closed out ... finished
- Sent File to Zachs swildwvald...
- Done - Sent to - @10 pm

G.A.#004



MAL- 00914



- all set - Point Guy & Roof -
  2ft - toiled A/C
  hrs - Have back up data on new item

8/28 - Japp to work on meeting ZHOT
  - Clean Travel - DeBrief @ house 1 hr
Tuesday
  - Pat & Gilbert
9/30 -
Thur - Pat & Gilbert
2 hrs

10/1 - Tom & Gret
FR - Followed ED DaVary
  - Reviewed Contracts work (CRCM)
  - Met up Tom SLLR & CTRL Table
10/5 me 2hr Reviewed (Cycledogs) (CRcom Zeeks)
10/6
Wed 1hr - Scott 6 hr B/G Checked A-

CTRL Signs Fuel Required Head - Stayed
  1:01 - Today - Check CTRL w/Input - Hands Unit
  - Windon open & CTRL @ Conf Seg
  Check DMT @ Radar Station @ Gtree
  - 4 - What impact AGRC SU  GA.#001 here
  - CRC Conf Seg & mtg Sol

Rapped On Pads



MAL- 00916



1050 - Testing cellphone
Set # -
ink# - ?

N/S +40 - worthy with Jean Raider
1. Tapes Recordings + interviews in April's
2. would be good if it worked - ?2 +A1
   was best w/ special for cables - Phase >>
   mere down load > ?3?
   ~~> Tape dragatt roller do ends~~
   Season points
3. Method seems to constrain Strength - did Rx?
   Privacy|10/49 - 5 Rounds
   (56 to 4a - B comprise keeps room contacted
   score this safety. Police but will have
   Tape >1
   CWPA - All plans Kid/IRS Change connected
   email, (Z- letters)
   W/ Will Song, Email, & Ursa
10pm
   > Wed. Leave pm filishka > Amritas trip
   22 hrs in air. Vic to St Pesh, Vic long
   > Donald E Dyan to Vicarious.com [Sept?]

G.A.#003

MAL- 00917



11/24: > Gmac -> change in 29 #
> PWKH: 540-722-9/33
     call in 205

[Finders:] Go Menu, Select
"Go to Folder"
    Select: /etc

Does basic attachment & drag into
     the "etc directory"
you will see: This item "can't" can not be moved
     Click on "Authenticate button"
you will see: "Movie already exists."
     click on: "Replace"

11/24: Contacted Glenn __ Guidance Reserve
3m         E Wiki part F

     : Video Camera section customer

12/9 > Video Camera
     Prog Gps ? Bud/ with 3G

MAL- 00918



MAL- 00919



MAL- 00920



MAL- 00921



MAL- 00922



Wildwest

https://wildwestel. ??? .us / squirrelmail
Pwi SEE RW 2070

MMIC: Zarren @ wildwestel.org

PGP Pwi   PWI234

Scureci Pw

1/26  > Compiled, Reworked, "FINPREF" tray
WED        unccompiled, sent to CYPHRGE.
MON      > Set to E's C fn cwters.
HRS      > Clearly cut out Short team
4 hrs         Soft. 17

1/27  > Trying to signal to Zakerman address.
         Agrees w/ idea??? -> This Subnet a
         "So Slow" — 5 guys
         > Moved all Eridia PC SUs in Task 60
         > SLUGGER STICK -> ROADGIZERIA.

1/28  > Champ of Giacomull. PW   Cas cleanup ?
         So fa // Puracemale-com       > S ??? ]
         Keep Pwi SEE RW 2070         ] -> Clean PGP
         This a vid Serveo Pw -> Clean PGP    PWI234
             almost abandoned
         @ 3??    OKB Serveo Pwi: Ended TEST Dena?

         > Bond ( Actorum )
         Now ilkwestel.dynalns.org/squirrelmail
         log in email: Zarezanlc wildwestel.com
         use new Pw -> SEE RW 2070
         > Made Huceau — Sent iChat comments ?



11/11 10:00 pm

Police screen e-mail:

We - 1 Rude Dr. Kon - e-mail  New Charge #5
G1883.001.01.24, OTR Code when OUT
3/1/11 > Moved to new Setra access system
Mo. ++ > Couldn't understand on new #'s 22
position
Air > Checked w/Margaret - TAC working - no
comment for Brad

NEW CHARGE #: G1888.02.L.01.24

2/17/11 > Sat > Danny Q  503-422-5674
Problem - couldn't access (w/cell key)

3/6/11 > 2 works with 4 extra R - should work/card
Sat
> called back to find out if it works !
(in)
596 >  Jose  503-976-902 B
Alexander
708.1
Johnny T   7/88-5128

> Retrned 9 e-mails
> Problem and summary given - Cord
> attempt 12 setra entry

WEBMAIL
ACCESS SCHORTCOM

21/11/

2/31 - Called Byrd 18 25 to set
         appointment, sir. to set
         404-257-7852
- Sept 2  finally able to logon to quote
         [Amazon]            password 1234

