# EXHIBIT B

From: **G.A.#002**
Subject: RE: Meeting on the 13th
Date: August 22, 2011 at 2:17 PM
To: Jim.Maloney@gtri.gatech.edu
Cc: Brad.Baker@gtri.gatech.edu, **G.A.#003**

Has anyone connected the Motorola Xoom and tried the WiFi hot spot? Not I, it's a bit expensive but would love to try it. If DaveJ is not using an Android Tablet maybe you should provide him with one fully connected. I'll check with **G.A.#004** on what **G.A.#001** is currently using.

From: **G.A.#001**
Sent: Saturday, August 20, 2011 8:58 PM
To: Jim.Maloney@gtri.gatech.edu
Cc: **G.A.#004** ; Brad.Baker@gtri.gatech.edu; **G.A.#003** ; **G.A.#002**
Subject: Re: Meeting on the 13th

Jim,

My Verizon MiFi that I got from you guys has failed (battery charge connector hardware failure). I will bring it down.

Have you had a chance to evaluate the 4G MiFi's from Verizon? What about any other 3G or 4G modems?

Thanks, **G.A.#001**


On 8/17/2011 9:09 AM, Jim.Maloney@gtri.gatech.edu<mailto:Jim.Maloney@gtri.gatech.edu> wrote:
Excellent

Sent from my iPhone

On Aug 17, 2011, at 8:43 AM, **G.A.#001** wrote:

Hey, can we plan for Tue 9/13? Start time could be in the AM, I think I will fly in that morning.

Thanks, **G.A.#001**


On 8/16/2011 10:05 AM, **G.A.#004** wrote:
Dave,
    In case you hadn't heard the same from Jim. Either let me know or you could call Jim directly. **G.A.#004**

From: Brad.Baker@gtri.gatech.edu<mailto:Brad.Baker@gtri.gatech.edu>
[mailto:Brad.Baker@gtri.gatech.edu]
Sent: Monday, August 15, 2011 5:38 PM
To: <mailto:Jim.Maloney@gtri.gatech.edu>
Jim.Maloney@gtri.gatech.edu<mailto:Jim.Maloney@gtri.gatech.edu>;
**G.A.#003**                                    **G.A.#002**
Subject: Meeting on the 13th

All

All,

The best date for a meeting on Jim's schedule for the week of the 12th is Tuesday the 13th of September. G.A.#004 can you check if that day is good?  Jim also wanted to point out that the Braves play at home on Monday, Tues, Wed, and Fri that week.

From: **G.A.#002**
Subject: Next Week Meeting
Date: February 16, 2007 at 9:34 PM
To: Cofer, Jim Jim.Cofer@gtri.gatech.edu, Maloney, Jim G. Jim.Maloney@gtri.gatech.edu
Cc: **G.A.#003**

Jim

Per our discussion today **G.A.#003** and I would like to visit next week.  How about Thursday afternoon, your choice; I believe Wed, Thur or Fri are all fine but we can work around anything.  Meet at the barbeque for lunch at 11:00 and then have our meeting starting at 12:00.  Meeting objective is to agree on the next steps, talk about personnel and near term objectives and prepare for a meeting with **G.A.#001** sometime between 26 Feb and 9 Mar.  I need some tentative dates for **G.A.#001** soon so he can plan his trips -- sooner is better for **G.A.#001** but not 1 Mar.

The contract will be funded ($279K} soon, CO has agreed,  and there will be some security changes.  We will have a draft SOW to discuss next Thur, a proposed plan of activities for the near term and hopefully leave some hardware with you.

.Regards  **G.A.#002**

From: **G.A.#002**
Subject: Video Telecom ???
Date: June 1, 2009 at 2:17 PM
To: Maloney, Jim G. Jim.Maloney@gtri.gatech.edu, Baker, Brad N. Brad.Baker@gtri.gatech.edu, **G.A.#003**

Jim

Looks like I got Catwomans e-mail wrong the first time.

