# EXHIBIT C

2/19/2007

# ROAD WARRIOR
## Program Plan

### Initial Efforts to Exploit COTS Technology for SMO & SVO

DRAFT

Version 02-08-2007

# Program Objectives

- The **ROAD WARRIOR** program will develop and field at least three prototype mobile offices for use by traveling business personnel (the "road warrior")

- The mobile offices will be enabled by non-alerting creative combinations and modifications of emerging commercial products, software, and services

# Solution Space

- **SMO – Secure Mobile Office**
  - Laptop PC with typical traveling business applications/data
  - Full disk and file encryption protects all data on PC (Gool't Approved Encrypt)
  - Encryption application is enhanced to government standards

- **SVO – Secure Virtual Office**
  - Laptop PC with typical personal and/or business applications/data
  - No special applications or data are stored on the PC
    - Special applications & data are stored encrypted on other personal electronic devices (online storage possible)
    - CC personal communication links provided
    - Proprietary communication links available

- **SVO+ --- Non-laptop PC based Secure Virtual Office**
  - Hosted on commercial communications, gaming, music and imaging products
  - Online storage of special applications & data

= functionality important
= can ship anywhere later

# Program Tasks

- **Task 1: Work with the Sponsor to determine requirements and establish product performance specifications**
  - Secure Mobile Office (SMO) & Secure Virtual Office (SVO & SVO+) products in various current configurations with future enhancements

- **Task 2: Acquire commercial technologies & products, assemble prototype and validate performance**
  - Subtask A: SMO and/or SVO Prototypes
    - Perform surveys of applicable commercial technologies and products
    - Purchase commercial technologies identified by the Sponsor
    - Understand and reverse engineer equipment operation (as needed) to enable the addition of special software/firmware to meet the system performance established in Task 1. Assemble operational system prototypes in configurations selected by Sponsor
    - 'Real World' test prototypes and validate operation and performance in meeting security requirements
  - Subtask B: SVO Enhancements
    - Develop and install enhancements to SVO prototypes
  - Subtask C: SVO+ Prototypes
    - Same activities as in Subtask A

# Program Tasks, cont.

- **Task 3: Deliverable prototypes support**
  - Provide operations documentation and define limits of operation within the security profile
  - Suggest techniques to manage and support the field deployment of the initial prototypes

- **Task 4: Provide program management support**
  - Provide secure meeting facilities
  - Provide secure conferencing communications with Sponsor's HQS
  - Query foreign graduate students to identify current local cultural norms for international business people traveling in their home countries

# Level Of Effort

- Overall Program (24 man-months LOE)
  - 1 Full Time Equivalent dedicated to program
  - 1 Full Time Equivalent drawn from a large pool of highly qualifies individuals with special expertise as needed by the program
  - Sponsor will select 3 prototypes from the SMO & SVO options for development
- **Task 1**: 2 man-weeks at start of each product development
- **Task 2**: Develop (at least) 3 prototype products each taking a maximum of 6 man-months each to develop and validate – include $10K for hardware & software
- **Task 3**: 1 man-month per prototype
- **Task 4**: 2 man-weeks

# SSJ

- **Federally Funded Educational Research & Development Organization**
  - No interest in production allows follow-on competitive volume production procurement

- **Information Technology and Telecommunications Laboratory**
  - <u>Classified</u> capability and DoD cleared personnel uniquely qualified for this effort
  - Extensive expertise and knowledge of emerging commercial technologies and their application to military needs & unconventional problems

# COTS Survey (Initial Efforts)

- BIOSs/computers that permit USB boot
  - Master BIOS Passwords
  - Other BIOS Password by-passing techniques
- Distributed Storage Systems
  - Modified RAID
  - Cleversafe
  - Freenet
- Ultra-Mobile (UMPC) & Tablet PC Products
- Solid State Memory Devices
  - SS Sticks & Cards
  - SS Disks (SSD)
    - Sandisk (up to 32GB)
    - Samsung (up to 64MB) -- PQI (up to 64MB)
    - A-Data (up to 128GB)

# SVO -- Options

- **SVO (all with external boot)**
  - Versions SVO-1xx to 3xx
    - Boot device with OS
      - SVO-1xx   Computer-on-a-Stick (COS), SSMemory Cards
      - SVO-2xx   CD/DVD RW or Read Only
      - SVO-3xx   Swapable SSD
  - Versions SVO-x1x to x3x
    - OS on boot device is:
      - SVO-x1x   Linux-OS (secure NSA Linux Kernel optional)
      - SVO-x2x   XP-OS
      - SVO-x3x   MAC-OS
  - Versions SVO-xx1 to xx3
    - Applications & data treated separately
      - SVO-xx1   applications, data & OS stored on one COS
      - SVO-xx2   applications, data & OS stored encrypted on one or multiple storage devices
      - SVO-xx3   data stored encrypted & distributed online

2/19/2007

Version 02-08-2007

9

# SVO Enhancements

- **User friendly interface**
  - Simplified Linux GUI
  - Customer selected, securely compiled applications & short-cuts
- **Automatic Encryption/Decryption**
  - All stored applications & data are encrypted
  - Unencrypted data only exists in RAM
  - Nothing stored on platforms storage device
- **User Identification/Verification**
  - Biometrics
  - Tokens
  - Passwords/Unique Actions/Multiple Safeguards
- **Rapid automated data destruction**
  - When SMO & SVO are operating
  - *When SMO & SVO are inactive and boot devices detached*

2/19/2007

Version 02-08-2007

10

# SVO+

- Alternate Platforms – non-laptop
  - Micro-laptops (UMPC's)
    - Sony VAIO UX180P, Samsung Q1 UMPC
    - Amtek Vistagami UMPC
    - OQO Model 02 • TabletKiosk v-7000 series
  - Internet Tablets
    - Nokia N800,
  - Gaming Stations
    - Xbox • PS-3
  - Smart Cell Phones, PDAs & Cameras

- Unattributable communications services
  - NRL 'Onion'
  - IBM 'Idenix'
  - Psiphon

# SVO+

- recycled television satellites coming to the end of their working lives
  - http://news.bbc.co.uk/2/hi/technology/6301359.stm
- Idemix Anonymizer by IBM
  - http://www.internetnews.com/security/article.php/3656136