IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL CASE NO. |
| | § | |
| v. | § | 1:16-cr-00237-RWS-JSA |
| | § | |
| JAMES G. MALONEY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION TO ALLOW ELECTRONICS

Defendant James G. Maloney files this Motion to Allow Electronics and respectfully moves the Court for an order allowing **Paralegal Sofia K. Hirani** to bring in electronics specified below into the United States Courthouse on May 19, 2023, until the conclusion of trial (anticipated end date of June 2, 2023) for the purpose of accessing case specific electronic files and the presentation of evidence and/or demonstration for a courtroom walkthrough and trial.

Individuals:

- Sofia K. Hirani – Hirani Consulting, LLC

Electronics:

- Laptops (PCs), Laptop chargers, and adapters
- USB drives and external hard drives

-1-

- iPhone and small printer

Any other electronics deemed necessary for trial proceedings.

A proposed Order is attached as Exhibit A.

Respectfully submitted, this 18th day of May, 2023.

        GILLEN WITHERS & LAKE, LLC

        */s/ Craig A. Gillen*
        Craig A. Gillen, Esq.
        Georgia Bar No. 294838
        Anthony C. Lake, Esq.
        Georgia Bar No. 431149
        400 Galleria Parkway
        Suite 1920
        Atlanta, Georgia 30339
        Telephone:   (404) 842-9700
        Facsimile:    (404) 842-9750
        E-mail:       cgillen@gwllawfirm.com
                           aclake@gwllawfirm.com

        THE LAW FIRM OF LAWANDA HODGES, LLC

        Lawanda Nowlin Hodges, Esq.
        Georgia Bar No. 547413
        100 Peachtree Street, Suite 200
        Atlanta, Georgia 30309
        Phone:       (404) 474-0772
        Fax:         (404) 474-2774
        Email:       lhodges@lhodgeslaw.com

FINCH MCCRANIE, LLP

David H. Bouchard, Esq.
Georgia Bar No. 712859
229 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30303
Phone: (404) 658-9070
Fax: (404) 688-0649
Email: david@finchmccranie.com

Counsel for Dr. James G. Maloney

## CERTIFICATION

The undersigned certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

>GILLEN WITHERS & LAKE, LLC
>
>*/s/ Craig A. Gillen* _____
>Craig A. Gillen, Esq.
>Georgia Bar No. 294838
>Anthony C. Lake, Esq.
>Georgia Bar No. 431149
>400 Galleria Parkway
>Suite 1920
>Atlanta, Georgia 30339
>Telephone:   (404) 842-9700
>Facsimile:   (404) 842-9750
>E-mail:       cgillen@gwllawfirm.com
>                    aclake@gwllawfirm.com
>
>Counsel for Dr. James G. Maloney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 18th day of May, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

**John Russell Phillips, Esq.**
**Assistant United States Attorney**
**Stephen H. McClain, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
stephen.mcclain@usdoj.gov
russell.phillips@usdoj.gov

**Emma Dinan Ellenrieder**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
emma.ellenrieder@usdoj.gov

GILLEN WITHERS & LAKE, LLC

*/s/ Craig A. Gillen*_____
Craig A. Gillen, Esq.
Georgia Bar No. 294838
Anthony C. Lake, Esq.
Georgia Bar No. 431149
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:         cgillen@gwllawfirm.com
                     aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney