EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-00237-RWS-JSA |
| JAMES G. MALONEY, et al. | |
| Defendant. | |

**[PROPOSED] ORDER**

Pursuant to Local Rule 83.4(A) for the Northern District of Georgia, it is hereby ordered that the below listed individuals be allowed to bring the electronics listed below to the United States Courthouse from May 19, 2023 – June 2, 2023, for the purpose of accessing case specific electronic files and the presentation of evidence and/or demonstration for a courtroom walkthrough and trial.

Individuals:

- Sofia K. Hirani – Hirani Consulting, LLC

Electronics permitted:

- Laptops (PCs), Laptop chargers, and adapters

- USB drives and external hard drives

- iPhone and small printer

- Any other electronics deemed necessary for trial proceedings

1

Proper identification will be required upon entering the security station on the Plaza or Lower-Level Plaza. This order shall be effective until completion of proceedings.

**SO ORDERED** this ____ day of _____, _____.


_____
**RICHARD W. STORY**
United States District Judge

Proposed Order prepared by:

Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:        cgillen@gwllawfirm.com
                 aclake@gwllawfirm.com

Counsel for Dr. James G. Maloney