FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 22 2023

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES G. MALONEY,<br><br>Defendant. | Criminal Action No.<br>1:16-cr-237-01-RWS |

### ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the Defendant all exculpatory evidence-that is, evidence that favors the Defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1063), and its progeny, and **ORDERS** the United States to do so. The Government has a duty to disclose any evidence that goes to negating the Defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The Defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action or sanctions by the court.

SO ORDERED this 22nd day of May, 2023.

RICHARD W. STORY
United States District Judge