# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00237-RWS-JSA
## USA v. Maloney
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 05/22/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:45 A.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
DEPUTY CLERK: Stacey Kemp

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney Present at proceedings |
| ATTORNEY(S) PRESENT: | Emma Ellenrieder representing USA<br>Craig Gillen representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Due Process Protections Order; Guilty Plea and Plea Agreement; |
| MINUTE TEXT: | Cause came before the Court for a Change of Plea Hearing. The Court entered the Due Process Protections Act Order. Defendant sworn. Guilty Plea and Plea Agreement was executed, verified, and presented. The Court accepted and entered the plea of guilty. Defendant was adjudged guilty as charged in Count One of the Indictment. Sentence date will be determined following completion of a presentence report by U. S. Probation. Defendant to remain on bond under all previously imposed terms and conditions. |
| HEARING STATUS: | Hearing Concluded |