# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cr-00237-RWS-JSA
### USA v. Maloney
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 10/30/2023.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:50 P.M.
TIME IN COURT: 1:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Keisha Crump
USPO: Dana Johnson
DEPUTY CLERK: Stacey Kemp

| | |
|---|---|
| DEFENDANT(S): | [1]James G. Maloney Present at proceedings |
| ATTORNEY(S) PRESENT: | Craig Gillen representing James G. Maloney<br>Anthony Lake representing James G. Maloney<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant came before the Court for Sentencing. Sentence: 70 months CBOP; $100 Special Assessment; 3 years Supervised Release; Restitution $1,972,543.61 Joint & Several with James Fraley, 1:16-cr- 231 and James Acree, 1:16-cr-232. The Court will recommend to the Bureau of Prisons for designation to a facility where defendant can receive alcohol treatment sentence and for voluntary surrender no sooner than January 1, 2024. No Objections to the sentence imposed. |
| HEARING STATUS: | Hearing Concluded |