

*Thomas Brown*
*U.S. Marshal*

*U.S. Department of Justices*
*United States Marshal Service*
*75 Ted Turner S.W. Suite 1600*
*Atlanta, Ga. 30303*

**December 5, 2023**



**MR. JAMES MALONEY**
**USMS# 70166-019**
**Case# 1:16-CR-00237**-RWS

**Dear Mr. MALONEY**

**Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.**

INSTITUTION:   **FPC MONTGOMERY**

**MAXWELL AIR FORCE BASE**
**MONTGOMERY, AL 36112**

TELEPHONE NO.:   (334) 293-2100

REPORT DATE:   **NOON JANUARY 02, 2024**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

THOMAS BROWN
UNITED STATES MARSHAL

*Natalie Carter*
Natalie Carter
CRIMINAL SECTION