         Sea MAGOTO

         - Response to Bob Wallace - problem w/server
           but his 2 email listed
         - Sent Thigs to Gabal GTR[-0149 ??
         - will call Bob Wed. 8/30 25
         - Redirect [illegible] 5.61614.com

8/8   - Chat up GTRI        11/14-12 00
9/1/25   Remote Desktop few sessions by GTRI
2/9      - IT - phone Bob - need fix some Co site email
Open
1/10
9/10   > CYBA > windows - CIPHER    virtual Data
Bob      > windows to install path, Please Connect
9/11     > Back Online       - will call Vice
3/14     > TT'lled up         > Zak April RRA Review in CWMD
                              > Send info to CYPHER e Data
G.A.#004                      > Set CYPHER to GTRI



MAL- 00926



3/28 > Elder Care Saving networks!
- Voice Touché - Comic, Low Power
- TILRX - Screen Removal
- What it's for...how to do decry/post?
- Cameras/Sensors/network/Biometric/Camera - API
- Camera embedded - world - de/cell
- Micro HD Camera - Lower Price/LE cam/sensor/sensors
  - LE Ktrl
  - Personal High-Grade Micro Eyes
  Spy Exchange & Security Center

CEB - CH. LE'D ID  Exit Bad Camera

4/1  2:26 Chief
24hrs  > Disclosed Glitch - they will need the seal to
                 the / will comment & seal & COMSEC
       > Should video on a zoom Auxiliary ID & elect.
       > Best 2D - 2D Camera & Grid & Virus Field & Map
             - CH5 & PROXY              - Decide to take
             - They are slow but Allowing
       > Potential Glitch Friday 4/1? - Find Not Hurt

IA = Inductive does but - SPEAR / PHISH ⟶ Breach
FIRE - PPP = Resumed Repeat Palette - ⟶ also Full
        PSF - Resumed Spear Palette - ⟶ also Full
        AR - Augmented Reality ⟶ as feature



MAL- 00928



4/27: 1) Iridium bar = GPS Locator

5/5: > Still unable to connect to Race unit
- Access to STRLI: Password 1654
- Access to Burt: Station off
> Sent FLYER on e-mail for help!

5/6 > Can't talk up FLASH to
Race PRO — NOT WORKING
> Work it from STRLI
> how will Burt deal after
contacts search thru

> Cyper: 571-230-7557
FLASH: Avo-322-705 841-5292
James Keller@barrkisser.com

> will Burt to ORLG: DW: Hu
> FLASH > Station Run @ 7011 =?
> Security DT Gaw: Aaron
> Work Race Pro / System Bar / ? They Apar



TWC →
5/10  > Reset PW>
2 HR
Steve Mann 227
→ access to email (Turki)
> 1 system & new PW
Password 8 234

Flash will email b's ext.
— I will copy & physically pass to
> Run talk w/ FLASH
> Password to SPIDs
8/27  //projectsjohn@gmail.com
final code + key
PHOEBE: User - Lihua, password - Pine Elm 7120411
— Taryn - victor cut 2 streams 1x2
8/9 : TWR - 2 all media?

MAL- 00930



MAL- 00931







MAL- 00934





MAL- 00936



MAL- 00937



MAL- 00938



MAL- 00939



MAL- 00940







G.A. #002



MAL- 00944



MAL- 00945



G.A.#007

MAL- 00946



MAL- 00947



MAL- 00948



MAL- 00949



MAL- 00950



MAL- 00951

- 7/16 ⊃ Wrote TPG Report ∘ Sent to Buff ∘ 7/16...

- 7/17 → Downloaded TPG Report - Building
  - w/Nathan Vales?
  - HotChocdef?

- 5/14 - gmm: / 15 Jenna or Klemm? [Initiation]
  - Check →   Plot    462 / 292 Subs
                        Subs (12 → Subs 71    11230  7
  - EP's from Vals $ File   Sent netpwd ?

7/11/2 - CASTREBRIVLY SCOOTR's"

- www.llocaltanai@bla.cam   31-211 Bearcat Locates
  w/ w@glam communitorig
- www.Tech.pro-2330nal.cam   SIM Crd / Gps
- www.SHUDD.com (Paka Glas)   Cell Tracer
  - www.dal @ bebe.com   Gray Locate
  - www.dal @ bebe.com — Chan-9 GIS Tracer
SEARCH: PLICKP cash-Chan-9 GIS Tracer
  FPP:   www.Bluevia.com   PAPEX: £ 4199

FPP: TRACKER: www.C@Hellashin.com   ( Ezz 2003 )  Printed
  8 CAPe: PL: Subs: 1870 -                        Printed
  "OCStree CONTEX Partnership"   Tracking
                                 - Request Stas
  - Lock at their City
                               - Specify area to
  Check D   MALTA √ relocate to   application
    - Lock → "OTT Computer Production Ltd"



MAL- 00953



MAL- 00954



MAL- 00956



MAL- 00957