How about a video telecom later this week?   Thur or Friday at your conveniance.  I had a chat with Jesse James on the last meeting and am wondering how the Assistant work is progressing.

Question -- do you have the latest data on the WiSpry MEMs??  Looks like it is all dated 03/16/2009.  I got it from Jim Smith last week.

If all goes well they may let me start walking next week!!!

Regards  **G.A.#002**

From: **G.A.#002**
Subject: GainSpan
Date: October 11, 2009 at 8:44 PM
To: **G.A.#001**
Cc: Maloney, Jim G. Jim.Maloney@gtri.gatech.edu, **G.A.#003**

**G.A.#001**

FYI, I made contact with Jim Smith and asked about GainSpan. He put me in touch with Jay Emmanuel the Program Manager for the GainSpan work. Jay said Catwoman (or anyone else Houdini would send) could attend an Oct meeting on the GainSpan software. He also stated that there was a mid Nov. meeting planned on strategic issues with their product and suggested we attend. ██ & ███████ will be attending. Houdini will be calling Jay this week to manage the relationship. I have no idea what ███ is doing. If it looks like there will be any conflict please let me know.

I don't think it is necessary but if you see Jim Smith please remind him that you are supporting the effort.

Sorry I missed the last meeting but I am still a pretty slow mover.

Regards **G.A.002**

From: **G.A.#002**
Subject: RE: Commercial Solution
Date: November 30, 2009 at 7:57 PM
To: **G.A.#003**
Cc: , Baker, Brad N. Brad.Baker@gtri.gatech.edu, Maloney, Jim G.
Jim.Maloney@gtri.gatech.edu, **G.A.#004**

I love it -- we should buy one! and see whats interesting.  Could we get the license Plate Reader working on this platform.  Ultimately we build our own platform with better optics and more processing power.

Here is something for monitoring remote sites like motel rooms.  Just make it smaller and a bit more controllable.  Buy one of these also!

http://elganmedia.us1.list-manage.com/track/click?u=38b5dc26a4d87952a5ca1675f&id=f709b13d03&e=417edf9fba

**From: G.A.#003**
**Sent:** Saturday, November 28, 2009 4:17 PM
**To: G.A.#002**
**Cc:** , brad.baker; Jim. Maloney; **G.A.#004**
**Subject:** Commercial Solution

**G.A.#002**

If one waits long enough, the commercial market will solve ALL our problems.  Take a look at this.
**G.A.#003**

http://www.itworld.com/mobile-amp-wireless/86299/car-cam-black-box-records-video-forward-and-back

MAL- 00830

From: **G.A.#002**
Subject: Buy Something
Date: May 14, 2010 at 3:43 PM
To: Maloney, Jim G.  Jim.Maloney@gtri.gatech.edu
Cc: **G.A.#003**      Baker, Brad N.  Brad.Baker@gtri.gatech.edu

This looks like an interesting application.

http://www.informationweek.com/news/mobility/security/showArticle.jhtml?
articleID=224700437&cid=nl_IW_daily_2010-05-04_h

Jim

How about buying a few of these Zoom "Wireless Leashes". If they work give one to DaveJ when you go up there. www.zomm.com

Also, get a few of these www.dropcam.com. Monitor your motel room using WiFi or the iPhone app.    Both are not perfect but it is a start at video surveillance monitoring.   Another video one that looks interesting is http://vuezone.com

How about a video telecom sometime next week?  Late afternoon.  I am going nuts.  Two weeks to go before I can put all my weight on the new hip.

**G.A.#002**

From: **G.A.#002**
Subject: iCHAT ??
Date: June 2, 2010 at 11:52 AM
To: Maloney, Jim G. Jim.Maloney@gtri.gatech.edu
Cc: Kiesel, Greg Gregory.Kiesel@gtri.gatech.edu, **G.A.#003**   Baker, Brad N. Brad.Baker@gtri.gatech.edu

How about an iCHAT or telecom tomorrow or Friday morning???

MAL- 00834

From: **G.A.#002**
Subject: Sensecam
Date: July 26, 2010 at 1:31 PM
To: Jim.Maloney@gtri.gatech.edu
Cc: brad.baker@gtri.gatech.edu, **G.A.#003**

What do you think of the Sensecam developed by Microsoft and sold by the British Company Vicon -- http://www.viconrevue.com/

Sure looks to me that it has many features we want and it's a well developed system.  I believe we should buy a couple and try them out.

I am up on ▮▮▮▮'s web site and will be reviewing the projects tonight..

Comments

**From:** `G.A.#002`
**Subject:** RE: Telecon on Tuesday 01/25/11
**Date:** January 22, 2011 at 11:48 AM
**To:** Brad.Baker@gtri.gatech.edu, Jim.Maloney@gtri.gatech.edu, `G.A.#003`

OK I'll be there.

Brad – how about sending me the DropCam surveillance camera you have.

`G.A.#003` – take a look at www.iTwin.com

**From:** Brad.Baker@gtri.gatech.edu [mailto:Brad.Baker@gtri.gatech.edu]
**Sent:** Friday, January 21, 2011 4:42 PM
**To:** Jim.Maloney@gtri.gatech.edu; `G.A.#002` ; `G.A.#003`
**Subject:** Telecon on Tuesday 01/25/11

Hey guys, this week got away, but Tom proposed we get together to ichat on Tuesday 1/25 at 10am.  If that is acceptable to everyone – good, otherwise we can work out another time/date.  █ I also owe you the logon procedure, I will write it up in a separate email.   Hope everyone has a good weekend, talk to you all on Tuesday.  -brad

From: **G.A.#002**
Subject: Anyone Out There?
Date: March 21, 2011 at 11:23 AM
To: Jim.Maloney@gtri.gatech.edu, **G.A.#003**   brad.baker@gtri.gatech.edu

All  I sent some briefing slides to everyone on wildweasel.com two weeks ago and have heard
nothing back.  Seems like we better get together and discuss how to deal with CYPHER as
Daffy's 'gp to man".  Tarzan

From: **G.A.#002**
Subject: Meeting Friday 22 April
Date: April 19, 2011 at 2:04 PM
To: brad.baker@gtri.gatech.edu, **G.A.#004**     Jim.Maloney@gtri.gatech.edu

JIm

I know you are traveling but I just tried anyway to contact Brad to find out if we are still planning on a Friday meeting at your place.  I assume he is with you.   If we all can make a 1:00PM meeting Friday I don't see the need for an iCHAT.  If not then, when?  Just let us know.

Here are a couple of articles on Android.  Question for us is still how do we play into Android software?  Certainly our customer has all the access it needs if it is aggressive enough to go after it.  I think our nitch is in apps that interface to sensors and any new ideas in controlling the image our app presents to the 'outside'.

I suggest you buy a few Motorola Xoom tablets and lets see what we can do -- I do believe they were selling last week at Atlanta Costco for $565.  If you agree can we get them Friday?

Open question --  where do we find Android SW expertise in GTRI, i.e. access to some of the basic code (remember I am not SW knowledgeable) ???


See these articles for a different views of Android.  Seems like the more 'Wild West' it is the better for us as long as there are many users out there.

http://www.darkreading.com/blog/229401730/android-unsafe-at-any-price.html?
cid=nl_DR_daily_2011-04-18_html

http://www.eetimes.com/electronics-news/4215205/Intel-should-follow-Wind-River-into-Android?
cid=NL_EETimesDaily

From: **G.A.#002**
Subject: RE: Wearable cameras
Date: June 3, 2011 at 4:13 PM
To: **G.A.#003**   Maloney Jim.Maloney@gtri.gatech.edu
Cc: brad.baker brad.baker@gtri.gatech.edu, **G.A.#004**

Love it!!   Its becoming more popular.   I like the i-Kam Extreme.  Take a look at it at:

http://www.hunterspec.com/updateable/update_display.cfm?pageID=2603&categoryID=8

and a video at http://www.hsindustries.com/indexVideoFlashPro.cfm?
vidFile=IKAM_XTREME2.flv&vidWidth=480&vidHeight=360

From: **G.A.#003**
Sent: Friday, June 03, 2011 9:13 AM
To: **G.A.#002**   Jim. Maloney
Cc: brad.baker;  **G.A.#004**
Subject: Wearable cameras

Guys,
Here is some data on wearable cameras.
**G.A.#003**

These little cameras are generally small, compact, and rugged to some extend to survive the
rough and tumble outdoors. Not all of them are water resistant and some have to be inside a
housing to be impact resistant. No matter what you are a fan of be it car racing, surfing, or sky
diving there is a camera that will be perfect for you.

Most of these camcorders lack an LCD. That means you won't be able to view what you
recorded without a computer nearby. Most of them are also powered by rechargeable batteries.
Some of the cameras will ship with lots of mounts and others come with the camera alone. So
be sure you get the mounts you need for your application. Read on for my list of the top five
wearable camcorders.

1. GoPro HD motorsports Hero<https://www.amazon.com/dp/B002VA57XC/ref=as_li_ss_til?
tag=i4ufututechne-
20&camp=213381&creative=390973&linkCode=as4&creativeASIN=B002VA57XC&adid=1E0JX
ZFRRZSX0YYYKJZ8&> - If you are into racing or any sort in a vehicle or on a motorcycle the
GoPro is for you. This camera comes with all sorts of mounts, can connect to a helmet, and has
a suction cup for mounting to a car. The suction cup is strong enough to keep the camera in
place at high speeds and with lots of vibration. The camera is also waterproof when inside its
little plastic case. This camera has so many mount options you will find the best for your needs.
The camera sells for $299.99. This camera does 1080p HD resolution recording.

2. Veho Micro DV Muvi Camcorder<https://www.amazon.com/dp/B002VA57XC/ref=as_li_ss_til?
tag=i4ufututechne-
20&camp=213381&creative=390973&linkCode=as4&creativeASIN=B002VA57XC&adid=1E0JX
ZFRRZSX0YYYKJZ8&> - This tiny little wearable camcorder is offered with a mount kit that lets
you wear it wherever. It had a lower resolution of 2MP but it needs no case to be rugged. The
camera records to microSD cards and has a rechargeable battery inside. The camera alone
costs about $60.

3. ContourHD Camcorder<https://www.amazon.com/dp/B002QGSYZ4/ref=as_li_ss_til?
tag=i4ufututechne-
20&camp=213381&creative=390973&linkCode=as4&creativeASIN=B002QGSYZ4&adid=1A17
09XD7Q7HVBB06EN3&> - This is a camcorder that is designed to be rugged without needing a
case of any sort. The camera is larger than the GoPro and records 1080p HD resolution video.
It has a 5MP image sensor and an internal microphone. The battery is removable and is good
for up to four hours of recording. The body of the camera is aluminum and fiberglass and is
water resistant. A number of mounts are available for putting the camera on whatever you want
to mount to. Video is recorded to microSD cards. This version of the camera sells for about
$250.

4. Midland XTC100VPS SD Extreme Action
Camcorder<https://www.amazon.com/dp/B003DNSIOQ/ref=as_li_ss_til?tag=i4ufututechne-
20&camp=213381&creative=390973&linkCode=as4&creativeASIN=B003DNSIOQ&adid=0JCR
E3G9MEZR7NZPKMZC&> - This is a very strange looking little camcorder that records in 640 x
480 resolution. It records to SD cards and includes helmet mounts and Velcro pads to mount
the camera to other surfaces. It has a 140-degree wide-angle lens and a rechargeable battery
inside. The camera sells for under $75.

5. Drift Innovation HD170 Stealth Action
Camera<https://www.amazon.com/dp/B004L5AF4Q/ref=as_li_ss_til?tag=i4ufututechne-
20&camp=213381&creative=390973&linkCode=as4&creativeASIN=B004L5AF4Q&adid=1EAY
G5029HS2YSF01QN6&> - This is an interesting camera that has a remote button that can stop
and start the recording. The camera has an LCD integrated, which is something none of the
others on this list has. It can record 720p and 1080p video with a 170-degree wide-angle lens. It
has a night mode and 4x digital zoom as well. It can also shoot 60fps for slow motion video. The
remote is cool because it will allow you to turn the camera on if it is mounted in a place where
you can't easily reach it. This camera sells for about $350.

From: **G.A.#002**
Subject: RE: Fish Eye Lens
Date: August 1, 2011 at 2:43 PM
To: **G.A.#003**   **G.A.#004**
Cc: brad.baker brad.baker@gtri.gatech.edu, Jim. Maloney Jim.Maloney@gtri.gatech.edu

Another just like the Kogeto Dot info I sent a while back:  www.kogeto.com  $100. CYPHER continues to wait for info on our projects -- when??

From: **G.A.#003**
Sent: Sunday, July 31, 2011 2:56 PM
To: **G.A.#002**   ; **G.A.#004**
Cc: brad.baker; Jim. Maloney
Subject: Fish Eye Lens

Guys,
This may be of some interest.

Pixeet seems to be a neat little accessory and app kit for the iPhone that makes taking 360 panorama shots really easy. Pixeet consists of an iPhone case, a miniature fish eye camera lens and a free app.

The lens can capture 180-degree panoramas in one shot, or you can take four shots with your camera and then the software creates a 360 degree panorama which you can publish instantly on any media or upload to a free Pixeet account. The app (software) offers a full 360 degree panorama.  Pixeet promises that BlackBerry and Android versions are "coming soon".

**G.A.#003**

Although the web site says $49.90, there is a $15 shipping and handling fee, so the cost is $64.90 and payment must be through PayPal.

http://www.pixeet.com/mount-fisheye-lens

http://www.pixeet.com/fisheye-lens

From: G.A.#002
Subject: Suggestion
Date: June 3, 2011 at 4:43 PM
To: Jim.Maloney@gtri.gatech.edu, brad.baker@gtri.gatech.edu, G.A.#003
G.A.#004

Why don't we use the Wildweasel email for new ideas and comments on technologies and projects?? That would keep us off these other systems and everything related is there in one place. Set your cellphone for Wildweasel access and you should be notified when emails arrive.    I am trying to get some of our real customers to use Wildweasel.

G.A.#003 -- we can create topic folders -- this is the modern version of your TechBits (think that is what you called it)!!!

G.A.#004 -- what email address is Daffy using these days?

SEE WILDWEASEL

From: G.A.#002
Subject: See EMAIL
Date: June 17, 2011 at 7:28 PM
To: Jim.Maloney@gtri.gatech.edu, brad.baker@gtri.gatech.edu, G.A.#003

I posted an email on wildweasel -- comments??

MAL- 00843

From: **G.A.#002**
Subject: Slides
Date: April 13, 2012 at 1:10 PM
To: Jim.Maloney@gtri.gatech.edu, **G.A.#003**   brad.baker@gtri.gatech.edu

C   Please send me your slides on SA, not the antenna stuff, to guac.  I'll make some comments and get them back to you by Monday.  We should get them to S before his meetings next week.  He won't use them but they will help him solidify his thoughts.

I thought the meetings went well.  They are easy to work with and obviously offer a lot of customized manufacturing capability for your antenna systems and an insight into the basic requirements.  They also have a couple of very bright antenna people, I assume they are still there given the destruction of their corporate research capability, that you should develop a relationship with.  **G.A.#002**

MAL- 00844

From: **G.A.#002**
Subject: What's Up??
Date: December 3, 2012 at 12:18 PM
To: Maloney, Jim G. Jim.Maloney@gtri.gatech.edu, Baker, Brad N. Brad.Baker@gtri.gatech.edu, Darryl@wdwrightstudios.com
Cc: **G.A.#003**

All:   I talked with Jesse James a few week ago and he said the late November meeting out west was to be canceled -- looks like he was right.  He also stated there will be one at their place in NVA in early Dec. -- again all on radios and antennas.  I don't know what is happening -- anyone heard anything?  If that Dec. meeting happens, does GTRI have anything to give them on the SA efforts.  What was purchased and evaluated?  Is there anything there to start trying out in the real world?  When Jesse and I talked about how to insert our SA ideas, the conclusion was along Jim Maloney's concept of providing simple capability concept briefs with functionally capable hardware that the customer can use and evaluate value and not deals with the special issues.  I have to admit the automobile industry efforts on smart cars that drive themselves and DARPA work on SA are impressive.  The WSJ today discussed Volvo's effort to drive your car for you in 35 mph or less situations -- talk about real SA awareness!

Regards **G.A.#002**

CONFIDENTIALITY NOTICE (v1.0): This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential or privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender and destroy all copies and the original message.

MAL- 00845

From: ████ G.A.#002 ████
Subject: RE: Keeping Track of "things"
Date: February 16, 2013 at 11:01 AM
To: ████ G.A.#003 ████   Jim. Maloney Jim.Maloney@gtri.gatech.edu
Cc: brad.baker brad.baker@gtri.gatech.edu, ████ G.A.#004 ████

Available in March for $25 -- should buy a few.

From: ████ G.A.#003 ████
Sent: Friday, February 15, 2013 4:45 PM
To: Jim. Maloney; ████ G.A.#002 ████
Cc: brad.baker; ████ G.A.#004 ████
Subject: Keeping Track of "things"

Guys,
Another potentially useful gadget.
████ G.A.#003 ████

http://www.smartplanet.com/blog/bulletin/never-lose-your-keys-again/12895?
tag=nl.e540&s_cid=e540&ttag=e540
CONFIDENTIALITY NOTICE (v1.0): This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain proprietary, confidential or privileged
information or otherwise be protected by law. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please notify the sender and
destroy all copies and the original message.

From: **G.A.002**
Subject: Encryption
Date: May 11, 2013 at 6:52 PM
To: **G.A.003**                        , Jim.Maloney@gtri.gatech.edu

**G.A.003** , Jim   Is there an easy way for us to encrypt the text of our emails.  I would like to discuss what problems we are trying to solve, then attack the technologies in context but I struggle with explaining the problems we are trying to solve.  Any ideas? **G.A.002**

CONFIDENTIALITY NOTICE (v1.0): This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential or privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender and destroy all copies and the original message.

From: **G.A.#002**
Subject: FW: Thoughts
Date: June 5, 2013 at 1:11 PM
To: walter.wright@gtri.gatech.com
Cc: Jim.Maloney@gtri.gatech.edu, brad.baker@gtri.gatech.edu, **G.A.#003**

Darryl   As you put together a plan for integrating the SA ideas we discussed last week consider including a Car Camera (http://www.carcamcentral.com/) as well as a body worn camera.  Ed's email shows their growing popularity.  I have not seen many but I do see a lot of car GPS units where we could put a video camera.  **G.A.#002**

From: **G.A.#003**
Sent: Tuesday, June 04, 2013 4:24 PM
To: **G.A.#002**
Cc: **G.A.#004**
Subject: Thoughts

**G.A.#002**
As we discussed, if you Google "Russia dash cam" you will get lots of hits mainly displaying the videos so produced.  Here is one link that also tries to explain why over 1 million Russians have installed Dash Cams. Don't know about the rest of the world, but I'll see what I can find out.

http://mashable.com/2013/02/15/why-russians-have-dash-cams-caught-meteor/

Here is another link to a serious discussion of the implications of wearable computers and their accessories.

http://www.zdnet.com/google-glass-is-just-the-beginning-invisible-cameras-and-the-privacy-headaches-of-tomorrow-7000016317/?s_cid=e539&ttag=e539

**G.A.#003**
CONFIDENTIALITY NOTICE (v1.0): This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential or privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender and destroy all copies and the original message.

From: **Wright, Walter D.** Walter.Wright@gtri.gatech.edu
Subject: Re: iCHAT?
Date: June 15, 2013 at 5:48 PM
To: Maloney, Jim G. Jim.Maloney@gtri.gatech.edu
Cc: Westafer, Ryan S. Ryan.Westafer@gtri.gatech.edu, Baker, Brad N. Brad.Baker@gtri.gatech.edu

I'm at Walmart and couldn't find those tags he mentioned. Checked electronics and auto/hardware as well.

W. Darryl Wright
Sent from my iPhone

On Jun 15, 2013, at 11:18 AM, **G.A.#002** wrote:

Great, how about 11:00 AM Wednesday the 19th. Here is another PPP Tag System: www ifisystems.com I like their concept of "Safe Zones". Read the "Latest News" on the web site. Buy it at Wal-Mart.

**G.A.#002**

From: Wright, Walter D. [Walter.Wright@gtri.gatech.edu]
Sent: Thursday, June 13, 2013 12:45 PM
To: **G.A.#002**
Cc: Maloney, Jim G.; Westafer, Ryan S.; **G.A.#003** ; Baker, Brad N.
Subject: Re: iCHAT?

Hey **G.A.#002**

We've gotten a good outline together I believe. What about, say, next Wednesday sometime? Would that work for you? Then we should be able to finish the concepts/white papers by next Friday. We are looking at PPP, PSP, PAA, and perhaps the concept of the "dual personality" apps (based on whether or not they are plugged in) which also leads to the concept of loading necessary apps from the charger itself in the comfyness of your hotel room.

In the meantime, I'll be taking a look at the links you sent over. Thanks!

W. Darryl Wright
Research Engineer
GTRI // Advanced Concepts Laboratory
Walter.Wright@gtri.gatech.edu<mailto:Walter.Wright@gtri.gatech.edu>

404.407.7795

On Jun 13, 2013, at 12:33 PM, **G.A.#002** wrote:

Darryl Hope you are making some progress in putting together an overall concept for Situational Awareness based upon our last discussions. Would it help to have an iCHAT meeting soon where you can get some feedback?

FYI: Here is an example of the new imaging concepts that are finding there way into cars. www mobileye com <http://www.mobileye.com>   I am amazed at what it can do and it's

404.407.7795

On Jun 15, 2013, at 11:18 AM, **G.A.#002** ████████████████████ wrote:

Great, how about 11:00 AM Wednesday the 19th.  Here is another PPP Tag System:  www
ifisystems.com<http://ifisystems.com>   I like their concept of "Safe Zones".  Read the "Latest
News" on the web site.  Buy it at Wal-Mart.

**G.A.#002**

From: Wright, Walter D.
[Walter.Wright@gtri.gatech.edu<mailto:Walter.Wright@gtri.gatech.edu>]
Sent: Thursday, June 13, 2013 12:45 PM
To: Gebbie, Thomas
Cc: Maloney, Jim G.; Westafer, Ryan S.; **G.A.#003**
████████████████████████; Baker, Brad N.
Subject: Re: iCHAT?

Hey **G.A.#002**

We've gotten a good outline together I believe.  What about, say, next Wednesday sometime?
 Would that work for you?  Then we should be able to finish the concepts/white papers by next
Friday.  We are looking at PPP, PSP, PAA, and perhaps the concept of the "dual personality"
apps (based on whether or not they are plugged in) which also leads to the concept of loading
necessary apps from the charger itself in the comfyness of your hotel room.

In the meantime, I'll be taking a look at the links you sent over.  Thanks!

W. Darryl Wright
Research Engineer
GTRI  //  Advanced Concepts Laboratory
Walter.Wright@gtri.gatech.edu<mailto:Walter.Wright@gtri.gatech.edu>
<mailto:Walter.Wright@gtri.gatech.edu>

404.407.7795

On Jun 13, 2013, at 12:33 PM, **G.A.#002** ████████████████████████
wrote:

Darryl   Hope you are making some progress in putting together an overall concept for
Situational Awareness based upon our last discussions.  Would it help to have an iCHAT
meeting soon where you can get some feedback?

FYI:  Here is an example of the new imaging concepts that are finding there way into cars.
 www.mobileye.com<http://www.mobileye.com><http://www.mobileye.com>   I am amazed
at what it can do and it's connectivity to a cellphone.

Take a look at www.augmentedworldexpo.com<http://www.augmentedworldexpo.com>
<http://www.augmentedworldexpo.com>  The list of sponsoring companies is interesting

~~http://www.augmentedworldexpo.com~~   The list of sponsoring companies is interesting.

Also, OrCam looks interesting where the user interacts with the AR system directing it to do/look at something.   www.orcam.com<http://www.orcam.com><http://www.orcam.com>

**G.A.#002**

CONFIDENTIALITY NOTICE (v1.0): This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential or privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender and destroy all copies and the original message.

CONFIDENTIALITY NOTICE (v1.0): This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential or privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender and destroy all copies and the original message.

CONFIDENTIALITY NOTICE (v1.0): This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential or privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender and destroy all copies and the original message.

   

Personal Proper...1.docx    adapter_apps_wdw_1.docx    Personal Awaren...1.docx    Personal_Space_Prote...1.docx

MAL- 00851

From: **Wright, Walter D.** Walter.Wright@gtri.gatech.edu
Subject: Re: iCHAT?
Date: June 19, 2013 at 10:47 AM
To: [redacted G.A.#002] , [redacted G.A.#003]
Cc: Baker, Brad N. Brad.Baker@gtri.gatech.edu, Maloney, Jim G. Jim.Maloney@gtri.gatech.edu, Westafer, Ryan S.
Ryan.Westafer@gtri.gatech.edu

Brad mentioned that the server he set up the chat on (Wld Weasel?) doesn't exist anymore. He
mentioned that "guacamole" might work.

I'm thinking though we could just call if that's OK. I can call you and then conference in Ed.
Would that work?

Here are the papers.....



W. Darryl Wright
Research Engineer
GTRI // Advanced Concepts Laboratory
Walter.Wright@gtri.gatech.edu

404.407.7795


On Jun 19, 2013, at 10:24 AM, [redacted G.A.002] >
wrote:

Darryl  I left a message on your phone. I am here trying to remember how we did these
iChats! Brad always set it up. If that does not work can you set up a conference call with
[redacted G.A.003] ??

From: Wright, Walter D. [Walter.Wright@gtri.gatech.edu]
Sent: Tuesday, June 18, 2013 12:01 PM
To: [redacted G.A.002]
Subject: Re: iCHAT?

Hey [redacted G.A.002]

I hope you had a good weekend (and Father's Day).

How did you want to do the meeting tomorrow? I know you mentioned iChat, but were you
talking about FaceTime via our Macs/i-Devices or something else?

Thanks,

W. Darryl Wright
Research Engineer
GTRI // Advanced Concepts Laboratory
Walter.Wright@gtri.gatech.edu<mailto:Walter.Wright@gtri.gatech.edu>